APPEAL,BOC,CLOSED,JURY,PATENT

# U.S. District Court
# Eastern District of Virginia – (Norfolk)
# CIVIL DOCKET FOR CASE #: 2:11−cv−00512−RAJ−TEM

I/P Engine, Inc. v. AOL, Inc. et al
Assigned to: District Judge Raymond A. Jackson
Referred to: Magistrate Judge Tommy E. Miller
Cause: 35:271 Patent Infringement

Date Filed: 09/15/2011
Date Terminated: 11/20/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**I/P Engine, Inc.**                    represented by    **Donald Charles Schultz**
Crenshaw Ware &Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623−3000
Fax: (757) 623−5735
Email: dschultz@cwm−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
Dickstein Shapiro LLP (DC)
1825 Eye St NW
Washington, DC 20006−5403
(202) 420−2200
Email: sherwoodj@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
Crenshaw Ware &Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623−3000
Fax: (757) 623−5735
Email: wrsnow@cwm−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Monterio , Jr**
Dickstein Shapiro LLP (DC−NA)
1825 Eye St NW
Washington, DC 20006−5403
**NA**
(202) 420−2200
Fax: (202) 420−2201

Email: monterioc@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko**
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019–6708
\*\*NA\*\*
(212) 277–6500
Fax: (917) 591–0040
Email: albertd@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**DeAnna Allen**
Dickstein Shapiro LLP (DC–NA)
1825 Eye St NW
Washington, DC 20006–5403
\*\*NA\*\*
(202) 420–2200
Fax: (202) 420–2201
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Mitchell Paul**
Vandeventer Black LLP
101 West Main St
Suite 500
Norfolk, VA 23510
757–446–8665
Email: dpaul@vanblk.com
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
Dickstein Shapiro LLP (DC–NA)
1825 Eye St NW
Washington, DC 20006–5403
\*\*NA\*\*
(202) 420–2200
Fax: (202) 420–2201
Email: ciminoF@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Ryerson**
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019–6708
\*\*NA\*\*
(212) 277–6500

Fax: (212) 277–6501
Email: ryersonj@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Jonathan Falkler**
Dickstein Shapiro LLP (DC–NA)
1825 Eye St NW
Washington, DC 20006–5403
\*\*NA\*\*
(202) 420–2200
Fax: (202) 420–2201
Email: falklerj@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie Scott**
Dickstein Shapiro LLP (CA–NA)
700 Hansen Way
Palo Alto, CA 94304–1016
\*\*NA\*\*
(650) 690–9500
Fax: (650) 690–9501
Email: scottk@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
Dickstein Shapiro LLP (DC–NA)
1825 Eye St NW
Washington, DC 20006–5403
\*\*NA\*\*
(202) 420–2200
Fax: (202) 420–2201
Email: brothersk@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Krista Carter**
Dickstein Shapiro LLP
700 Hansen Way
Palo Alto, CA 94304
\*\*NA\*\*
(650) 690–9500
Fax: (650) 690–9501
Email: carterk@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Jacobs , Jr**
Dickstein Shapiro LLP (DC–NA)
1825 Eye St NW
Washington, DC 20006–5403

**NA**
(202) 420–2200
Fax: (202) 420–2201
Email: jacobsl@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
Vandeventer Black LLP
500 World Trade Ctr
Norfolk, VA 23510
(757) 446–8600
Fax: 757–446–8670
Email: rottinger@vanblk.com
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AOL Inc.**                          represented by   **Robert Leo Burns , II**
Finnegan Henderson Farabow Garrett
&Dunner LLP (VA)
11955 Freedom Dr
Reston, VA 20190
(571) 203–2700
Fax: 202–408–4400
Email: robert.burns@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antonio Ricardo Sistos**
Quinn Emanuel Urquhart Oliver &Hedges
LLP
50 California St
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875–6600
Fax: (415) 875–6700
Email: antoniosistos@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA–SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875–6600
Fax: (415) 875–6700
Email: davidbilsker@quinnemanuel.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
Quinn Emanuel Urquhart and Sullivan,
LLP
50 California Street
22nd Floor
San Francisco, CA 94111
\*\*NA\*\*
(415) 875−6600
Fax: (415) 875−6700
Email: davidperlson@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Yeh−hao Chen**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA−SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
\*\*NA\*\*
(415) 875−6600
Fax: (415) 875−6700
Email: howardchen@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA−SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
\*\*NA\*\*
(415) 875−6600
Fax: (415) 875−6700
Email: jenghaussy@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Polse**
Google Inc.
1600 Ampitheatre Parkway
Mountain View, CA 94043
\*\*NA\*\*
(650) 253−0000
Email: jpolse@google.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**

Quinn Emanuel Urquhart &Sullivan, LLP
(CA–SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875–6600
Fax: (415) 875–6700
Email: joshuasohn@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA–SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875–6600
Fax: (415) 875–6700
Email: margaretkammerud@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
Quinn Emanuel Urquhart &Sullivan, LLP
(NY–NA)
51 Madison Ave
22nd Floor
New York, NY 10010
**NA**
(212) 849–7000
Fax: (212) 849–7100
Email: robertwilson@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA–SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875–6600
Fax: (415) 875–6700
Email: sarahagudo@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**

Kaufman &Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
(757) 624−3239
Fax: (757) 624−3169
Email: senoona@kaufcan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google Inc.**                    represented by    **Antonio Ricardo Sistos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christina O'Brien**
Quinn Emanuel Urquhart Oliver &Hedges
LLP
50 California St
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875−6600
Fax: (415) 875−6700
Email: emilyobrien@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Howard Yeh−hao Chen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Polse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**IAC Search &Media, Inc.**          represented by     **Stephen Edward Noona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antonio Ricardo Sistos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christina O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Yeh–hao Chen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Ann Kash**
Quinn Emanuel Urquhart &Sullivan, LLP
(CA−SF/NA)
50 California St.
22nd Floor
San Francisco, CA 94111
**NA**
(415) 875−6600
Fax: (415) 875−6700
Email: jenniferkash@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Polse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gannett Company, Inc.**                    represented by    **Antonio Ricardo Sistos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christina O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Yeh−hao Chen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Polse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corporation**                    represented by  **Stephen Edward Noona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antonio Ricardo Sistos**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christina O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Yeh–hao Chen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Polse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Google Inc.**       represented by    **David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**AOL Inc.**       represented by    **Robert Leo Burns , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antonio Ricardo Sistos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Leon Bilsker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Yeh–hao Chen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jasmine Ghaussy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Margaret Pirnie Kammerud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

Suffolk Technologies, LLC                    represented by    **Craig Crandall Reilly**
                                                               Law Office of Craig C. Reilly
                                                               111 Oronoco St
                                                               Alexandria, VA 22314
                                                               703–549–5354
                                                               Fax: 703–549–2604
                                                               Email: craig.reilly@ccreillylaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

I/P Engine, Inc.                             represented by    **Jeffrey Kirk Sherwood**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Charles J Monterio , Jr**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Dawn Rudenko**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Dustin Mitchell Paul**
                                                               (See above for address)
                                                               *TERMINATED: 02/02/2012*
                                                               *ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ryerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Falkler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Carter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gannett Company, Inc.**                    represented by    **David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**I/P Engine, Inc.**                    represented by    **Jeffrey Kirk Sherwood**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Monterio , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Mitchell Paul**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ryerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Carter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**IAC Search &Media, Inc.**          represented by    **Stephen Edward Noona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**I/P Engine, Inc.**                    represented by    **Jeffrey Kirk Sherwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Monterio , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Mitchell Paul**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ryerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Carter**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Target Corporation**                    represented by **Stephen Edward Noona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Agudo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**I/P Engine, Inc.**                    represented by **Jeffrey Kirk Sherwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Monterio , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Mitchell Paul**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Ryerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Carter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**I/P Engine, Inc.**     represented by    **Jeffrey Kirk Sherwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Monterio , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Rudenko**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin Mitchell Paul**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

**Frank C Cimino , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ryerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katie Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Wellington Brothers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Carter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hooper Ottinger**
(See above for address)
*TERMINATED: 02/02/2012*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/15/2011 | 1 | | COMPLAINT against AOL, Inc., Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation ( Filing fee $ 350 receipt number 14683024186.), filed by I/P Engine, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Receipt, # 4 Civil Cover Sheet, # 5 Letter)(ecav, ) (Entered: 09/19/2011) |
| 09/15/2011 | 2 | | Financial Interest Disclosure Statement (Local Rule 7.1) by I/P Engine, Inc. (ecav, ) (Entered: 09/19/2011) |
| 09/15/2011 | 3 | | Report on the filing or determination of an action regarding patent numbers 6,314,420, 6,775,664. Sent electronically to Director, U.S. Patent Office. (ecav, ) (Entered: 09/19/2011) |
| 09/19/2011 | 4 | | FIVE (5) Summonses Issued, with one (1) copy each, as to AOL, Inc., Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. Summons pkg. mailed to plaintiff's attorney on 9/19/11. (Attachments: # 1 Magistrate Judge Notice and Judge's Information)(ecav, ) (Entered: 09/19/2011) |
| 10/04/2011 | 5 | | NOTICE of Appearance by Stephen Edward Noona on behalf of Google, Inc. (Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 6 | | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Google, Inc.. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 7 | | Financial Interest Disclosure Statement (Local Rule 7.1) by Google, Inc.. (Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 8 | | NOTICE of Appearance by Stephen Edward Noona on behalf of AOL, Inc. (Noona, Stephen) (Entered: 10/04/2011) |

| 10/04/2011 | 9 | | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by AOL, Inc.. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 10/04/2011) |
|---|---|---|---|
| 10/04/2011 | 10 | | Financial Interest Disclosure Statement (Local Rule 7.1) by AOL, Inc.. (Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 11 | | NOTICE of Appearance by Stephen Edward Noona on behalf of Gannett Company, Inc. (Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 12 | | MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Gannett Company, Inc.. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 10/04/2011) |
| 10/04/2011 | 13 | | Financial Interest Disclosure Statement (Local Rule 7.1) by Gannett Company, Inc.. (Noona, Stephen) (Entered: 10/04/2011) |
| 10/10/2011 | 14 | | NOTICE of Appearance by Stephen Edward Noona on behalf of Target Corporation (Noona, Stephen) (Entered: 10/10/2011) |
| 10/10/2011 | 15 | | MOTION for Extension of Time to File Answer re 1 Complaint, *Answer, Plead or Otherwise Respond to Complaint* by Target Corporation. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 10/10/2011) |
| 10/10/2011 | 16 | | Financial Interest Disclosure Statement (Local Rule 7.1) by Target Corporation. (Noona, Stephen) (Entered: 10/10/2011) |
| 10/11/2011 | 17 | | NOTICE of Appearance by Stephen Edward Noona on behalf of IAC Search &Media, Inc. (Noona, Stephen) (Entered: 10/11/2011) |
| 10/11/2011 | 18 | | MOTION for Extension of Time to File Answer re 1 Complaint, *to Answer, Plead or Otherwise Respond* by IAC Search &Media, Inc.. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 10/11/2011) |
| 10/11/2011 | 19 | | Financial Interest Disclosure Statement (Local Rule 7.1) by IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 10/11/2011) |
| 10/11/2011 | 20 | | ORDER granting 6 Motion for Extension of Time by defendant Google Inc.; Google shall file responsive pleadings in this matter by November 14, 2011. Signed by Magistrate Judge F. Bradford Stillman and filed on 10/11/11. (mwin, ) (Entered: 10/12/2011) |
| 10/11/2011 | 21 | | ORDER granting 9 Motion for Extension of Time by AOL Inc.; AOL shall file responsive pleadings in this matter by November 14, 2011. Signed by Magistrate Judge F. Bradford Stillman and filed on 10/11/11. (mwin, ) (Entered: 10/12/2011) |
| 10/11/2011 | 22 | | ORDER granting 12 Motion for Extension of Time by Gannett Co., Inc.; Gannett shall file responsive pleadings in this matter by November 14, 2011. Signed by Magistrate Judge F. Bradford Stillman and filed on 10/11/11. (mwin, ) (Entered: 10/12/2011) |
| 10/13/2011 | 23 | | ORDER, AGREED, granting 15 Motion for Extension of Time. Target Corporation shall have through and including 11/14/11, to File Responsive Pleadings to Complaint. Entered and filed 10/13/11. (Signed by Magistrate Judge F. Bradford Stillman on 10/13/11). (ecav, ) (Entered: 10/13/2011) |

| | | | |
|---|---|---|---|
| 10/13/2011 | 24 | | ORDER, AGREED, granting 18 Motion for Extension of Time. IAC Search &Media, Inc. shall have through and including 11/14/11, to File Responsive Pleadings to Complaint. Entered and filed 10/13/11. (Signed by Magistrate Judge F. Bradford Stillman on 10/13/11). (ecav, ) (Entered: 10/13/2011) |
| 10/24/2011 | 25 | | NOTICE of Appearance by Richard Hooper Ottinger on behalf of I/P Engine, Inc. (Ottinger, Richard) (Entered: 10/24/2011) |
| 10/24/2011 | 26 | | NOTICE of Appearance by Dustin Mitchell Paul on behalf of I/P Engine, Inc. (Paul, Dustin) (Entered: 10/24/2011) |
| 10/24/2011 | 27 | | SUMMONS Returned Executed, IAC Search &Media, Inc. served on 9/22/2011 (jcow, ) (Entered: 10/25/2011) |
| 10/24/2011 | 28 | | SUMMONSES Returned Executed, AOL, Inc.; Gannett Company, Inc.; Google, Inc.; Target Corporation served on 9/23/2011 (jcow, ) (Entered: 10/25/2011) |
| 11/02/2011 | 29 | | MOTION for De Anna Allen to appear Pro hac vice on behalf of I/P Engine, Inc. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) (Entered: 11/03/2011) |
| 11/02/2011 | 30 | | MOTION for Jonathan Falkler to appear Pro hac vice on behalf of I/P Engine, Inc.. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) Modified on 11/7/2011 to correct spelling of name. (mwin, ) (Entered: 11/03/2011) |
| 11/02/2011 | 31 | | MOTION for Brett Hamilton to appear Pro hac vice on behalf of I/P Engine, Inc.. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) (Entered: 11/03/2011) |
| 11/02/2011 | 32 | | MOTION for Kenneth W. Brothers to appear Pro hac vice on behalf of I/P Engine, Inc.. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) (Entered: 11/03/2011) |
| 11/02/2011 | 33 | | MOTION for Frank C. Cimino, Jr. to appear Pro hac vice on behalf of I/P Engine, Inc.. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) (Entered: 11/03/2011) |
| 11/02/2011 | 34 | | MOTION for Charles J. Monterio, Jr. to appear Pro hac vice on behalf of I/P Engine, Inc.. (Attachments: # 1 Receipt, # 2 Letter)(ecav, ) (Entered: 11/03/2011) |
| 11/04/2011 | 38 | | ORDER granting 34 Motion for Charles J. Monterio, Jr. to appear Pro hac vice for I/P Engine, Inc. Signed by District Judge Raymond A. Jackson and filed on 11/4/11. (mwin, ) (Entered: 11/07/2011) |
| 11/04/2011 | 39 | | ORDER granting 33 Motion for Frank C. Cimino, Jr. to appear Pro hac vice on behalf of I/P Engine, Inc. Signed by District Judge Raymond A. Jackson and filed on 11/4/11. (mwin, ) (Entered: 11/07/2011) |
| 11/04/2011 | 40 | | ORDER granting 32 Motion for Kenneth W. Brothers to appear Pro hac vice for I/P Engine, Inc. Signed by District Judge Raymond A. Jackson and filed on 11/4/11. (mwin, ) Modified on 11/7/2011 to correct filed date to 11/4/11. (mwin, ) (Entered: 11/07/2011) |
| 11/07/2011 | 35 | | ORDER – DENYING 29 Motion for De Anna Allen to appear Pro hac vice. Signed by District Judge Raymond A. Jackson on 11/4/11; filed 11/7/11. (mwin, ) (Entered: 11/07/2011) |

| 11/07/2011 | 36 | | ORDER – DENYING 30 Motion for Jonathan Falkler to appear Pro hac vice. Signed by District Judge Raymond A. Jackson on 11/4/11; filed 11/7/11. (mwin, ) (Entered: 11/07/2011) |
|---|---|---|---|
| 11/07/2011 | 37 | | ORDER – DENYING 31 Motion for Brett Hamilton to appear Pro hac vice. Signed by District Judge Raymond A. Jackson on 11/4/11; filed 11/7/11. (mwin, ) (Entered: 11/07/2011) |
| 11/14/2011 | 41 | | *Google Inc.'s* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against I/P Engine, Inc. by Google, Inc..(Noona, Stephen) (Entered: 11/14/2011) |
| 11/14/2011 | 42 | | *Gannett Company, Inc.'s* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against I/P Engine, Inc. by Gannett Company, Inc..(Noona, Stephen) (Entered: 11/14/2011) |
| 11/14/2011 | 43 | | *IAC Search &Media, Inc.'s* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against I/P Engine, Inc. by IAC Search &Media, Inc..(Noona, Stephen) (Entered: 11/14/2011) |
| 11/14/2011 | 44 | | *Target Corporation's* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against I/P Engine, Inc. by Target Corporation.(Noona, Stephen) (Entered: 11/14/2011) |
| 11/14/2011 | 45 | | *AOL Inc.'s* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against I/P Engine, Inc. by AOL, Inc..(Noona, Stephen) (Entered: 11/14/2011) |
| 11/22/2011 | 46 | | Motion to appear Pro Hac Vice by David Leon Bilsker and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792174. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 47 | | Motion to appear Pro Hac Vice by Antonio Ricardo Sistos and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792215. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 48 | | Motion to appear Pro Hac Vice by David Andrew Perlson and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792245. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 49 | | Motion to appear Pro Hac Vice by Joshua Lee Sohn and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792270. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 50 | | Motion to appear Pro Hac Vice by Jennifer Jasmine Ghaussy and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792286. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 51 | | Motion to appear Pro Hac Vice by Margaret Pirnie Kammerud and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792299. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/22/2011) |
| 11/22/2011 | 52 | | Motion to appear Pro Hac Vice by Emily Christina O'Brien and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792311. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 53 | | Motion to appear Pro Hac Vice by Howard Yeh–hao Chen and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792320. by Gannett Company, Inc., Google, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/22/2011 | 54 | | Motion to appear Pro Hac Vice by Jennifer Ann Kash and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–2792328. by IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 11/22/2011) |
| 11/23/2011 | 55 | | MOTION for Extension *and Memorandum in Support of Motion for Extension of Time to File Objections to Discovery* by AOL, Inc., Gannett Company, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/23/2011) |
| 12/01/2011 | 56 | | AGREED ORDER granting 55 Motion for Extension of Time; ORDERED that the non–Google Defendants' Motion for Extension of Time to File Objections is granted, and the non–Google Defendants shall have through and including November 30, 2011, in which to objection to plaintiffs discovery requests. Signed by Magistrate Judge F. Bradford Stillman and filed on 12/1/11. (jcow, ) (Entered: 12/01/2011) |
| 12/05/2011 | 57 | | *I/P Engine Inc.'s* ANSWER to Counterclaim *I/P ENGINE INC.S ANSWER TO AOL, INC.S COUNTERCLAIMS* by I/P Engine, Inc..(Sherwood, Jeffrey) (Entered: 12/05/2011) |
| 12/05/2011 | 58 | | *Defendant Google Inc.'s First Amended* ANSWER to 1 Complaint, *Defenses and,* COUNTERCLAIM against I/P Engine, Inc. by Google, Inc..(Noona, Stephen) (Entered: 12/05/2011) |
| 12/05/2011 | 59 | | *Defendant IAC Search &Media, Inc.'s First Amended* ANSWER to 1 Complaint, *Defenses and,* COUNTERCLAIM against I/P Engine, Inc. by IAC Search &Media, Inc..(Noona, Stephen) (Entered: 12/05/2011) |
| 12/05/2011 | 60 | | *Defendant Target Corporation's First Amended* ANSWER to 1 Complaint, *Defenses and,* COUNTERCLAIM against I/P Engine, Inc. by Target Corporation.(Noona, Stephen) (Entered: 12/05/2011) |
| 12/05/2011 | 61 | | *Defendant Gannett Co., Inc.'s First Amended* ANSWER to 1 Complaint, *Defenses and,* COUNTERCLAIM against I/P Engine, Inc. by Gannett Company, Inc..(Noona, Stephen) (Entered: 12/05/2011) |
| 12/06/2011 | 62 | | Motion to appear Pro Hac Vice by DeAnna Allen and Certification of Local Counsel Jeffrey K. Sherwood Filing fee $ 75, receipt number 0422–2813072. by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/06/2011) |
| 12/06/2011 | 63 | | Motion to appear Pro Hac Vice by Jonathan Falkler and Certification of Local Counsel Jeffrey K. Sherwood Filing fee $ 75, receipt number |

| | | | |
|---|---|---|---|
| | | | 0422–2813135. by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/06/2011) |
| 12/07/2011 | 64 | | ORDER granting 63 Motion for Pro hac vice. Signed by District Judge Raymond A. Jackson on December 7, 2011. (Jackson, Raymond) (Entered: 12/07/2011) |
| 12/08/2011 | 65 | | ORDER granting 62 Motion for Pro hac vice, Appointed DeAnna Allen for I/P Engine, Inc.. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 66 | | ORDER granting 46 Motion for Pro hac vice, Appointed David Leon Bilsker for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 67 | | ORDER granting 53 Motion for Pro hac vice, Appointed Howard Yeh–hao Chen for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 68 | | ORDER granting 50 Motion for Pro hac vice, Appointed Jennifer Jasmine Ghaussy for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 69 | | ORDER granting 51 Motion for Pro hac vice, Appointed Margaret Pirnie Kammerud for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 70 | | ORDER granting 54 Motion for Pro hac vice, Appointed Jennifer Ann Kash for IAC Search &Media, Inc.. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 71 | | ORDER granting 52 Motion for Pro hac vice, Appointed Emily Christina O'Brien for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 72 | | ORDER granting 48 Motion for Pro hac vice, Appointed David Andrew Perlson for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 73 | | ORDER granting 47 Motion for Pro hac vice, Appointed Antonio Ricardo Sistos for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/08/2011 | 74 | | ORDER granting 49 Motion for Pro hac vice, Appointed Joshua Lee Sohn for Gannett Company, Inc., for Google, Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 12/8/11. (jcow, ) (Entered: 12/08/2011) |
| 12/09/2011 | 75 | | |

| | | |
|---|---|---|
| | | ANSWER to Counterclaim re 58 Answer to Complaint, Counterclaim *I/P Engine's Answer to Google, Inc.'s First Amended Counterclaims* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/09/2011) |
| 12/09/2011 | 76 | ANSWER to Counterclaim re 59 Answer to Complaint, Counterclaim *I/P Engine's Answer to IAC Search &Media, Inc.'s First Amended Counterclaims* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/09/2011) |
| 12/09/2011 | 77 | ANSWER to Counterclaim re 60 Answer to Complaint, Counterclaim *I/P Engine's Answer to Target Corporations First Amended Counterclaims* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/09/2011) |
| 12/09/2011 | 78 | ANSWER to Counterclaim re 61 Answer to Complaint, Counterclaim *I/P Engine's Answer to Gannett Company, Inc.'s First Amended Counterclaims* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/09/2011) |
| 12/12/2011 | | Referred for 16(b) to be scheduled. (ecav, ) (Entered: 12/12/2011) |
| 12/16/2011 | 79 | Consent MOTION to Withdraw as Attorney *Richard H. Ottinger, Dustin M. Paul and the law firm Vandeventer Black LLP* by I/P Engine, Inc.. (Attachments: # 1 Proposed Order Proposed Order Granting Motion)(Ottinger, Richard) (Entered: 12/16/2011) |
| 12/16/2011 | 80 | Memorandum in Support re 79 Consent MOTION to Withdraw as Attorney *Richard H. Ottinger, Dustin M. Paul and the law firm Vandeventer Black LLP* filed by I/P Engine, Inc.. (Ottinger, Richard) (Entered: 12/16/2011) |
| 12/21/2011 | 81 | NOTICE of Appearance by W. Ryan Snow on behalf of I/P Engine, Inc. (Snow, W. Ryan) (Entered: 12/21/2011) |
| 12/22/2011 | | Notice of Correction re 81 Notice of Appearance: The filing user cannot enter an appearance for another attorney. Only the filing user's name is added to the docket sheet by the notice of appearance. Other attorneys who wish to note an appearance must e−file their own notices of appearance or must e−file a pleading and create the attorney−party link. (mwin, ) (Entered: 12/22/2011) |
| 12/29/2011 | 82 | NOTICE of Appearance by Donald Charles Schultz on behalf of I/P Engine, Inc. (Schultz, Donald) (Entered: 12/29/2011) |
| 01/09/2012 | | MOTION REFERRED to Magistrate Judge F. Bradford Stillman: 79 Consent MOTION to Withdraw as Attorney *Richard H. Ottinger, Dustin M. Paul and the law firm Vandeventer Black LLP* (mwin, ) (Entered: 01/09/2012) |
| 01/17/2012 | 83 | RULE 26(f) PRETRIAL ORDER: Rule 16(b) Scheduling Conference set for 2/13/2012 at 09:00 AM before District Judge Raymond A. Jackson. Signed by Magistrate Judge F. Bradford Stillman on 1/13/12 &filed on 1/17/12. (ptom) (Entered: 01/17/2012) |
| 01/19/2012 | 84 | Joint MOTION for Protective Order *and Memorandum in Support of Joint Motion for Entry of Agreed Protective Order* by AOL, Inc., Gannett Company, Inc., Google, Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 01/19/2012) |

| 01/23/2012 | 85 | AGREED ORDER granting 84 Motion for Protective Order as to confidential materials produced during the course of this proceeding (see order for specifics). Signed by Magistrate Judge F. Bradford Stillman and filed on 1/23/12. (jcow, ) (Entered: 01/23/2012) |
|---|---|---|
| 01/30/2012 | | Reset Hearings: Scheduling Conference set for 2/13/2012 at 03:30 PM in Norfolk Courtroom 4 – Witness Room. (ptom) (Entered: 01/30/2012) |
| 02/02/2012 | 86 | ORDER granting 79 Motion to Withdraw as Attorney. Attorney Richard Hooper Ottinger, Dustin Mitchell Paul and the law firm of Vandeventer Black LLP are hereby discharged from any further obligation to represent the plaintiff as counsel of record in this matter. Signed by Magistrate Judge F. Bradford Stillman and filed on 2/2/12. (jcow, ) (Entered: 02/02/2012) |
| 02/13/2012 | 87 | MOTION to Compel *Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the Patents−in−Suit* by Google, Inc.. (Noona, Stephen) (Entered: 02/13/2012) |
| 02/13/2012 | 88 | Memorandum in Support re 87 MOTION to Compel *Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the Patents−in−Suit* filed by Google, Inc.. (Noona, Stephen) (Entered: 02/13/2012) |
| 02/13/2012 | 89 | Declaration re 88 Memorandum in Support *of Margaret Kammerud in Support of Google's Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Infomation for the Patents−in−Suit* by Google, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Noona, Stephen) (Entered: 02/13/2012) |
| 02/13/2012 | | Scheduling Conference – Rule 16b held on 2/13/2012. Attorneys Donald Schultz, Charles Monterio, Jr. and Kenneth Brothers appeared on behalf of the plaintiff. Attorney Stephen Noona appeared on behalf of all of the defendants, along with attorney Robert Burns on behalf of AOL Inc; and attorney Emily O'Brien on behalf of Google Inc., IAC Search &Media, Inc., Gannett Company, Inc and Target Corporation. (ptom) (Entered: 02/15/2012) |
| 02/15/2012 | 90 | Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that the Markman Hearing is set for 6/4/2012 at 10:00 AM in Norfolk, the Final Pretrial Conference is set for 10/5/2012 at 10:00 AM in Norfolk, and the Jury Trial is set for 10/16/2012 at 10:00 AM in Norfolk. The Court notes the appearance of Robert L. Burns, Esquire on behalf of defendant AOL Inc. The name of the defendant/counter claimants, AOL, Inc. and Google, Inc are corrected to to AOL Inc. and Google Inc. (no comma). Markman briefs are due as follows: Opening briefs are due on April 12, 2012; Reply briefs are due on May 3, 2012; Joint Claim Construction and Prehearing Statement is due on May 17, 2012. SEE ORDER FOR SPECIFICS. Signed by District Judge Raymond A. Jackson on 2/13/12 &filed on 2/15/12. (ptom) Modified on 9/7/2012 to correct time of FPTC (ptom, ). (Entered: 02/15/2012) |
| 02/27/2012 | 91 | Opposition to 87 MOTION to Compel *Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the* |

| | | |
|---|---|---|
| | | *Patents−in−Suit* filed by I/P Engine, Inc.. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5)(Snow, W. Ryan) (Entered: 02/27/2012) |
| 03/05/2012 | 92 | MOTION to Seal *Portions of Google's Reply in Support of its Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information, and Exhibits L, M, N and P to the Declaration of Margaret Kammerud in Support Thereof* by Google Inc.. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 03/05/2012) |
| 03/05/2012 | 93 | Memorandum in Support re_92 MOTION to Seal *Portions of Google's Reply in Support of its Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information, and Exhibits L, M, N and P to the Declaration of Margaret Kammerud in Support T filed by Google Inc.. (Noona, Stephen) (Entered: 03/05/2012)* |
| 03/05/2012 | 94 | NOTICE by Google Inc. re_92 MOTION to Seal *Portions of Google's Reply in Support of its Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information, and Exhibits L, M, N and P to the Declaration of Margaret Kammerud in Support T (Noona, Stephen) (Entered: 03/05/2012)* |
| 03/05/2012 | 95 | REPLY to Response to Motion re_87 MOTION to Compel *Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the Patents−in−Suit (Public Version)* filed by Google Inc.. (Noona, Stephen) (Entered: 03/05/2012) |
| 03/05/2012 | 96 | Declaration re_95 Reply to Response to Motion *of Margaret Kammerud in Support of Google's Reply in Support of Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the Patents−in−Suit* by Google Inc.. (Attachments: #_1 Exhibit L, #_2 Exhibit M, #_3 Exhibit N, #_4 Exhibit O, #_5 Exhibit P, #_6 Exhibit Q)(Noona, Stephen) (Entered: 03/05/2012) |
| 03/06/2012 | 97 | Sealed Reply to Response re_87 MOTION to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information for the Patents−in−Suit. (ecav, ) (Entered: 03/08/2012) |
| 03/06/2012 | 98 | Sealed Document (Letter) re_96 Declaration of Margaret Kammerud. (Attachments: #_1 Exhibit L, #_2 Exhibit M, #_3 Exhibit N, #_4 Exhibit P)(ecav, ) (Entered: 03/08/2012) |
| 03/21/2012 | 99 | MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 03/21/2012) |
| 03/21/2012 | 100 | Memorandum in Support re_99 MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order filed by I/P Engine, Inc.. (Attachments: #_1 Exhibit 1, #_2 Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5, #_6 Exhibit 6, #_7 Exhibit 7, #_8 Exhibit 8, #_9 Proposed Order)(Sherwood, Jeffrey) (Entered: 03/21/2012)* |
| 03/26/2012 | | MOTION REFERRED TO MAGISTRATE JUDGE F. BRADFORD |

| | | |
|---|---|---|
| | | STILLMAN 92 MOTION to Seal *Portions of Google's Reply in Support of its Motion to Compel Plaintiff to Provide Conception, Reduction−to−Practice, and Priority Date Information, and Exhibits L, M, N and P to the Declaration of Margaret Kammerud in Support Thereof by Google Inc. (ecav, ) (Entered: 03/26/2012)* |
| 03/27/2012 | 101 | MOTION to Seal *Portions of Defendants' Brief in Support of their Motion to Compel Plaintiff to Supplement its Infringement Contentions and Exhibits K, L, M, and N to the Declaration of Emily O'Brien in Support Thereof* by Google Inc., IAC Search &Media, Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 03/27/2012) |
| 03/27/2012 | 102 | Memorandum in Support re 101 MOTION to Seal *Portions of Defendants' Brief in Support of their Motion to Compel Plaintiff to Supplement its Infringement Contentions and Exhibits K, L, M, and N to the Declaration of Emily O'Brien in Support Thereof* filed by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 03/27/2012) |
| 03/27/2012 | 103 | NOTICE by Google Inc., IAC Search &Media, Inc. re 101 MOTION to Seal *Portions of Defendants' Brief in Support of their Motion to Compel Plaintiff to Supplement its Infringement Contentions and Exhibits K, L, M, and N to the Declaration of Emily O'Brien in Support Thereof* (Noona, Stephen) (Entered: 03/27/2012) |
| 03/27/2012 | 104 | MOTION to Compel *Plaintiff to Supplement its Infringement Contentions* by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 03/27/2012) |
| 03/27/2012 | 105 | Memorandum in Support re 104 MOTION to Compel *Plaintiff to Supplement its Infringement Contentions (Public Version)* filed by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 03/27/2012) |
| 03/27/2012 | 106 | Declaration re 105 Memorandum in Support *of Emily O'Brien* by Google Inc., IAC Search &Media, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Noona, Stephen) (Entered: 03/27/2012) |
| 03/28/2012 | 107 | Sealed Brief in Support of 104 MOTION to Compel (Attachments: # 1 Exhibit K, # 2 Exhibit L, # 3 Exhibit M, # 4 Exhibit N, # 5 Letter)(ecav, ) Modified on 4/3/2012 to link to #104 (ecav). (Entered: 04/02/2012) |
| 04/05/2012 | 108 | MOTION for Extension of Time to File Response/Reply as to 99 MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order (Unopposed)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 04/05/2012) |
| 04/09/2012 | 109 | Memorandum in Opposition re 99 MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order* filed by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target |

| | | | |
|---|---|---|---|
| | | | Corporation. (Noona, Stephen) (Entered: 04/09/2012) |
| 04/09/2012 | 110 | | Declaration re 109 Memorandum in Opposition, *of Emily O'Brien* by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 04/09/2012) |
| 04/09/2012 | 111 | | Declaration re 109 Memorandum in Opposition, *by Joshua Sohn* by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Noona, Stephen) (Entered: 04/09/2012) |
| 04/09/2012 | 112 | | Memorandum in Opposition re 99 MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order* filed by AOL Inc.. (Noona, Stephen) (Entered: 04/09/2012) |
| 04/09/2012 | 113 | | AGREED ORDER granting 108 Motion for Extension of Time to File Response to motion to compel – ORDERED that the Defendants' Motion for Extension of Time to File Response to Plaintiffs Motion to Compel Compliance With the Court's Scheduling Order, or Alternatively, Motion for Protective Order is granted, and the Defendants shall have through and including April 9, 2012, in which to file their Response to Plaintiffs Motion to Compel Compliance With the Court's Scheduling Order, or Alternatively, Motion for Protective Order. Signed by Magistrate Judge F. Bradford Stillman and filed on 4/9/12. (jcow, ) (Entered: 04/10/2012) |
| 04/11/2012 | | | MOTIONS REFERRED to Magistrate Judge F. Bradford Stillman. 101 MOTION to Seal *Portions of Defendants' Brief in Support of their Motion to Compel Plaintiff to Supplement its Infringement Contentions and Exhibits K, L, M, and N to the Declaration of Emily O'Brien in Support Thereof,* 104 MOTION to Compel *Plaintiff to Supplement its Infringement Contentions* (jcow, ) (Entered: 04/11/2012) |
| 04/11/2012 | 114 | | NOTICE by I/P Engine, Inc. *Notice of Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production* (Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 115 | | MOTION to Seal *I/P Engine, Inc.'s Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 116 | | Memorandum in Support re 115 MOTION to Seal *I/P Engine, Inc.'s Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 117 | | MOTION to Compel *Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/11/2012) |

| 04/11/2012 | 118 | | Memorandum in Support re 117 MOTION to Compel *Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Proposed Order)(Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 119 | | Declaration re 117 MOTION to Compel *Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production Declaration of Charles J. Monterio, Jr. in Support of I/P Engine's Motion to Compel Defendant Google Inc.'s Custodial Document Production* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 120 | | MOTION to Expedite *Plaintiff I/P Engine's Motion to Shorten Google's Time to Respond to I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/11/2012 | 121 | | Memorandum in Support re 120 MOTION to Expedite *Plaintiff I/P Engine's Motion to Shorten Google's Time to Respond to I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 04/11/2012) |
| 04/12/2012 | 122 | | Claim Construction Brief *(Opening)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Appendix A)(Noona, Stephen) (Entered: 04/12/2012) |
| 04/12/2012 | 123 | | Declaration re 122 Claim Construction Brief *of Joshua Sohn in Support of Defendants' Opening Claim Construction Brief* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Noona, Stephen) (Entered: 04/12/2012) |
| 04/12/2012 | 124 | | NOTICE by I/P Engine, Inc. *Notice of Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support* (Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/12/2012 | 125 | | MOTION to Seal *Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/12/2012 | 126 | | Memorandum in Support re 125 MOTION to Seal *Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/12/2012 | 127 | | Memorandum in Opposition re 104 MOTION to Compel *Plaintiff to Supplement its Infringement Contentions (REDACTED PUBLIC VERSION)* |

| | | |
|---|---|---|
| | | filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/12/2012 | 128 | Declaration re 127 Memorandum in Opposition,, *Declaration of Charles J. Monterio, Jr. in Support of I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement Its Infringement Contentions* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/12/2012 | 129 | Claim Construction Brief *Plaintiff I/P Engine, Inc.'s Opening Claim Construction Brief* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Sherwood, Jeffrey) (Entered: 04/12/2012) |
| 04/13/2012 | 130 | ORDER granting in part and denying in part 120 Motion to Expedite; directing Google Inc. to file its responsive brief no later than 4/20/12; any related materials to be filed under seal shall be delivered to the Clerk for filing prior to 5:00 p.m. that day; plaintiff to file any rebuttal no later than 4/23/12; any related materials to be filed under seal shall be delivered to the Clerk for filing prior to 5:00 p.m. that day; directing the parties to schedule hearing on this motion as outlined; directing the parties to advise Court promptly if a resolution is reached. (See Order for specifics.) Signed by Magistrate Judge Douglas E. Miller and filed on 4/13/12. (mwin, ) (Entered: 04/13/2012) |
| 04/13/2012 | 132 | Sealed Document re 115 MOTION to Seal I/P Engine, Inc.'s Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production. (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18, # 4 Exhibit 21, # 5 Letter)(ecav, ) (Entered: 04/17/2012) |
| 04/13/2012 | 133 | Sealed Document re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (Attachments: # 1 Letter)(ecav, ) (Entered: 04/17/2012) |
| 04/13/2012 | 134 | Sealed Document re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (Attachments: # 1 Exhibit 12, # 2 Letter)(ecav, ) (Entered: 04/17/2012) |
| 04/16/2012 | 131 | Reply to Motion re 99 MOTION to Compel *Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 04/16/2012) |
| 04/18/2012 | 135 | Motion to appear Pro Hac Vice by Leslie Jacobs, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number |

| | | |
|---|---|---|
| | | 0422–3000528. by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 04/18/2012) |
| 04/19/2012 | | Notice of Correction re 135 Motion to appear Pro Hac Vice by Leslie Jacobs, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422–3000528. Clerk has contacted the filing user to have them refile the Pro Hac Vice Motion with the correct filing user signing the motion. (ecav, ) (Entered: 04/19/2012) |
| 04/19/2012 | 136 | MOTION to Seal *Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply* by Google Inc., IAC Search &Media, Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 04/19/2012) |
| 04/19/2012 | 137 | Memorandum in Support re 136 MOTION to Seal *Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply* filed by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 04/19/2012) |
| 04/19/2012 | 138 | NOTICE by Google Inc., IAC Search &Media, Inc. re 136 MOTION to Seal *Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply* (Noona, Stephen) (Entered: 04/19/2012) |
| 04/19/2012 | 139 | REPLY to Response to Motion re 104 MOTION to Compel *Plaintiff to Supplement its Infringement Contentions (Public Version)* filed by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 04/19/2012) |
| 04/19/2012 | 140 | Declaration re 139 Reply to Response to Motion *(of Emily C. O'Brien) in Support of Defendant Google Inc.'s and IAC Search &Media,Inc.'s Reply Brief in Support of Their Motion to Compel Plaintiff to Supplement its Infringement Contentions* by Google Inc., IAC Search &Media, Inc.. (Attachments: # 1 Exhibit X, # 2 Exhibit Y, # 3 Exhibit Z, # 4 Exhibit AA, # 5 Exhibit BB)(Noona, Stephen) (Entered: 04/19/2012) |
| 04/20/2012 | 141 | Motion to appear Pro Hac Vice by Leslie Jacobs, Jr. and Certification of Local Counsel W. Ryan Snow by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 04/20/2012) |
| 04/20/2012 | 142 | MOTION to Seal *Portions of Google Inc.'s Opposition to Plaintiff's Motion to Compel Production of Custodial Documents; Portions of the Declaration of Kristin Zmrhal in Support of Google Inc.'s Opposition to Plaintiff's Motion to Compel Production of Custodial Documents; and Exhibits H, O, Q, R, S and U to the Declaration of Emily C. O'Brien in Support of Opposition* by Google Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 04/20/2012) |
| 04/20/2012 | 143 | Memorandum in Support re 142 MOTION to Seal *Portions of Google Inc.'s Opposition to Plaintiff's Motion to Compel Production of Custodial Documents; Portions of the Declaration of Kristin Zmrhal in Support of Google Inc.'s Opposition to Plaintiff's Motion to* filed by Google Inc.. (Noona, Stephen) (Entered: 04/20/2012) |
| 04/20/2012 | 144 | NOTICE by Google Inc. re 142 MOTION to Seal *Portions of Google Inc.'s Opposition to Plaintiff's Motion to Compel Production of Custodial Documents; Portions of the Declaration of Kristin Zmrhal in Support of* |

| | | |
|---|---|---|
| | | *Google Inc.'s Opposition to Plaintiff's Motion to (Noona, Stephen) (Entered: 04/20/2012)* |
| 04/20/2012 | 145 | Opposition to 117 MOTION to Compel *Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production (Public Version)* filed by Google Inc.. (Noona, Stephen) (Entered: 04/20/2012) |
| 04/20/2012 | 146 | Declaration re 145 Opposition *(of Kristin Zmrhal) in Support of Google's Opposition to Plaintiff's Motion to Compel Google's Custodial Document Production (Public Version)* by Google Inc.. (Noona, Stephen) (Entered: 04/20/2012) |
| 04/20/2012 | 147 | Declaration re 145 Opposition *(of Emily O'Brien) in Support of Google Inc.'s Opposition to Plaintiff's Motion to Compel Google's Custodial Document Production* by Google Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y)(Noona, Stephen) (Entered: 04/20/2012) |
| 04/20/2012 | 149 | Sealed Document re 136 MOTION to Seal Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Letter)(ecav, ) (Entered: 04/24/2012) |
| 04/20/2012 | 150 | Sealed Document re 142 MOTION to Seal Portions of Google Inc.'s Opposition to Plaintiff's Motion to Compel Production of Custodial Documents; Portions of the Declaration of Kristin Zmrhal in Support of Google Inc.'s Opposition to Plaintiff's Motion to. (Attachments: # 1 Declaration, # 2 Exhibit H, # 3 Exhibit O, # 4 Exhibit Q, # 5 Exhibit R, # 6 Exhibit S, # 7 Exhibit U, # 8 Letter)(ecav, ) (Entered: 04/24/2012) |
| 04/23/2012 | 148 | Reply to Motion re 117 MOTION to Compel *Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 04/23/2012) |
| 04/23/2012 | 151 | ORDER granting 141 Motion for Leslie Jacobs, Jr. to appear Pro hac vice on behalf of I/P Engine, Inc. Entered and filed 4/23/12. (Signed by District Judge Raymond A. Jackson on 4/23/12). (ecav, ) (Entered: 04/24/2012) |
| 04/24/2012 | | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman: Telephone Conference held on 4/24/2012. (cdod, ) (Entered: 04/24/2012) |
| 04/24/2012 | | Set Deadlines as to 117 MOTION to Compel Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production, 104 MOTION to Compel Plaintiff to Supplement its Infringement Contentions, 99 MOTION to Compel Plaintiff IP Engine, Inc.'s Motion to Compel Defendants' Compliance with this Court's Scheduling Order, or Alternatively, Motion for Protective Order, 87 MOTION to Compel Plaintiff to Provide Conception, Reduction–to–Practice, and Priority Date Information for the Patents–in–Suit. Motion Hearing set for 5/1/2012 at 11:00 AM in Norfolk Courtroom 4 before Magistrate Judge F. Bradford |

| | | | |
|---|---|---|---|
| | | | Stillman. (cdod, ) (Entered: 04/24/2012) |
| 04/27/2012 | 152 | | Motion to appear Pro Hac Vice by Dawn Rudenko and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422–3013486. by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 04/27/2012) |
| 04/27/2012 | | | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman: Telephone Conference held on 4/27/2012. (afor, ) (Entered: 04/27/2012) |
| 04/27/2012 | | | MOTIONS REFERRED to Magistrate Judge F. Bradford Stillman: 115 MOTION to Seal and 125 MOTION to Seal. (mwin, ) (Entered: 04/27/2012) |
| 04/30/2012 | 153 | | ORDER granting 152 Motion for Dawn Rudenko to appear Pro hac vice for I/P Engine, Inc. Signed by District Judge Arenda L. Wright Allen and filed on 4/30/12. (mwin, ) (Entered: 04/30/2012) |
| 05/01/2012 | 154 | | ORDER TO SHOW CAUSE granting in part and denying in part 92 Motion to Seal; directing the clerk to file Exhibits L, M, and N (ECF No. 98) under seal; directing the parties to SHOW CAUSE within seven days of date of this order why Exhibit P (ECF No. 98) and related portions of Google's Reply Brief (ECF No. 97) should not be unsealed and filed in the public record. If no response is filed within seven days of the date of this Order, the Court will issue further order unsealing Exhibit P and related portions of the Reply Brief. In the interim, the Clerk shall continue to maintain the unredacted version of Google's Reply Brief (ECF No. 97) and Exhibit P (ECF No. 98) under seal. Signed by Magistrate Judge F. Bradford Stillman and filed on 5/1/12. (mwin, ) (Entered: 05/01/2012) |
| 05/01/2012 | 155 | | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman: Motion Hearing held on 5/1/2012 re 87 MOTION to Compel Plaintiff to Provide Conception, Reduction–to–Practice, and Priority Date Information for the Patents–in–Suit, 117 MOTION to Compel Plaintiff I/P Engine's Motion to Compel Defendant Google, Inc.'s Custodial Document Production filed by I/P Engine, Inc., 104 MOTION to Compel Plaintiff to Supplement its Infringement Contentions filed by Google Inc., IAC Search &Media, Inc.. Present were W. Ryan Snow, Charles J. Monterio, Jr. and Dawn Rudenko on behalf of the plaintiff. Steve Noona and Emily O'Brien present on behalf of the defendants. Ms. O' Brien argued motions #87 and 104. Mr. Monterio responded. Mr. Noona argued motion #117. Ms. Rudenko responded. The Court made rulings on the record. The Court will enter an order. Court adjourned. (Court Reporter Sharon Borden, OCR.) (cdod, ) (Entered: 05/02/2012) |
| 05/02/2012 | 156 | | ORDER granting 87 Motion to Compel filed on 2/13/12 as outlined; granting in part and denying in part 104 Motion to Compel filed on 3/27/12 as outlined; granting in part and denying in part 117 Motion to Compel filed on 4/11/12 as outlined. (SEE ORDER FOR SPECIFICS). Entered and filed 5/2/12. (Signed by Magistrate Judge F. Bradford Stillman on 5/2/12). (ecav, ) (Entered: 05/02/2012) |
| 05/02/2012 | 157 | | ORDER re. 142 Motion to Seal. The Court ORDERS the following documents to be maintained under seal in connection with the pending motions they support: ECF No. 150 – Google's Opposition Brief to Plaintiffs Motion to Compel Google'sCustodial Document Production. Public |

| | | |
|---|---|---|
| | | (redacted) Version filed at ECF No. 145.ECF No. 150–1 – Declaration of Kristin Zmrhal in Support of Defendant Google Inc.'s Opposition to Plaintiffs Motion to Compel Production of Custodial Documents. Public (redacted) Version filed at ECF No. 146.ECF No. 150–2 through 150–7 – Exhibits H, O, Q, R, S and U to the Declaration ofEmily O'Brien in Support of Google Inc.'s Opposition to Plaintiffs Motion to Compel Google's Custodial Document Production. Public (redacted) Versions filed at ECF Nos. 147–8,147–15,147–17,147–18,147–19 and 147–21 respectively. (SEE ORDER FOR SPECIFICS) Entered and filed 5/2/12. (Signed by Magistrate Judge Douglas E. Miller on 5/2/12). (ecav, ) (Entered: 05/03/2012) |
| 05/03/2012 | 158 | Response to 129 Claim Construction Brief, filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 05/03/2012) |
| 05/03/2012 | 159 | Declaration re 158 Response *of Jennifer J. Ghaussy in Support of Defendants' Responsive Claim Construction Brief* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Noona, Stephen) (Entered: 05/03/2012) |
| 05/03/2012 | 160 | Claim Construction Brief *IP Engine's Reply Claim Construction Brief* to 122 Claim Construction Brief filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 05/03/2012) |
| 05/03/2012 | 161 | ORDER TO SHOW CAUSE. The Court will defer ruling on the Motion to Seal (ECF No. 101). The parties are ORDERED to show cause why each of the documents referenced (defendant's brief and Exhibits K, L, M and N) should not be unsealed and filed in the public record. Any party may respond to this Order to Show Cause by filing a written response w/in 7 days of the date of this Order, as outlined in this Order. If no response is filed w/in 7 days of the date of this Order, the Court will issued a further order unsealing these materials and directing the clerk to file them in the public record. In the interim, the clerk shall continue to maintain the unredacted version of the deft.'s brief and Exhibits K, L, M, and N (ECF No. 107) under seal. Entered and filed 5/3/12. (Signed by Magistrate Judge F. Bradford Stillman on 5/3/12). (ecav, ) (Entered: 05/04/2012) |
| 05/08/2012 | 162 | NOTICE by Google Inc. *of Filing of Unredacted Exhibit P to the Kammerud Declaration in Support of Google's Reply Brief in Support of its Motion to Compel Conception, Reduction−to−Practice and Priority Dates, and Unredacted Reply Brief in Support of Google's Motion to Compel Conception, Reduction−to−Practice and Priority Dates* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 05/08/2012) |
| 05/10/2012 | 163 | NOTICE by Google Inc., IAC Search &Media, Inc. re 106 Declaration,, 161 Order to Show Cause,,, 105 Memorandum in Support *of Filing of Certain Unredacted and Further Redacted Materials in Response to Order to Show Cause* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit K, # 4 Exhibit L, # 5 Exhibit M, # 6 Exhibit N)(Noona, Stephen) Modified on 5/18/2012 to indicate that Exhibit 2 was previously removed on 5/11/12 by clerk due to personal identifiers contained therein) (ecav, ). (Entered: 05/10/2012) |
| 05/11/2012 | 164 | NOTICE by Google Inc., IAC Search &Media, Inc. re 163 NOTICE, *of* |

| | | |
|---|---|---|
| | | *Filing of Corrected Exhibit* (Attachments: #_1_ Exhibit A)(Noona, Stephen) (Entered: 05/11/2012) |
| 05/16/2012 | _167_ | ORDER granting in part and denying in part_101_ Motion to Seal as follows: The unredacted versions of Exhibit M (ECF No. 107 attach. 3) and Exhibit N {ECF No. 107 attach. 4) shall be FILED UNDER SEAL. The unredacted versions of the defendants' brief in support of their motion to compel (ECF No. 164 attach. 1), Exhibit K (ECF No. 163 attach. 3), and Exhibit L (ECF No. 163 attach. 4)shall be DEEMED UNSEALED and filed in the public record. The redacted versions of Exhibit M (ECF No. 163 attach and Exhibit N (ECF No. 163 attach. 6) shall be filed in the public record. Entered and filed 5/16/12. (Signed by Magistrate Judge F. Bradford Stillman on 5/16/12). (ecav, ) (Entered: 05/18/2012) |
| 05/17/2012 | _165_ | TRANSCRIPT of proceedings for dates of 05–01–2012, before Judge F. Bradford Stillman, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/18/2012. Redacted Transcript Deadline set for 7/17/2012. Release of Transcript Restriction set for 8/15/2012.(borden, sharon) (Entered: 05/17/2012)** |
| 05/17/2012 | _166_ | Claim Construction Brief *Joint Claim Construction and Prehearing Statement* filed by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Proposed Order)(Sherwood, Jeffrey) (Entered: 05/17/2012) |
| 05/31/2012 | | Telephone Conference held on 5/31/2012 with District Judge Raymond A. Jackson. Attorney Donald Schultz appeared, via telephone, on behalf of the plaintiff and attorney Stephen Noona appeared, via telephone, on behalf of the defendants. (ptom) (Entered: 06/01/2012) |
| 06/01/2012 | _168_ | Letter *to the Honorable Raymond Alvin Jackson Regarding the June 4, 2012 Markman Hearing*. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3)(Sherwood, Jeffrey) (Entered: 06/01/2012) |
| 06/01/2012 | | Notice of Correction re_168_ Letter: The document does not contain the required nine–element signature block. For all future filings, counsel is requested to include the full nine–element signature blocks for the document and the certificate of service, as required by the EDVA ECF Policies and Procedures Manual. (mwin, ) (Entered: 06/01/2012) |
| 06/04/2012 | _169_ | Markman Hearing held on 6/4/2012 before District Judge Raymond A. Jackson. Attorneys Jeffrey Sherwood, Frank Cimino, Jr., W. Ryan Snow, Charles J. Monterio, Jr. and Jonathan Falkler appeared on behalf of the plaintiff. Attorneys Robert Burns, II and Stephen Noona appeared on behalf |

| | | | |
|---|---|---|---|
| | | | of defendant AOL Inc. Attorneys David Perlson, Antonio Sisto, Joshua Sohn, and Stephen Noona appeared on behalf of the defendants Google Inc., IAC Search &Media, Inc., Gannett Company, Inc. and Target Corporation. Matter came on for Claim Construction hearing. Comments of the Court. Claims argued. Court takes matter under advisement and will prepare an opinion. Court adjourned. (Court Reporter Sharon Borden, OCR.)(ptom) (Entered: 06/04/2012) |
| 06/07/2012 | 170 | | TRANSCRIPT of proceedings for dates of 06–04–2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/9/2012. Redacted Transcript Deadline set for 8/7/2012. Release of Transcript Restriction set for 9/5/2012.(borden, sharon) (Entered: 06/07/2012)** |
| 06/14/2012 | | | Set Hearings Telephone Conference set for 6/15/2012 at 02:30 PM in Chambers before Magistrate Judge F. Bradford Stillman. (cdod, ) (Entered: 06/14/2012) |
| 06/15/2012 | 171 | | MEMORANDUM OPINION AND ORDER. The Court FINDS that the disputed terms in I/P Engine's asserted patents are defined as outlined in this Memorandum Opinion and Order. (See Memorandum Opinion and Order for Specifics) Entered and filed 6/15/12. (Signed by District Judge Raymond A. Jackson on 6/15/12). (ecav, ) (Entered: 06/18/2012) |
| 06/15/2012 | 172 | | Minute Entry for telephone conference held before Magistrate Judge F. Bradford Stillman; Jody Stewart, OCR. Matter came on for status conference/discovery issues. Participants included Donald Schultz, Ryan Snow, Charles Monterio, Jr., and Dawn Rudenko for plaintiff; Robert Burns and Steve Story for AOL; Steve Story, David Perlson, Jennifer Ghaussy and John Didday for Target, IAC, Google, and Gannett.Comments of court. Comments of counsel.Court directed that depositions scheduled for next week and following week will go forward. If certain topics are not covered, court may grant leave to resume depositions. Court will take questions of award of costs under advisement. Deposition of witness Alfereneff is to be no longer than ten hours––seven hours one day and three hours on another date which has been agreed to by counsel.Regarding plaintiffs response to Interrogatory No. 1, court directed parties to brief this issue within ten days; opposition with ten days; rebuttal within three days. Note, these dates are to include service and delivery to court and counsel. Regarding number of depositions permitted to be taken, court ordered this matter shall also be briefed with same schedule as set out above. Motion to compel (ECF #99) dismissed as moot. Court will prepare order (see said order for specifics).Adjourned. (afor) (Entered: 06/18/2012) |

| 06/18/2012 | 173 | | ORDER entered re. telephonic hearing held on 6/15/12, to discuss various discovery–related issues. (See Order for Specifics) In the interim of the Court's directives set forth in this Order, the parties are DIRECTED to continue to meet and confer with respect to these discovery disputes, and to advise the Court promptly if a resolution is reached by agreement. Entered and filed 6/18/12. (Signed by Magistrate Judge F. Bradford Stillman on 6/18/12). (ecav, ) (Entered: 06/19/2012) |
| --- | --- | --- | --- |
| 06/18/2012 | 174 | | ORDER finding as moot 99 Motion to Compel. On June 15, 2012, the Court held a telephonic hearing on other matters, at which time counsel for the plaintiff and for the defendants agreed that this motion is now moot. Accordingly, the motion (ECF No. 99) is DENIED as MOOT. Entered and filed 6/181/2. (Signed by Magistrate Judge F. Bradford Stillman on 6/18/12). (ecav, ) (Entered: 06/19/2012) |
| 06/22/2012 | 175 | | MOTION for Reconsideration re 171 Memorandum Opinion, in Part of Claim Construction Order by AOL Inc., Google Inc.. IAC Search &Media, Inc., Target Corp., and Gannett Company, Inc. (collectively, "Defendants"). (Noona, Stephen) Modified on 6/22/2012 to add all defendants to docket text as the Motion is filed on behalf of all defendants (ecav). (Entered: 06/22/2012) |
| 06/22/2012 | 176 | | Memorandum in Support re 175 MOTION for Reconsideration re 171 Memorandum Opinion, in Part of Claim Construction Order filed by AOL Inc., Google Inc., IAC Search &Media, Inc., Target Corp., and Gannett Company, Inc. (collectively, "Defendants"). (Noona, Stephen) Modified on 6/22/2012 to add all defendants to docket text as the Motion is filed on behalf of all defendants (ecav). ). (Entered: 06/22/2012) |
| 06/22/2012 | | | Notice of Correction re 176 Memorandum in Support, 175 MOTION for Reconsideration re 171 Memorandum Opinion,in Part of Claim Construction Order MOTION for Reconsideration re 171 Memorandum Opinion, in Part of Claim Construction Order. Clerk corrected filers in Document 175 and 176, at the request of counsel. (ecav, ) (Entered: 06/22/2012) |
| 06/25/2012 | 177 | | MOTION to Take Deposition from Google 30(b)(1) et al. , *Plaintiff I/P Engine's Motion for Leave to Take 30(b)(1) Depositions of Defendants,* by I/P Engine, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Sherwood, Jeffrey) (Entered: 06/25/2012) |
| 06/28/2012 | 178 | | TRANSCRIPT of proceedings for dates of 06/15/2012, before Judge F. Bradford Stillman, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/30/2012. Redacted Transcript Deadline set for 8/28/2012. Release of Transcript Restriction set for 9/26/2012.(stewart, jody) (Entered: 06/28/2012)** |

| 07/05/2012 | 179 | | Opposition to 177 MOTION to Take Deposition from Google 30(b)(1) et al. , *Plaintiff I/P Engine's Motion for Leave to Take 30(b)(1) Depositions of Defendants,* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 07/05/2012) |
|---|---|---|---|
| 07/05/2012 | 180 | | Declaration re 179 Opposition, *of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Noona, Stephen) (Entered: 07/05/2012) |
| 07/06/2012 | | | Notice of Correction re 180 Declaration. Counsel contacted clerk to advise that Exhibit P that was electronically filed as an attachment to Doc. 180 should not be for public viewing. Counsel requested that Exhibit P be removed from the docket entry. Clerk removed Exhibit P per counsel's request. Counsel advises that a Motion to Seal will be filed regarding this particular exhibit. (ecav, ) (Entered: 07/06/2012) |
| 07/06/2012 | 181 | | MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 07/06/2012) |
| 07/06/2012 | 182 | | Memorandum in Support re 181 MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 07/06/2012) |
| 07/06/2012 | 183 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 181 MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* (Noona, Stephen) (Entered: 07/06/2012) |
| 07/06/2012 | 184 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 180 Declaration,, *of filing of Corrected Exhibit* (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 07/06/2012) |
| 07/06/2012 | 185 | | Opposition to 175 MOTION for Reconsideration re 171 Memorandum Opinion, *in Part of Claim Construction Order* MOTION for Reconsideration re 171 Memorandum Opinion, *in Part of Claim Construction Order* , *Opposition to Defendants' Motion for Reconsideration in Part of Claim* |

| | | |
|---|---|---|
| | | *Construction Order,* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 07/06/2012) |
| 07/06/2012 | 186 | Sealed Document (Letter) re 181 MOTION to Seal Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit P)(ecav, ) (Entered: 07/09/2012) |
| 07/09/2012 | 187 | Reply to Motion re 177 MOTION to Take Deposition from Google 30(b)(1) et al. *, Plaintiff I/P Engine's Motion for Leave to Take 30(b)(1) Depositions of Defendants,* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 07/09/2012) |
| 07/12/2012 | 188 | REPLY to Response to Motion re 175 MOTION for Reconsideration re 171 Memorandum Opinion, *in Part of Claim Construction Order* MOTION for Reconsideration re 171 Memorandum Opinion, *in Part of Claim Construction Order* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 07/12/2012) |
| 07/13/2012 | 189 | MOTION for Sanctions *for I/P Engine's Violation of May 2, 2012 Court Order* by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 07/13/2012) |
| 07/13/2012 | 190 | Memorandum in Support re 189 MOTION for Sanctions *for I/P Engine's Violation of May 2, 2012 Court Order* filed by Google Inc., IAC Search &Media, Inc.. (Noona, Stephen) (Entered: 07/13/2012) |
| 07/13/2012 | 191 | Declaration re 190 Memorandum in Support *of Jennifer Ghaussy in Support of Google and IAC Search's Motion for Rule 37 Sanctions for I/P Engine's Violation of May 2, 2012 Court Order* by Google Inc., IAC Search &Media, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Noona, Stephen) (Entered: 07/13/2012) |
| 07/16/2012 | 192 | Consent MOTION to Amend/Correct *Scheduling Order with Respect to Expert Disclosure Dates and Memorandum in Support of Consent Motion* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 07/16/2012) |
| 07/18/2012 | 193 | ORDER GRANTING CONSENT 192 Motion to Amend the Scheduling Order with Respect to Expert Disclosure Dates. Entered 7/17/12 and filed 7/18/12. (Signed by Magistrate Judge F. Bradford Stillman on 7/17/12). (Attachments: # 1 Letter) (ecav, ) (Entered: 07/18/2012) |
| 07/26/2012 | 194 | ORDER DENYING AND FINDING AS MOOT and PREMATURE Plaintiff's 177 Motion to Take Deposition, as outlined in this Order. (See Order for Specifics) Entered and filed 7/26/12. (Signed by Magistrate Judge F. Bradford Stillman on 7/26/12). (ecav, ) (Entered: 07/26/2012) |
| 07/27/2012 | 195 | Request for Hearing by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 175 MOTION for Reconsideration re 171 Memorandum Opinion, *in Part of Claim Construction Order* MOTION for Reconsideration re 171 Memorandum |

| | | |
|---|---|---|
| | | Opinion, *in Part of Claim Construction Order* (Noona, Stephen) (Entered: 07/27/2012) |
| 07/27/2012 | 196 | Financial Interest Disclosure Statement (Local Rule 7.1) *Plaintiff I/P Engine, Inc.s Updated Rule 7 Corporate Disclosure Statement* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 07/27/2012) |
| 07/27/2012 | 197 | RESPONSE in Opposition re 189 MOTION for Sanctions *for I/P Engine's Violation of May 2, 2012 Court Order* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 07/27/2012) |
| 08/02/2012 | 198 | STIPULATION by Google Inc., I/P Engine, Inc., IAC Search &Media, Inc.. (Sherwood, Jeffrey) (Entered: 08/02/2012) |
| 08/02/2012 | 199 | Withdrawal of Motion by Google Inc., IAC Search &Media, Inc. re 189 MOTION for Sanctions *for I/P Engine's Violation of May 2, 2012 Court Order (Without Prejudice)* (Noona, Stephen) (Entered: 08/02/2012) |
| 08/03/2012 | | Notice of Correction re 198 Stipulation. The clerk has removed Doc. 198 titled "Stipulation", due to the fact that this filing is not a Stipulation – it is an Order and proposed orders, per ECF guidelines, are to be attached to pleadings and not filed separately. Counsel is advised that Doc 198 is to be provided on paper, for the Judge's consideration. (ecav, ) (Entered: 08/03/2012) |
| 08/03/2012 | 200 | MOTION for Sanctions *Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 08/03/2012) |
| 08/03/2012 | 201 | Memorandum in Support re 200 MOTION for Sanctions *Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Proposed Order)(Sherwood, Jeffrey) (Entered: 08/03/2012) |
| 08/06/2012 | 202 | Joint MOTION to Dismiss *With Prejudice of I/P Engine's Claims Relating to AOL's Advertising.com Sponsored Listings* by AOL Inc., I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 08/06/2012) |
| 08/06/2012 | 203 | AGREED DISMISSAL ORDER AS TO CERTAIN CLAIMS. It is hereby ORDERED that (1) the patent infringement claims in this case as to Google Search and IAC's Ask Sponsored Listings are dismissed with prejudice; and (2) the Motion for Sanctions (D.I. 189) is withdrawn without prejudice to the right to renew the motion in the future. Entered and filed 8/6/12. (Signed by District Judge Raymond A. Jackson on 8/6/12). (ecav, ) (Entered: 08/06/2012) |
| 08/13/2012 | 204 | Motion to appear Pro Hac Vice by Krista Carter and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422–3158724. by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 08/13/2012) |
| 08/14/2012 | 205 | ORDER GRANTING 204 Motion for Krista Carter to appear Pro hac vice on behalf of I/P Engine, Inc. Entered and filed 8/14/12. (Signed by District Judge Raymond A. Jackson on 8/14/12). (ecav, ) (Entered: 08/14/2012) |

| 08/14/2012 | 206 | | MOTION to Seal *Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof* by Google Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 08/14/2012) |
| 08/14/2012 | 207 | | Memorandum in Support re 206 MOTION to Seal *Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof* filed by Google Inc.. (Noona, Stephen) (Entered: 08/14/2012) |
| 08/14/2012 | 208 | | NOTICE by Google Inc. re 206 MOTION to Seal *Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof* (Noona, Stephen) (Entered: 08/14/2012) |
| 08/14/2012 | 209 | | MOTION to Compel *Plaintiff To Produce Documents* by Google Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 08/14/2012) |
| 08/14/2012 | 210 | | Brief in Support to 209 MOTION to Compel *Plaintiff To Produce Documents (Public Version)* filed by Google Inc.. (Noona, Stephen) (Entered: 08/14/2012) |
| 08/14/2012 | 211 | | Declaration re 210 Brief in Support *of Jen Ghaussy in Support of Motion to Compel Plaintiff to Produce Documents* by Google Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Noona, Stephen) (Entered: 08/14/2012) |
| 08/15/2012 | 213 | | Sealed Brief in Support of Defendants' 209 MOTION to Compel Plaintiff To Produce Documents. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Exhibit L, # 9 Exhibit M, # 10 Exhibit N Part 1, # 11 Exhibit N Part 2, # 12 Exhibit N Part 3, # 13 Exhibit P, # 14 Exhibit Q, # 15 Exhibit R, # 16 Exhibit S, # 17 Exhibit T, # 18 Exhibit U)(ecav, ) (Entered: 08/17/2012) |
| 08/16/2012 | 212 | | MEMORANDUM ORDER granting in part and denying in part 175 Motion for Reconsideration in Part of the Court's Claim Construction Order. Accordingly, it is ORDERED that Defendants' Motion for Reconsideration is GRANTED in part and DENIED in part. IT IS FURTHER ORDERED that the term "collaborative feedback data" as it appears in Claims 10 and 25 of the '420 patent be defined as "data from system users with similar interests or needs regarding what informons such users found to be relevant." IT IS FURTHER ORDERED that the meaning of the term "[feedback system for] receiving information found to be relevant to the query by other users" is apparent from the claim language itself. (See Order for Specifics) Entered and filed 8/16/12. (Signed by District Judge Raymond A. Jackson on 8/16/12). (ecav, ) (Entered: 08/16/2012) |
| 08/17/2012 | 214 | | MOTION to Seal *Motion To Seal Portions Of Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof* by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/17/2012) |
| 08/17/2012 | 215 | | Memorandum in Support re 214 MOTION to Seal *Motion To Seal Portions Of Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof* filed by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 08/17/2012) |
| 08/17/2012 | 216 | | NOTICE by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 214 MOTION to Seal *Motion To Seal Portions Of Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof* (Noona, Stephen) (Entered: 08/17/2012) |
| 08/17/2012 | 217 | | Opposition to 200 MOTION for Sanctions *Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art (Public Version)* filed by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 08/17/2012) |
| 08/17/2012 | 218 | | Declaration re 217 Opposition *Of Emily O'Brien In Support Of Defendants' Opposition To Plaintiff's Motion For Discovery Sanctions* by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Noona, Stephen) (Entered: 08/17/2012) |
| 08/20/2012 | 219 | | Motion to appear Pro Hac Vice by Sarah Agudo and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3167771. by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 08/20/2012) |
| 08/20/2012 | 220 | | Sealed Opposition to Plaintiff's 200 MOTION for Sanctions Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art. (Attachments: # 1 Exhibit M, # 2 Exhibit N, # 3 Letter)(ecav, ) (Entered: 08/22/2012) |
| 08/22/2012 | 221 | | ORDER granting 219 Motion for Sarah Agudo to appear Pro hac vice for Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. Entered and filed 8/22/12. (Signed by District Judge Raymond A. Jackson on 8/22/12). (ecav, ) (Entered: 08/22/2012) |
| 08/23/2012 | 222 | | Reply to Motion re 200 MOTION for Sanctions *Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Sherwood, Jeffrey) (Entered: 08/23/2012) |
| 08/24/2012 | | | MOTIONS REFERRED to Magistrate Judge: F. Bradford Stillman. 200 MOTION for Sanctions for Discovery Sanctions Regarding Untimely Disclosed Prior Art, by I/P Engine, INc. (ecav, ) (Entered: 08/24/2012) |
| 08/28/2012 | 223 | | Opposition to 209 MOTION to Compel *Plaintiff To Produce Documents* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 08/28/2012) |
| 08/29/2012 | 224 | | Consent MOTION for Extension *and Memorandum in Support of Consent Motion for Extension of Page Limit for Briefing Summary Judgment Motion* |

| | | |
|---|---|---|
| | | by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 08/29/2012) |
| 08/30/2012 | | Set Deadlines/Hearings Telephone Conference set for 8/30/2012 at 02:30 PM in Newport News Chambers before Magistrate Judge Tommy E. Miller. (afor, ) (Entered: 08/30/2012) |
| 08/30/2012 | | Set Deadlines/Hearings Telephone Conference set for 9/6/2012 at 10:00 AM in Chambers before Magistrate Judge F. Bradford Stillman. (afor, ) (Entered: 08/30/2012) |
| 09/04/2012 | | MOTIONS REFERRED to Magistrate Judge: F. Bradford Stillman. 214 MOTION to Seal Portions Of Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof. (ecav, ) (Entered: 09/04/2012) |
| 09/04/2012 | 225 | ORDER granting 224 Motion for Extension of Page Limit for Breiefing Summary Judgemnt Motion. Signed by District Judge Raymond A. Jackson on September 4, 2012. ) (Entered: 09/04/2012) |
| 09/04/2012 | | Reset Telephone Conference for 9/11/2012 at 11:30 AM in Chambers before Magistrate Judge F. Bradford Stillman. (lwoo) (Entered: 09/04/2012) |
| 09/04/2012 | 226 | MOTION to Seal *Portions of Google Inc.'s Reply Brief in Support of Google's Motion to Compel Plaintiff to Produce Documents* by Google Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/04/2012) |
| 09/04/2012 | 227 | Memorandum in Support re 226 MOTION to Seal *Portions of Google Inc.'s Reply Brief in Support of Google's Motion to Compel Plaintiff to Produce Documents* filed by Google Inc.. (Noona, Stephen) (Entered: 09/04/2012) |
| 09/04/2012 | 228 | NOTICE by Google Inc. re 226 MOTION to Seal *Portions of Google Inc.'s Reply Brief in Support of Google's Motion to Compel Plaintiff to Produce Documents* (Noona, Stephen) (Entered: 09/04/2012) |
| 09/04/2012 | 229 | REPLY to Response to Motion re 209 MOTION to Compel *Plaintiff To Produce Documents (Public Version)* filed by Google Inc.. (Noona, Stephen) (Entered: 09/04/2012) |
| 09/04/2012 | 230 | Declaration re 229 Reply to Response to Motion *of Emily C. O'Brien in Support of Google's Reply Brief in Support of its Motion to Compel Plaintiff to Produce Documents* by Google Inc.. (Noona, Stephen) (Entered: 09/04/2012) |
| 09/05/2012 | 231 | Motion to appear Pro Hac Vice by David A. Nelson and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3188423. by Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/05/2012) |
| 09/05/2012 | 232 | Sealed Reply Brief in Support of Google's 209 MOTION to Compel Plaintiff To Produce Documents. (Attachments: # 1 Letter)(ecav, ) (Entered: 09/06/2012) |
| 09/07/2012 | | Reset Hearings (time corrected): Final Pretrial Conference set for 10/5/2012 at 10:00 AM in Chambers before Magistrate Judge F. Bradford Stillman. |

| | | |
|---|---|---|
| | | (ptom) (Entered: 09/07/2012) |
| 09/10/2012 | | Reset Hearings: Telephone Conference set for 9/11/2012 at 11:30 AM in Newport News Chambers before Magistrate Judge F. Bradford Stillman. (lwoo) (Entered: 09/10/2012) |
| 09/11/2012 | 233 | ORDER granting 231 Motion for Pro hac vice. Signed by District Judge Raymond A. Jackson on September 11, 2012. (Entered: 09/11/2012) |
| 09/11/2012 | | Telephone Conference held on 9/11/2012 held before Magistrate Judge F. Bradford Stillman. (lwoo) (Entered: 09/11/2012) |
| 09/12/2012 | | Motion Hearing (#200, 209) set for 9/18/2012 at 12:00 PM in Norfolk Mag Courtroom 1 before Magistrate Judge F. Bradford Stillman. (lwoo) (Entered: 09/12/2012) |
| 09/12/2012 | 234 | MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration of Bartholomew Furrow in Support of Defendants' Motion for Summary Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 235 | Memorandum in Support re 234 MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration o* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 236 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 234 MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration o* (Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 237 | MOTION for Summary Judgment *Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 238 | Memorandum in Support re 237 MOTION for Summary Judgment *Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 239 | Declaration re 238 Memorandum in Support, *of Bartholomew Furrow in Support of Defendants' Motion for Summary Judgment (Public Version)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 240 | |

| | | | |
|---|---|---|---|
| | | | Declaration re 238 Memorandum in Support, *of Howard Chen in Support of Defendants' Motion for Summary Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 241 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 238 Memorandum in Support, *of Filing of Additional Exhibits to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment* (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31, # 16 Exhibit 32, # 17 Exhibit 33)(Noona, Stephen) (Entered: 09/12/2012) |
| 09/12/2012 | 242 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 236 NOTICE, 235 Memorandum in Support, 234 MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration o of Filing of Amended Certificates of Service (Noona, Stephen)* (Entered: 09/12/2012) |
| 09/12/2012 | 243 | | Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order *by Defendants and* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Schultz, Donald) (Entered: 09/12/2012) |
| 09/13/2012 | 244 | | ORDER TO SHOW CAUSE re 234 MOTION to Seal Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration of Bartholomew Furrow in Support of Defendants' Motion for Summary Judgment, filed on 9/12/12, by Google Inc., AOL Inc., IAC Search &Media, Inc., Target Corporation, Gannett Company, Inc. As outlined in this Order, the Court finds the stated basis for sealing these materilas to be manifestly insufficient to justify filing of these materials under seal. Accordingly, the Court will ORDER the parties to SHOW CAUSE why the specified materials should not be unsealed and filed in the public record. The parties are DIRECTED to appear before the Court on 9/18/12, at 12:00 noon to identify, on the record, any and all reasons why these materials should be filed under seal rather than in the public record of this case, as outlined in this order. The Court notes that a hearing on certain discovery motions in this case is already scheduled for that date and time. IN the interim, the Clerk shall continue to maintain the materials under seal (See Order for Specifics) Entered and filed 9/13/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/13/12). (ecav) (Entered: 09/13/2012) |
| 09/13/2012 | 245 | | ORDER TO SHOW CAUSE re 226 MOTION to Seal Portions of Google Inc.'s Reply Brief in Support of Google's Motion to Compel Plaintiff to Produce Documents filed by Google Inc., 214 MOTION to Seal Portions Of |

| | | |
|---|---|---|
| | | Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof filed by Google Inc., IAC Search &Media, Inc., Target Corporation, Gannett Company, Inc., 181 MOTION to Seal Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions MOTION to Seal Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions filed by Google Inc., AOL Inc., IAC Search &Media, Inc., Target Corporation, Gannett Company, Inc., 136 MOTION to Seal Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply filed by Google Inc., IAC Search &Media, Inc., 125 MOTION to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support filed by I/P Engine, Inc., 115 MOTION to Seal I/P Engine Inc.'s Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production filed by I/P Engine, Inc., 206 MOTION to Seal Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof filed by Google Inc. Accordingly, the Court will ORDER the parties to SHOW CAUSE why the specified materials should not be unsealed and filed in the public record. As outlined in this Order, the Court ORDERS the parties to SHOW CAUSE why the materials described above should not be unsealed and filed in the public record. The parties are DIRECTED to appear before the Court on 9/18/12, at 12:00 noon to identify, on the record, any and all reasons why these materials should be filed under seal rather than in the public record of this case. The Court notes that a hearing on certain discovery motions in this case is already scheduled for that date and time. In the interim, the Clerk shall continue to maintain the materials under seal. (See Order for Specifics) Entered and filed 9/13/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/13/12). (ecav, ) (Entered: 09/13/2012) |
| 09/13/2012 | 246 | ORDER, AGREED. GRANTING 243 Motion to Modify the Scheduling Order in this matter, as outlined in this Order. Entered and filed 9/13/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/13/12). (Attachments: # 1 Letter) (ecav, ) (Entered: 09/13/2012) |
| 09/13/2012 | 250 | Sealed Memorandum in Support re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav (Additional attachment(s) added on 9/17/2012: # 1 Letter) (ecav, ). (Entered: 09/17/2012) |
| 09/13/2012 | 251 | Sealed Declaration of Bartholomew Furrow re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment (ecav) (Entered: 09/17/2012) |
| 09/13/2012 | 252 | Sealed Exhibit 4 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for |

| | | | |
|---|---|---|---|
| | | | Summary Judgment. (ecav) (Entered: 09/17/2012) |
| 09/13/2012 | 253 | | Sealed Exhibit 5 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 254 | | Sealed Exhibit 6 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 255 | | Sealed Exhibit 7 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 256 | | Sealed Exhibit 8 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 257 | | Sealed Exhibit 9 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 258 | | Sealed Exhibit 21 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 259 | | Sealed Exhibit 22 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 260 | | Sealed Exhibit 25 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 261 | | Sealed Exhibit 26 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 262 | | Sealed Exhibit 27 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 263 | | Sealed Exhibit 28 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |

| 09/13/2012 | 264 | | Sealed Exhibit 29 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 265 | | Sealed Exhibit 30 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment. (ecav, ) (Entered: 09/17/2012) |
| 09/13/2012 | 266 | | Sealed Exhibit 31 to Declaration of Howard Chen re 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment (ecav, ) (Entered: 09/17/2012) |
| 09/14/2012 | 247 | | MOTION for Leave to File *and Memorandum In Support of Motion For Leave To File Supplemental Brief In Opposition To Plaintiffs Motion For Discovery Sanctions and Declaration Of Joshua L. Sohn In Support Of Defendants Supplemental Brief In Opposition To Plaintiffs Motion For Discovery Sanctions* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 09/14/2012) |
| 09/14/2012 | 248 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation *Notice Pursuant To 35 U.S.C. § 282* (Noona, Stephen) (Entered: 09/14/2012) |
| 09/15/2012 | 249 | | Motion to appear Pro Hac Vice by Robert Wilson and Certification of Local Counsel Steohen E. Noona Filing fee $ 75, receipt number 0422–3204766. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/15/2012) |
| 09/17/2012 | 267 | | Motion to appear Pro Hac Vice by Katie Scott and Certification of Local Counsel Donald C. Schultz Filing fee $ 75, receipt number 0422–3205772. by I/P Engine, Inc.. (Schultz, Donald) (Entered: 09/17/2012) |
| 09/17/2012 | 268 | | Motion to appear Pro Hac Vice by James Ryerson and Certification of Local Counsel Donald C. Schultz Filing fee $ 75, receipt number 0422–3206773. by I/P Engine, Inc.. (Schultz, Donald) (Entered: 09/17/2012) |
| 09/18/2012 | 269 | | ORDER GRANTING 247 Motion and Memorandum in Support of Motion for Leave to File Supplemental Brief in Opposition to Plaintiff's Motion for Discovery Sanctions, filed by the defendants on September 14, 2012. ECF No. 247.For good cause shown, the motion is GRANTED. The Supplemental Brief in Opposition to Plaintiff's Motion for Discovery Sanctions (ECF No. 247 attach. 1) and the Declaration of Joshua L. Sohn in Support of Defendants' Supplemental Brief in Opposition to Plaintiff's Motion for Discovery Sanctions (ECF No. 247 attach. 2) shall be DEEMED FILED. Entered and filed 9/18/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/18/12). (ecav, ) (Entered: 09/18/2012) |
| 09/18/2012 | | | Notice of Correction re 268 Motion to appear Pro Hac Vice by James Ryerson and Certification of Local Counsel Donald C. Schultz Filing fee $ 75, receipt number 0422–3206773. Pro Hac Vice Motion does not contain the following: Bar Identification Number, applicants signature and signature |

| | | | |
|---|---|---|---|
| | | | of counsel. Clerk is removing Doc. 268 form the docket text and counsel is to refile completed Pro Hac Vic Motion. (ecav, ) (Entered: 09/18/2012) |
| 09/18/2012 | 270 | | ORDER granting 249 Motion for Pro hac vice appearance. Signed by District Judge Raymond A. Jackson on September 18, 2012. (Entered: 09/18/2012) |
| 09/18/2012 | 271 | | ORDER granting 267 Motion for Pro hac vice appearance. Signed by District Judge Raymond A. Jackson on September 18, 2012. (Entered: 09/18/2012) |
| 09/18/2012 | 272 | | Motion to appear Pro Hac Vice by James Ryerson and Certification of Local Counsel Donald C. Schultz Filing fee $ 75, receipt number 0422–3208296. by I/P Engine, Inc.. (Schultz, Donald) (Entered: 09/18/2012) |
| 09/18/2012 | 273 | | ORDER granting 272 Motion for Pro hac vice appearance. Signed by District Judge Raymond A. Jackson on September 18, 2012. (Jackson, Raymond) Modified on 9/18/2012 to link gavel order to corrected Pro Hac Vice Order 272 filed by counsel as outlined in the Notice of Correction done by clerk on 9/18/12. Doc 272 took the place of Doc. 268 (ecav). (Entered: 09/18/2012) |
| 09/18/2012 | 274 | | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman:Motion Hearing held on 9/18/2012 re 209 MOTION to Compel Plaintiff To Produce Documents filed by Google Inc., 200 MOTION for Sanctions Motion for Discovery Sanctions Regarding Untimely Disclosed Prior Art filed by I/P Engine, Inc.. Present on behalf of the plaintiffs were Donald Schultz, Kenneth Brothers and Jeffrey Sherwood. Steve Noona and David Perlson were present on behalf of the defendants. Mr. Sherwood argued the motion for sanctions and Mr. Perlson responded. The Court made rulings on the record. The motion was DENIED. The parties then moved on to the motion to compel. The parties had previously resolved some of the issues in the motion. Mr. Perlson argued the motion and Mr. Sherwood responded. The Court made rulings on the record. The Court then inquired as to the pending motions to seal in the case. The parties were directed to submit to chambers an agreed order regarding the sealing of documents in the case by Monday, September 24, 2012 at noon. The Court will enter an order with regard to the two motions that were argued in open court. Court adjourned. (Court Reporter Gloria Smith, OCR.)(cdod, ) (Entered: 09/19/2012) |
| 09/18/2012 | 275 | | ORDER DENYING Plaintiff's 200 Motion for Discovery Sanctions, as stated on the record at the Motions Hearing on 9/18/12; GRANTING IN PART and DENYING IN PART Defendant Google Inc.'s 209 Motion to Compel, with respect to relief to four categories of documents contained within the original motion that are DENIED as MOOT, as outlined in this Order. Within three days of the date of this Order, the plaintiff shall produce certain documents provided to potential investors by Innovate/Protect, Inc., the plaintiff's parent company, to the defendant with financial information redacted, as stated on the record at the Motions Hearing held on 9/18/12. The parties shall each bear their own expenses with respect to these motions. (See Order for Specifics) Entered and filed 9/18/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/18/12). (ecav, ) (Entered: 09/19/2012) |

| 09/20/2012 | 276 | | Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order *and Memorandum in Support of Joint Motion to Modify Scheduling Order* by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/20/2012) |
| --- | --- | --- | --- |
| 09/21/2012 | | | MOTIONS REFERRED to Magistrate Judge: F. Bradford Stillman. 276 Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order and Memorandum in Support of Joint Motion to Modify Scheduling Order Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order and Memorandum in Support of Joint Motion to Modify Scheduling Order (ecav, ) (Entered: 09/21/2012) |
| 09/21/2012 | 277 | | MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 278 | | Memorandum in Support re 277 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 279 | | NOTICE by I/P Engine, Inc. re 278 Memorandum in Support,, *of Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 280 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 281 | | Memorandum in Support re 280 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 282 | | MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 283 | | Memorandum in Support re 282 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |

| 09/21/2012 | 284 | | NOTICE by I/P Engine, Inc. re 283 Memorandum in Support, *of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
|---|---|---|---|
| 09/21/2012 | 285 | | MOTION to Seal *Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 286 | | Memorandum in Support re 285 MOTION to Seal *Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 287 | | MOTION to Expedite *Motion and Memorandum in Support of its Motion to Shorten Defendants' Time to Respond to I/P Engine's Second and Third Motions for Discovery Sanctions Regarding Untimely Discovery Responses* by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 288 | | NOTICE by I/P Engine, Inc. re 283 Memorandum in Support, *[CORRECTED NOTICE] of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 289 | | MOTION to Seal *[CORRECTED MOTION] Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 290 | | ORDER, AGREED on 276 Joint Motion to Amend/Correct Rule 16(b) Scheduling Order. Modifications of the Scheduling Order the pretrial process and shall not adjust the other dates set forth in the Scheduling Order, including, without limitation, the trial date. (See Order for Specifics and Modifications). Entered and filed 9/21/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/21/12). (Attachments: # 1 Letter) (ecav) (Entered: 09/21/2012) |
| 09/21/2012 | 291 | | ORDER GRANTING IN PART AND DENYING IN PART 287 Motion to Expedite Briefing Schedule. The two underlying motions for discovery sanctions were filed the same day (ECF No. 277, 282). The defendants shall file responsive briefs to the plaintiff's motions for discovery sanctions (ECF Nos. 277, 282) on or before October 1, 2012. The plaintiff shall file its rebuttal briefs, if any, on or before 5:00 p.m. on October 4, 2012. A courtesy copy of the briefs and any exhibits, including those submitted for filing under seal, shall be delivered to the chambers of the Honorable Raymond A. Jackson, United States District Judge, and to the United States Magistrate Judge co–assigned to this case no later than 9:00 a.m. the morning after filing via CM/ECF. Entered and filed 9/21/12. Signed by Magistrate Judge F. Bradford Stillman on 9/21/12. (ecav, ) (Entered: 09/21/2012) |
| 09/21/2012 | 292 | | TRANSCRIPT HEARING ON MOTIONS for date of 09–18–2012, before Judge F. Bradford Stillman, Court Reporter/Transcriber Gloria Smith, |

| | | |
|---|---|---|
| | | Telephone number 757−222−7074. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 10/22/2012. Redacted Transcript Deadline set for 11/21/2012. Release of Transcript Restriction set for 12/20/2012.(smith, gloria) (Entered: 09/21/2012)** |
| 09/21/2012 | 293 | MOTION to Dismiss *all Claims Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* by AOL Search Company, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 294 | Memorandum in Support re 293 MOTION to Dismiss *all Claims Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* filed by AOL Inc., Gannett Company, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 295 | Declaration re 294 Memorandum in Support, *of Margaret P. Kammerud in Support of Defendants' Motion to Dismiss All Claims Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* by AOL Inc., Gannett Company, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 296 | MOTION to Seal *Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High−Level Non−Technical Matters Related to Historical Click−Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn in Support of the Defendants' Various Motions in Limine* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 297 | Memorandum in Support re 296 MOTION to Seal *Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High−Level Non−Technical Matters Related to Historical Click−Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 298 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 296 MOTION to Seal *Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High−Level Non−Technical Matters Related to Historical Click−Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua* (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 299 | MOTION in Limine *#1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre−Suit Knowledge, or Copying* by AOL Inc., |

| | | | |
|---|---|---|---|
| | | | Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 300 | | Memorandum in Support re 299 MOTION in Limine *#1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre−Suit Knowledge, or Copying* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 301 | | MOTION in Limine *#2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 302 | | Memorandum in Support re 301 MOTION in Limine *#2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 303 | | MOTION in Limine *#3 to Exclude Marketing and High−Level Non−Technical Materials Related to Historical Click−Through Rate* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 304 | | Memorandum in Support re 303 MOTION in Limine *#3 to Exclude Marketing and High−Level Non−Technical Materials Related to Historical Click−Through Rate (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 305 | | MOTION in Limine *#4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 306 | | Memorandum in Support re 305 MOTION in Limine *#4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 307 | | MOTION in Limine *#5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 308 | | Memorandum in Support re 307 MOTION in Limine *#5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* filed by AOL |

| | | | |
|---|---|---|---|
| | | | Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 309 | | Memorandum in Support re 277 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 310 | | Declaration re 307 MOTION in Limine *#5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation,* 301 MOTION in Limine *#2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues,* 303 MOTION in Limine *#3 to Exclude Marketing and High−Level Non−Technical Materials Related to Historical Click−Through Rate,* 305 MOTION in Limine *#4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses,* 299 MOTION in Limine *#1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre−Suit Knowledge, or Copying of Joshua L. Sohn in Support of Defendants' Motions in Limine* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 311 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Exhibit 3 to the Memorandum in Support of Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 312 | | MOTION to Seal *Exhibit 3 to the Memorandum in Support of Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 313 | | Memorandum in Support re 312 MOTION to Seal *Exhibit 3 to the Memorandum in Support of Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 314 | | MOTION in Limine *to Exclude Inadmissible Evidence* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 315 | | Memorandum in Support re 314 MOTION in Limine *to Exclude Inadmissible Evidence* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 316 | | MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |

| 09/21/2012 | 317 | | Memorandum in Support re 316 MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| --- | --- | --- | --- |
| 09/21/2012 | 318 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 316 MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof* (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 319 | | MOTION to Exclude *the Testimony of Stephen L. Becker* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 320 | | Memorandum in Support re 319 MOTION to Exclude *the Testimony of Stephen L. Becker (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 321 | | Declaration re 319 MOTION to Exclude *the Testimony of Stephen L. Becker of Nicholas Fox (Public Version)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 322 | | Declaration re 319 MOTION to Exclude *the Testimony of Stephen L. Becker of Bartholomew Furrow (Public Version)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 323 | | Declaration re 319 MOTION to Exclude *the Testimony of Stephen L. Becker of Emily C. O'Brien* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 324 | | MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect, and Certain Materials Filed in Support Thereof* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 325 | | Memorandum in Support re 324 MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorr* filed by AOL Inc., Gannett Company, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |

| 09/21/2012 | 326 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 324 MOTION to Seal *Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorr* (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 327 | | MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 328 | | Memorandum in Support re 327 MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 329 | | Declaration re 327 MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect of Jennifer Ghaussy* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Noona, Stephen) (Entered: 09/21/2012) |
| 09/21/2012 | 330 | | NOTICE by I/P Engine, Inc. *of Motion to Seal the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non−Comparable License Agreements along with Exhibits 1 and 2* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 331 | | MOTION to Seal *the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non−Comparable License Agreements along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 332 | | Memorandum in Support re 331 MOTION to Seal *the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non−Comparable License Agreements along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 333 | | MOTION in Limine *Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non−Comparable License Agreements* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |

| 09/21/2012 | 334 | | Memorandum in Support re 333 MOTION in Limine *Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non–Comparable License Agreements* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
|---|---|---|---|
| 09/21/2012 | 335 | | MOTION in Limine *Plaintiff I/P Engine, Inc.'s Third Motion in Limine to Exclude Improper Prior Art Evidence* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 336 | | Memorandum in Support re 335 MOTION in Limine *Plaintiff I/P Engine, Inc.'s Third Motion in Limine to Exclude Improper Prior Art Evidence* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 337 | | NOTICE by I/P Engine, Inc. *of Motion to Seal the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keither R. Ugone along with Exhibits 1 and 2* (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 338 | | MOTION to Seal *the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 339 | | Memorandum in Support re 338 MOTION to Seal *the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 340 | | MOTION to Exclude *Opinions and Testimony of Keith R. Ugone* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 341 | | Memorandum in Support re 340 MOTION to Exclude *Opinions and Testimony of Keith R. Ugone* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/21/2012) |
| 09/21/2012 | 342 | | Sealed Memorandum in Support of SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav) (Entered: 09/24/2012) |
| 09/21/2012 | 359 | | Sealed Exhibit 2 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav) (Entered: 09/25/2012) |
| 09/21/2012 | 360 | | Sealed Exhibit 4 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav) (Entered: 09/25/2012) |
| 09/21/2012 | 361 | | |

| | | |
|---|---|---|
| | | Sealed Exhibit 5 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 362 | Sealed Exhibit 7 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 363 | Sealed Exhibit 8 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 364 | Sealed Exhibit 9 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 365 | Sealed Exhibit 13 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 366 | Sealed Exhibit 14 re SECOND 280 MOTION to Seal Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 2, 4, 5, 7, 8, 9, 13, and 14 in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 367 | Sealed Cover Letter re 359 Sealed Document, 342 Sealed Document, 366 Sealed Document, 363 Sealed Document, 365 Sealed Document, 361 Sealed Document, 364 Sealed Document, 362 Sealed Document, 360 Sealed Document. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 368 | Sealed Memorandum in Support of THIRD 285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 369 | Sealed Exhibit 1 re THIRD 285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 370 | Sealed Exhibit 4 re THIRD 285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 371 | Sealed Exhibit 5 re THIRD 285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 372 | |

| | | | |
|---|---|---|---|
| | | | Sealed Exhibit 6 re THIRD _285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 373 | | Sealed Exhibit 7 re THIRD _285 MOTION to Seal Memorandum in Support of Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses along with Exhibits 1, 4, 5, 6, 7, in support. (Attachments: #_1 Exhibit 7 Part 2)(ecav, ) (Entered: 09/25/2012) |
| 09/21/2012 | 374 | | Sealed Letter re _372 Sealed Document, _371 Sealed Document, _368 Sealed Document, _373 Sealed Document, _369 Sealed Document, _370 Sealed Document. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 343 | | MOTION to Seal *Portions of the Declaration of Michael Hochberg in Support of Plaintiff's and Defendants' Motions to Seal* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit 1)(Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 344 | | Memorandum in Support re _343 MOTION to Seal *Portions of the Declaration of Michael Hochberg in Support of Plaintiff's and Defendants' Motions to Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 345 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re _343 MOTION to Seal *Portions of the Declaration of Michael Hochberg in Support of Plaintiff's and Defendants' Motions to Seal* (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 346 | | MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 347 | | Memorandum in Support re _346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 348 | | Declaration re _347 Memorandum in Support, *of Margaret P. Kammerud in Support of Defendants' Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1 Exhibit A)(Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 349 | | Declaration re _347 Memorandum in Support, *of Michael Hochberg in Support of Plaintiff's and Defendants' Motions to Seal (Public Version)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 350 | | Declaration re _347 Memorandum in Support, *of Danielle Romain in Support of Defendants' Motion to Seal* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |

| 09/24/2012 | 351 | | Declaration re 347 Memorandum in Support, *of James Maccoun in Support of Defendants' Motion to Seal* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/24/2012) |
| --- | --- | --- | --- |
| 09/24/2012 | 352 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* (Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 353 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial of Filing of Exhibit 1 (Proposed Order)* (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/24/2012) |
| 09/24/2012 | 354 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Exhibit 1 to its Memorandum in Support of Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* (Sherwood, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 355 | | MOTION to Seal *Exhibit 1 to its Memorandum in Support of Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 356 | | Memorandum in Support re 355 MOTION to Seal *Exhibit 1 to its Memorandum in Support of Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 357 | | MOTION in Limine *Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 358 | | Memorandum in Support re 357 MOTION in Limine *Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2, # 3 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 375 | | Sealed Defendants' Memorandum in Support of 324 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 376 | | Sealed Exhibit A to the Declaration of Jennifer Ghaussy in Support of Defendant's 324 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/25/2012) |
| 09/24/2012 | 377 | | Sealed Exhibit B to the Declaration of Jennifer Ghaussy in Support of Defendants' 324 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 378 | | Sealed Exhibit G to the Declaration of Jennifer Ghaussy in Support of Defendants' 324 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 379 | | Sealed Exhibit H to the Declaration of Jennifer Ghaussy in Support of Defendants' 324 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 380 | | Sealed Memorandum in Support of Motion in Limine 3 re 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 381 | | Sealed Exhibit F to the Declaration of Josuan L. Sohn in Support of 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 382 | | Sealed Exhibit H to the Declaration of Joshua L. Sohn in Support of Defendants' 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 383 | | Sealed Exhibit I to the Declaration of Joshua L. Sohn in Support of Defendants' 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 384 | | Sealed Exhibit J to the Declaration of Joshua L. Sohn in Support of Defendants' 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua L. Sohn. (ecav, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/25/2012) |
| 09/24/2012 | 385 | | Sealed Memorandum in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 386 | | Sealed Exhibit 1 to the Declaration of Emily C. O'Brien in Support of 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 387 | | Sealed Exhibit 2 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 388 | | Sealed Exhibit 3 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 389 | | Sealed Exhibit 4 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 390 | | Sealed Exhibit 5 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 391 | | Sealed Exhibit 6 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 392 | | Sealed Exhibit 7 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 393 | | Sealed Exhibit 8 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 394 | | Sealed Exhibit 9 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 395 | | Sealed to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |

| | | | |
|---|---|---|---|
| 09/24/2012 | 396 | | Sealed to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 397 | | Sealed Exhibit 12 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 398 | | Sealed Exhibit 13 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 399 | | Sealed Exhibit 14 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 400 | | Sealed Exhibit 15 to the Declaration of Emily C. O'Brien in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 401 | | Sealed Declaration of Bartholomew Furrow in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 402 | | Sealed Declaration of Nicholas Fox in Support of Defendants' 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav) (Entered: 09/25/2012) |
| 09/24/2012 | 403 | | Sealed Letter re 324 MOTION to Seal >Portions of Memorandum in Support of Defendants' Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect, 296 MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua, 316 MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 404 | | Sealed Exhibit 11 re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 405 | | Sealed Exhibit 12 re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and |

| | | | 22 in Support. (ecav, ) (Entered: 09/25/2012) |
|---|---|---|---|
| 09/24/2012 | 406 | | Sealed Exhibit 14 re. 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 407 | | Sealed Exhibit 15 re. 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 408 | | Sealed Exhibit 18 re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 409 | | Sealed Exhibit 21 re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 410 | | Sealed Exhibit 22 re 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (ecav, ) (Entered: 09/25/2012) |
| 09/24/2012 | 411 | | Sealed Letter re 406 Sealed Document, 408 Sealed Document, 410 Sealed Document, 409 Sealed Document, 404 Sealed Document, 407 Sealed Document, 405 Sealed Document,. (ecav, ) (Entered: 09/25/2012) |
| 09/25/2012 | 412 | | Joint MOTION to Amend/Correct 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial Joint Motion and Memorandum in Support of Joint Motion To Amend/Modify Scheduling Order to Provide Briefing Schedule for Motion to Seal and Close Courtroom (Dkt. No. 346)* by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/25/2012) |
| 09/25/2012 | 413 | | MOTION to Expedite *and Memorandum in Support of Motion to Expedite Briefing on Motion to Dismiss ((Dkt. No. 293))* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/25/2012) |
| 09/25/2012 | 414 | | Sealed Declaration of Michael Hochberg in Support of Plaintiff's and Defendants' 343 MOTION to Seal Portions of the Declaration of Michael Hochberg in Support of Plaintiff's and Defendants' Motions to Seal. (ecav, ) (Additional attachment(s) added on 9/26/2012: # 1 Letter) (ecav, ). (Entered: 09/26/2012) |
| 09/25/2012 | 415 | | Sealed Opposition to Google and IAC's 125 MOTION to Seal Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support. (Attachments: # 1 Letter)(ecav, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/26/2012) |
| 09/25/2012 | 416 | | Sealed Exhibit 3 re. Plaintiff I/P Engine, Inc.'s First 314 MOTION in Limine to Exclude Inadmissible Evidence. (ecav) (Entered: 09/26/2012) |
| 09/25/2012 | 417 | | Sealed Memorandum in Support of Plaintiff I/P Engine, Inc.'s Second 333 MOTION in Limine Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non–Comparable License Agreements. (ecav, ) (Entered: 09/26/2012) |
| 09/25/2012 | 418 | | Sealed Exhibit 1 re. 333 MOTION in Limine Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non–Comparable License Agreements. (ecav) (Entered: 09/26/2012) |
| 09/25/2012 | 419 | | Sealed Exhibit 2 re 333 MOTION in Limine Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non–Comparable License Agreements. (ecav, ) (Entered: 09/26/2012) |
| 09/25/2012 | 420 | | Sealed Memorandum in Support of Plaintiff I/P Engine, Inc.'s 340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 09/26/2012) |
| 09/25/2012 | 421 | | Sealed Exhibit 1 re 340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (ecav, ). (Entered: 09/26/2012) |
| 09/25/2012 | 422 | | Sealed Exhibit 2 re 340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 09/26/2012) |
| 09/25/2012 | 423 | | Sealed Exhibit 1 re 357 MOTION in Limine Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction by I/P Engine, Inc. (ecav) (Entered: 09/26/2012) |
| 09/26/2012 | | | MOTIONS REFERRED to Magistrate Judge: F. Bradford Stillman. 412 Joint MOTION to Amend/Correct 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial Joint Motion and Memorandum in Support of Joint Motion To Amend/Modify Scheduling Order to Provide Brief Joint MOTION to Amend/Correct 346 MOTION to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial Joint Motion and Memorandum in Support of Joint Motion To Amend/Modify Scheduling Order to Provide Brief* (ecav, ) (Entered: 09/26/2012) |
| 09/26/2012 | 424 | | NOTICE by I/P Engine, Inc. *of Motion to Seal its Opposition to Defendants Motion for Summary Judgment along with Exhibits 8, 11–19, 22–24, 27–32, 34–39, 45, 53–54, 56* (Sherwood, Jeffrey) (Entered: 09/26/2012) |
| 09/26/2012 | 425 | | MOTION to Seal *its Opposition to Defendants Motion for Summary Judgment along with Exhibits 8, 11–19, 22–24, 27–32, 34–39, 45, 53–54, 56* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/26/2012) |
| 09/26/2012 | 426 | | Memorandum in Support re 425 MOTION to Seal *its Opposition to Defendants Motion for Summary Judgment along with Exhibits 8, 11–19, 22–24, 27–32, 34–39, 45, 53–54, 56* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/26/2012) |

| | | | |
|---|---|---|---|
| 09/26/2012 | 427 | | Opposition to 237 MOTION for Summary Judgment *Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2–8 (Filed Under Seal), # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11–19 (Filed Under Seal), # 6 Exhibit 20, # 7 Exhibit 21, # 8 Exhibit 22–24 (Filed Under Seal), # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27–32 (Filed Under Seal), # 12 Exhibit 33, # 13 Exhibit 34–39 (Filed Under Seal), # 14 Exhibit 40, # 15 Exhibit 41, # 16 Exhibit 42, # 17 Exhibit 43, # 18 Exhibit 44, # 19 Exhibit 45 (Filed Under Seal), # 20 Exhibit 46, # 21 Exhibit 47, # 22 Exhibit 48, # 23 Exhibit 49, # 24 Exhibit 50, # 25 Exhibit 51, # 26 Exhibit 52, # 27 Exhibit 53–54 (Filed Under Seal), # 28 Exhibit 55, # 29 Exhibit 56 (Filed Under Seal))(Sherwood, Jeffrey) (Entered: 09/26/2012) |
| 09/27/2012 | 428 | | ORDER, AGREED re. 412 Motion to Amend/Correct Motion 346 to Close the Courtroom. The Scheduling Order is modified as follows: 1. Scheduling Order is hereby modified to include the following deadlines for the briefing of Defendants' Motion to Close Courtroom (Dkt. No. 346): Plaintiff shall file its response to the Defendants' Motion to Close Courtroom on or before October 1,2012; and Defendant shall file its Reply Brief in Support of Defendants' Motion to CloseCourtroom on or before October 4,2012.2. Modification of the Scheduling Order shall not adjust the other dates set forth in the Scheduling Order, including, without limitation, the trial date. Entered and filed 9/27/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/27/12). (ecav, ) (Additional attachment(s) added on 9/27/2012: # 1 Letter) (ecav, ). (Entered: 09/27/2012) |
| 09/27/2012 | 429 | | MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to Preclude License Agreements, and (3) Exhibits E and K to the Declaration of Margaret P. Kammerud in Support of Defendants' Opposition to Plaintiff's Motions in Limine* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 430 | | Memorandum in Support re 429 MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 431 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 429 MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to* |

| | | |
|---|---|---|
| | | *Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to* (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 432 | Opposition to 314 MOTION in Limine *to Exclude Inadmissible Evidence (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 433 | Opposition to 333 MOTION in Limine *Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non−Comparable License Agreements (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 434 | Opposition to 335 MOTION in Limine *Plaintiff I/P Engine, Inc.'s Third Motion in Limine to Exclude Improper Prior Art Evidence* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 435 | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #1 along with Exhibits 5−6 and 11−12* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 436 | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #1 along with Exhibits 5−6 and 11−12* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 437 | Memorandum in Support re 436 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #1 along with Exhibits 5−6 and 11−12* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 438 | Declaration re 433 Opposition, 432 Opposition, 434 Opposition, *of Margaret P. Kammerud in Support of Defendants' Opposition to Plaintiff's Motions in Limine* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 439 | Opposition to 299 MOTION in Limine *#1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre−Suit Knowledge, or Copying* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 440 | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #2 along with Exhibits 1 and 2* |

| | | | |
|---|---|---|---|
| | | | (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 441 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #2 along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 442 | | Memorandum in Support re 441 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #2 along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 443 | | Opposition to 301 MOTION in Limine *#2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 444 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #3 along with Exhibits 3−11* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 445 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #3 along with Exhibits 3−11* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 446 | | Memorandum in Support re 445 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #3 along with Exhibits 3−11* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 447 | | Opposition to 303 MOTION in Limine *#3 to Exclude Marketing and High−Level Non−Technical Materials Related to Historical Click−Through Rate* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 448 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #4 along with Exhibits 1 and 2* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 449 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #4 along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 450 | | Memorandum in Support re 449 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #4 along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 451 | | Opposition to 305 MOTION in Limine *#4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 452 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #5 along with Exhibits 1 and 2* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 453 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #5 along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 454 | | Memorandum in Support re 453 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #5 along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 455 | | Opposition to 307 MOTION in Limine *#5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 456 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion to Exclude the Testimony of Stephen L. Becker along with Exhibits 1−5, 7−8, and 10−11* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 457 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion to Exclude the Testimony of Stephen L. Becker along with Exhibits 1−5, 7−8, and 10−11* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 458 | | Memorandum in Support re 457 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion to Exclude the Testimony of Stephen L. Becker along with Exhibits 1−5, 7−8, and 10−11* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 459 | | Opposition to 340 MOTION to Exclude *Opinions and Testimony of Keith R. Ugone (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 460 | | Opposition to 319 MOTION to Exclude *the Testimony of Stephen L. Becker* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 461 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants Motion to Preclude Dr. Frieder from Testifying Regarding Untimely Opinions along with Exhibits 1−3 and 5* (Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 462 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants Motion to Preclude Dr. Frieder from Testifying Regarding Untimely Opinions along with Exhibits 1−3 and 5* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 09/27/2012) |

| 09/27/2012 | 463 | Memorandum in Support re 462 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants Motion to Preclude Dr. Frieder from Testifying Regarding Untimely Opinions along with Exhibits 1–3 and 5* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| --- | --- | --- |
| 09/27/2012 | 464 | Opposition to 327 MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Sherwood, Jeffrey) (Entered: 09/27/2012) |
| 09/27/2012 | 465 | MOTION to Seal *Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 466 | Memorandum in Support re 465 MOTION to Seal *Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 467 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 465 MOTION to Seal *Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone* (Noona, Stephen) (Entered: 09/27/2012) |
| 09/27/2012 | 468 | Declaration re 466 Memorandum in Support, *of Emily C. O'Brien in Support of Defendants' Memorandum in Support of Their Opposition to I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Noona, Stephen) (Entered: 09/28/2012) |
| 09/27/2012 | 471 | Sealed Document I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav) (Entered: 10/01/2012) |
| 09/27/2012 | 472 | Sealed Exhibit 2 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav) (Entered: 10/01/2012) |
| 09/27/2012 | 473 | Sealed Exhibit 3 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav) (Entered: 10/01/2012) |
| 09/27/2012 | 474 | Sealed Exhibit 4 re. I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 475 | Sealed Exhibit 5 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 476 | |

| | | |
|---|---|---|
| | | Sealed Exhibit 6 re I/P Engine, Inc.'s 427 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 477 | Sealed Exhibit 7 re I/P Engine, Inc.'s 427 Opposition to Defendant's 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 478 | Sealed Exhibit 8 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 479 | Sealed Exhibit 11 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 480 | Sealed Exhibit 12 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 481 | Sealed Exhibit 13 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 482 | Sealed Exhibit 14 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 483 | Sealed Exhibit 15 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 484 | Sealed Exhibit 16 re I/P Engine Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 485 | Sealed Exhibit 17 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 486 | Sealed Exhibit 18 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 487 | Sealed Exhibit 19 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 488 | Sealed Exhibit 22 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 489 | Sealed Exhibit 23 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 490 | Sealed Exhibit 24 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 491 | Sealed Exhibit 27 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 492 | Sealed Exhibit 28 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 493 | Sealed Exhibit 29 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 494 | Sealed Exhibit 30 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (Attachments: Continuation of Exhibit 30.(ecav, ) (Entered: 10/01/2012) |

| 09/27/2012 | 495 | | Sealed Exhibit 31 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (Attachments: # 1 Sealed Exhibit 31 Continuation, # 2 Sealed Exhibit 31 Continuation)(ecav, ) (Entered: 10/01/2012) |
| --- | --- | --- | --- |
| 09/27/2012 | 496 | | Sealed Exhibit 32 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (Attachments: # 1 Continuation of Sealed Exhibit 32, # 2 Continuation of Sealed Exhibit 32)(ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 497 | | Sealed Exhibit 34 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 498 | | Sealed Exhibit 35 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 499 | | Sealed Exhibit 36 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 500 | | Sealed Exhibit 37 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 501 | | Sealed Exhibit 38 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 502 | | Sealed Exhibit 39 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 503 | | Sealed Exhibit 45 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 504 | | Sealed Exhibit 53 I/P Engine, Inc.'s re 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 505 | | Sealed Exhibit 54 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 506 | | Sealed Exhibit 56 re I/P Engine, Inc.'s 427 Opposition to Defendants' 237 Motion for Summary Judgment. (ecav, ) (Entered: 10/01/2012) |
| 09/27/2012 | 507 | | Sealed Cover Letter re 477 Sealed Document, 496 Sealed Document, 480 Sealed Document, 487 Sealed Document, 475 Sealed Document, 503 Sealed Document, 497 Sealed Document, 502 Sealed Document, 505 Sealed Document, 473 Sealed Document, 479 Sealed Document, 492 Sealed Document, 471 Sealed Document, 490 Sealed Document, 485 Sealed Document, 504 Sealed Document, 472 Sealed Document, 491 Sealed Document, 494 Sealed Document, 500 Sealed Document, 482 Sealed Document, 476 Sealed Document, 478 Sealed Document, 499 Sealed Document, 493 Sealed Document, 483 Sealed Document, 498 Sealed Document, 495 Sealed Document, 488 Sealed Document, 501 Sealed Document, 481 Sealed Document, 489 Sealed Document, 484 Sealed Document, 474 Sealed Document, 486 Sealed Document, 506 Sealed Document. (ecav, ) (Entered: 10/01/2012) |
| 09/28/2012 | 469 | | ORDER, AGREED, To Maintain Portions of Documents Under Seal: Granting in part and Denying in part 115 Motion to Seal; Granting in part |

| | | |
|---|---|---|
| | | and Denying in part 125 Motion to Seal; Granting 136 Motion to Seal; Granting 181 Motion to Seal; Granting in part and Denying in part 206 Motion to Seal; Granting 214 Motion to Seal; Denying 226 Motion to Seal; Granting in part and Denying in part 234 Motion to Seal; Granting in part and Denying in part 237 Motion for Summary Judgment. IT IS ORDERED that the following documents be maintained under seal in full: ECF No. 125 – Exhibits 14,18 and 21 to the Plaintiffs Motion to Seal. ECF Nos. 234–41 – Exhibits 9 and 25 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment. It is further ORDERED that portions of the following documents be maintained under seal in connection with the motions they support: ECF No. 115 – Exhibits 15,16,17, and 21 to the Plaintiffs Motion to Seal. ECF No. 125 – Exhibits 11,12,15, and 22 to Plaintiffs Motion to Seal, and I/P Engine'sBrief in Opposition to Google, and IAC's Motion to Compel Plaintiff to Supplement Its Infringement Contentions. ECF No. 136 – Exhibits AA and BB to Defendants' Motion to Seal, and the Reply Brief in Support of Motion to Compel.ECF No. 181 – Exhibit P to the Declaration of Jennifer Ghaussy in Support ofDefendants' Opposition to Plaintiffs Motion for Leave to Take 30(b)(l) Depositions. ECF No. 206 – Exhibits A, B, C, J, K, and the Brief in Support of Defendants' Motion to Compel. ECF No. 214 – Exhibits M and N to the Declaration of Emily O'Brien in Support of the Motion to Seal Portions of Defendants Brief in Opposition to Plaintiffs Motion for Discovery Sanctions, and the Brief in Opposition to Plaintiffs Motion for Sanctions. ECF Nos. 234–41 – Exhibits 4, 5, 6,7, 8,9,21,22,26, 27,28,29, and 30 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment,the Declaration of Bartholomew Furrow in Support of Defendants" Motion for Summary Judgment, and the Memorandum in Support of Defendants' Motion for Summary Judgment. IT IS FURTHER ORDERED that the following documents be unsealed in connection with the motions they support: ECF No. 115 – Exhibit 18 to the Plaintiffs Motion to Seal. ECF No. 206 – Exhibits H, I, L, M, N, P, Q, R, S, T, and U. ECF No. 226 – The Reply Brief in Support of the Motion to Compel. ECF Nos. 234–41 – Exhibit 31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment. In addition to above, THE PARTIES ARE DIRECTED TO FILE THEIR JOINT RESPONSE TO THE ORDERS TO SHOW CAUSE AND NON–CONFIDENTIAL EXHIBITS, PROFFERED IN CAMERA ON 9/24/12, VIA CM/ECF WITHIN FIVE (5) DAYS OF THE DATE OF THIS ORDER. Entered and filed 9/28/12. (Signed by Magistrate Judge F. Bradford Stillman on 9/28/12). (ecav, ) (Entered: 09/28/2012) |
| 09/28/2012 | 470 | Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order, Order Rule 16(b) Scheduling Order *by Defendants and* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1)(Schultz, Donald) (Entered: 09/28/2012) |
| 09/28/2012 | 530 | Sealed Memorandum in Support of Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 531 | Sealed Exhibit A re Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) |

| | | |
|---|---|---|
| | | (Entered: 10/02/2012) |
| 09/28/2012 | 532 | Sealed Exhibit B re Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 533 | Sealed Exhibit C re Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 534 | Sealed Exhibit D re Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (Attachments: # 1 Continuation of Sealed Exhibit D)(ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 535 | Sealed Exhibit E re Defendants' 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 536 | Sealed Defendants' Opposition re 429 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 537 | Sealed Defendants' Opposition re 429 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine. (ecav, ) (Entered: 10/02/2012)* |
| 09/28/2012 | 538 | Sealed Exhibit E re Defendants' 429 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION |

| | | |
|---|---|---|
| | | to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 539 | Sealed Exhibit K re Defendants' 429 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 540 | Sealed Cover Letter re 530 Sealed Document, 537 Sealed Document,,, 538 Sealed Document,,, 536 Sealed Document,,, 535 Sealed Document, 534 Sealed Document, 539 Sealed Document,,, 533 Sealed Document, 531 Sealed Document, 532 Sealed Document. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 542 | Sealed Exhibit 5 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (Attachments: # 1 Continuation of Sealed Exhibit 5, # 2 Continuation of Sealed Exhibit 5)(ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 543 | Sealed Exhibit 4 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 544 | Sealed Exhibit 3 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 545 | Sealed Plaintiff I/P Engine, Inc.'s 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 546 | Sealed Exhibit 2 re 443 Opposition to 301 MOTION in Limine #2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 548 | Sealed Exhibit 1 re 443 Opposition to 301 MOTION in Limine #2 to Exclude Evidence of Entire Market Value of Accused Products and of Defendants' Size, Wealth and Overall Revenues filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 549 | Sealed I/P Engine, Inc.'s 443 Opposition to 301 MOTION in Limine #2 to Exclude Evidence of Entire Market Value of Accused Products and of |

| | | |
|---|---|---|
| | | Defendants' Size, Wealth and Overall Revenues filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 550 | Sealed Exhibit 12 re 439 Opposition to 299 MOTION in Limine #1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre–Suit Knowledge, or Copying filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 551 | Sealed Exhibit 11 re 439 Opposition to 299 MOTION in Limine #1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre–Suit Knowledge, or Copying filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 552 | Sealed Exhibit 6 re 439 Opposition to 299 MOTION in Limine #1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre–Suit Knowledge, or Copying filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 553 | Sealed Exhibit 5 re 439 Opposition to 299 MOTION in Limine #1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre–Suit Knowledge, or Copying filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 555 | Sealed Plaintiff I/P Engine, Inc.'s re 439 Opposition to 299 MOTION in Limine #1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre–Suit Knowledge, or Copying filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 556 | Sealed Exhibit 2 re 451 Opposition to 305 MOTION in Limine #4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 557 | Sealed Exhibit 1 re 451 Opposition to 305 MOTION in Limine #4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 558 | Sealed Plaintiff I/P Engine, Inc.'s 451 Opposition to 305 MOTION in Limine #4 to Preclude Plaintiff from Offering Evidence or Argument Relating to Defendants' Conduct During Discovery or to Google's Unproduced Licenses filed by I/P Engine, Inc. (ecav, ) (Entered: 10/02/2012) |
| 09/28/2012 | 559 | Sealed Cover Letter received on 9/28/12. (Entered: 10/02/2012) |
| 09/28/2012 | 574 | Sealed Exhibit 5 re 464 Opposition to 327 MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 575 | Sealed Exhibit 3 re 464 Opposition to 327 MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were |

| | | |
|---|---|---|
| | | Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 576 | Sealed Exhibit 1 re 464 Opposition to 327 MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 577 | Sealed Document re 464 Opposition to 327 MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect MOTION to Exclude (Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 578 | Sealed Exhibit 11 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 579 | Sealed Exhibit 10 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 580 | Sealed Exhibit 8 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 581 | Sealed Exhibit 7 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 583 | Sealed Exhibit 5 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 584 | Sealed Exhibit 4 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 586 | Sealed Exhibit 3 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 587 | Sealed Exhibit 2 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 588 | Sealed Exhibit 2 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Continuation of Sealed Exhibit 2)(ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 589 | | Sealed Exhibit 1 re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 592 | | Sealed Plaintiff I/P Engine, Inc.'s Brief in Opposition re 460 Opposition to 319 MOTION to Exclude the Testimony of Stephen L. Becker filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 593 | | Sealed Exhibit 2 re 455 Opposition to 307 MOTION in Limine #5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 595 | | Sealed Exhibit 1 re 455 Opposition to 307 MOTION in Limine #5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 596 | | Sealed Opposition to Defendants' re 455 Opposition to 307 MOTION in Limine #5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 597 | | Sealed Exhibit 11 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 598 | | Sealed Exhibit 10 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc.(ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 599 | | Sealed Exhibit 9 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 601 | | Sealed Exhibit 8 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 603 | | Sealed Exhibit 7 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (ecav, ) (Entered: 10/03/2012) |
| 09/28/2012 | 605 | | Sealed Exhibit 6 re 447 Opposition to 303 MOTION in Limine #3 to Exclude Marketing and High–Level Non–Technical Materials Related to Historical Click–Through Rate filed by I/P Engine, Inc. (Attachments: # 1 Continuation of Sealed Exhibit 6, # 2 Continuation of Sealed Exhibit 6)(ecav, ) (Entered: 10/03/2012) |

| 10/01/2012 | 508 | | MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to the Declaration of Howard Chen in Support of Defendants' Memorandum in Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/01/2012) |
|---|---|---|---|
| 10/01/2012 | 509 | | Memorandum in Support re 508 MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation.* (Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 510 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 508 MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t (Noona, Stephen) (Entered: 10/01/2012)* |
| 10/01/2012 | 511 | | Opposition to 357 MOTION in Limine *Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 512 | | Declaration re 511 Opposition, *of Howard Chen in Support of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Noona, Stephen) (Entered: 10/01/2012) |

| 10/01/2012 | 513 | NOTICE by I/P Engine, Inc. *of Motion to Seal Exhibits 1 and 2 to its Response to Defendants Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Materials at Trial* (Sherwood, Jeffrey) (Entered: 10/01/2012) |
|---|---|---|
| 10/01/2012 | 514 | MOTION to Seal *Exhibits 1 and 2 to its Response to Defendants Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Materials at Trial* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/01/2012) |
| 10/01/2012 | 515 | Memorandum in Support re 514 MOTION to Seal *Exhibits 1 and 2 to its Response to Defendants Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Materials at Trial* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 10/01/2012) |
| 10/01/2012 | 516 | RESPONSE to Motion re 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 10/01/2012) |
| 10/01/2012 | 517 | MOTION to Seal *(1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; (3) Portions of the Declaration of Margaret Kammerud in Support of Defendants' Opposition to Plaintiff's Third Motion for Discovery Sanctions; (4) Portions of Exhibits A–E, G, I–K to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Second Motion for Discovery Sanctions; and (5) Exhibits L–Q to the Declaration of Margaret Kammerud in Support of Defendants' Opposition to Plaintiff's Third Motion for Discovery Sanctions* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 518 | Memorandum in Support re 517 MOTION to Seal *(1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/01/2012)* |
| 10/01/2012 | 519 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 517 MOTION to Seal *(1) Portions of* |

| | | *Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; (Noona, Stephen) (Entered: 10/01/2012)* |
|---|---|---|
| 10/01/2012 | 520 | Opposition to 277 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 521 | Opposition to 282 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 522 | Declaration re 520 Opposition, *of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Second Motion for Discovery Sanctions* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Noona, Stephen) (Entered: 10/01/2012) |
| 10/01/2012 | 523 | Declaration re 521 Opposition, *of Margaret P. Kammerud in Support of Defendants' Opposition to Plaintiff's Third Motion for Discovery Sanctions (Public Version)* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N, # 4 Exhibit O, # 5 Exhibit P, # 6 Exhibit Q, # 7 Exhibit R)(Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 524 | MOTION to Seal *Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 525 | Memorandum in Support re 524 MOTION to Seal *Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judg* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. |

| | | |
|---|---|---|
| | | *(Noona, Stephen) (Entered: 10/02/2012)* |
| 10/02/2012 | 526 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 524 MOTION to Seal *Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judg (Noona, Stephen) (Entered: 10/02/2012)* |
| 10/02/2012 | 527 | REPLY to Response to Motion re 237 MOTION for Summary Judgment *Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 528 | Declaration re 527 Reply to Response to Motion, *of Joshua L. Sohn in Support of the Reply in Support of Defendants' Motion for Summary Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 34, # 2 Exhibit 35, # 3 Exhibit 36, # 4 Exhibit 37, # 5 Exhibit 38)(Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 529 | Request for Hearing by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation *on Motion for Summary Judgment* (Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | | Set Deadlines as to 277 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses, 282 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses. Motion Hearing set for 10/9/2012 at 09:30 AM in Norfolk Mag Courtroom 1 before Magistrate Judge Lawrence R. Leonard. (cdod, ) (Entered: 10/02/2012) |
| 10/02/2012 | | MOTIONS REFERRED to Magistrate Judge: Judge Leonard. 470 Joint MOTION to Amend/Correct 90 Order Rule 16(b) Scheduling Order. (ecav, ) (Entered: 10/02/2012) |
| 10/02/2012 | 541 | ORDER, AGREED, GRANTING 470 Joint Motion to Amend/Correct 90 Order Rule 16(b) Scheduling Order. Entered and filed 10/2/12. (Signed by Magistrate Judge Lawrence R. Leonard on 10/2/12). (Attachments: # 1 Letter) (ecav, ) (Entered: 10/02/2012) |
| 10/02/2012 | 547 | NOTICE by I/P Engine, Inc. re 282 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses,* 277 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses Notice of Hearing* (Schultz, Donald) (Entered: 10/02/2012) |
| 10/02/2012 | 554 | Request for Hearing by I/P Engine, Inc. re 335 MOTION in Limine *Plaintiff I/P Engine, Inc.'s Third Motion in Limine to Exclude Improper Prior Art Evidence,* 357 MOTION in Limine *Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of* |

| | | |
|---|---|---|
| | | *Invalidity and Opinions Regarding Claim Construction,* 340 MOTION to Exclude *Opinions and Testimony of Keith R. Ugone* (Schultz, Donald) (Entered: 10/02/2012) |
| 10/02/2012 | 560 | Request for Hearing by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 303 MOTION in Limine *#3 to Exclude Marketing and High−Level Non−Technical Materials Related to Historical Click−Through Rate,* 327 MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect,* 319 MOTION to Exclude *the Testimony of Stephen L. Becker,* 307 MOTION in Limine *#5 to Preclude Plaintiff From Introducing Evidence of Damages Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation,* 299 MOTION in Limine *#1 to Preclude Plaintiff From Introducing Evidence of Willful Infringement, Pre−Suit Knowledge, or Copying* (Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 561 | MOTION to Seal *(1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect; (2) Portions of Defendants' Reply Brief in Support of their Motion to Exclude the Testimony of Stephen L. Becker; and (3) Portions of Exhibit I to the Declaration of Howard Chen in Support of Defendants' Reply Brief in Support of their Motion to Preclude Dr. Ophir Frieder* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 562 | Memorandum in Support re 561 MOTION to Seal *(1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/02/2012)* |
| 10/02/2012 | 563 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 561 MOTION to Seal *(1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and* |

| | | | |
|---|---|---|---|
| | | | *Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes (Noona, Stephen) (Entered: 10/02/2012)* |
| 10/02/2012 | 564 | | REPLY to Response to Motion re 319 MOTION to Exclude *the Testimony of Stephen L. Becker (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 565 | | Declaration re 564 Reply to Response to Motion *of Jennifer Ghaussy in Support of Defendants' Reply Brief in Support of their Motion to Exclude the Testimony of Stephen L. Becker* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 18)(Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 566 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1−3* (Sherwood, Jeffrey) (Entered: 10/02/2012) |
| 10/02/2012 | 567 | | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1−3* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/02/2012) |
| 10/02/2012 | 568 | | Memorandum in Support re 567 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1−3* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 10/02/2012) |
| 10/02/2012 | 569 | | Reply to Motion re 340 MOTION to Exclude *Opinions and Testimony of Keith R. Ugone* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Sherwood, Jeffrey) (Entered: 10/02/2012) |
| 10/02/2012 | 570 | | REPLY to Response to Motion re 327 MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* MOTION to Exclude *(Preclude) Dr. Ophir Frieder From Testifying Regarding Untimely Opinions that were Not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 571 | | Declaration re 570 Reply to Response to Motion,, *of Howard Chen in Support of Defendants' Reply Brief in Support of their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes are Incorrect* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit I)(Noona, Stephen) (Entered: 10/02/2012) |

| 10/02/2012 | 610 | Sealed Exhibit 1 re 516 Response to Motion re 346 MOTION to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial filed by I/P Engine, Inc.. (ecav, ) (Entered: 10/04/2012) |
|---|---|---|
| 10/02/2012 | 611 | Sealed Exhibit 2 re 516 Response to Motion re 346 MOTION to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial filed by I/P Engine, Inc. (Attachments: # 1 Continuation of Sealed Exhibit 2, # 2 Continuation of Sealed Exhibit 2)(ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 612 | Cover Letter re 610 Sealed Document, 611 Sealed Document,. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 613 | Sealed Defendants' Opposition re Plaintiff's 508 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 614 | Sealed Exhibit 10 re 508 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 615 | Sealed Exhibit 12 re 508 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 616 | Sealed Defendants' Opposition re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for |

| | | |
|---|---|---|
| | | Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 617 | Sealed Defendants' Opposition re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 618 | Sealed Exhibit A re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 619 | Sealed Exhibit B re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' |

| | | |
|---|---|---|
| | | Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 620 | Sealed Exhibit C re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 621 | Sealed Exhibit D re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 622 | Sealed Exhibit E re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in |

| | | |
|---|---|---|
| | | Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 623 | Sealed Exhibit G re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 624 | Sealed Exhibit I re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 625 | Sealed Exhibit J re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third |

| | | |
|---|---|---|
| | | Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 626 | Sealed Exhibit K re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 627 | Sealed Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 628 | Sealed Exhibit L to the Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third |

| | | |
|---|---|---|
| | | Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav) (Entered: 10/04/2012) |
| 10/02/2012 | 629 | Sealed Exhibit M to the Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 630 | Sealed Exhibit N to the Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 631 | Sealed Exhibit O to the Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) |

| | | |
|---|---|---|
| | | Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 632 | Sealed Exhibit P to the Declaration of Margaret P. Kammerud re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 633 | Sealed Exhibit Q re 518 Memorandum in Support re 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 634 | Sealed Defendants' Reply in Support re 524 MOTION to Seal Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgement. (ecav) (Entered: 10/04/2012) |
| 10/02/2012 | 635 | Sealed Exhibit 34 to the Declaration of Joshua L. Sohn re 524 MOTION to Seal Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for |

| | | | |
|---|---|---|---|
| | | | Summary Judgement. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 636 | | Sealed Exhibit 36 to the Declaration of Joshua L. Sohn re 524 MOTION to Seal Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgement. (ecav, ) (Entered: 10/04/2012) |
| 10/02/2012 | 637 | | Cover Letter re. Docs. 613 – 636. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 572 | | ORDER DENYING Defendants' 237 MOTION for Summary Judgment Defendants AOL Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation's Motion for Summary Judgment filed by Google Inc., AOL Inc., IAC Search &Media, Inc., Target Corporation, Gannett Company, Inc. It is further ORDERED that parties engage in settlement discussions before United States Magistrate Judge Lawrence R. Leonard @ 10:30 a.m. on Tuesday, 10/9/12. Entered and filed 10/3/12. (Signed by District Judge Raymond A. Jackson on 10/3/12. (ecav, ) (Entered: 10/03/2012) |
| 10/03/2012 | | | Set Hearings: Settlement Conference set for 10/9/2012 at 10:30 AM in Chambers before Magistrate Judge Lawrence R. Leonard. (cdod, ) (Entered: 10/03/2012) |
| 10/03/2012 | 573 | | Settlement Conference Order: This case has been referred to the undersigned for a settlement conference. In order to facilitate the just and expeditious resolution of this case, it is ORDERED as follows: All parties and their lead counsel are required to appear at a settlement conference scheduled in the United States District Court, 600 Granby Street, Norfolk, Virginia 23510, at10:30 a.m. on Tuesday, October 9, 2012, for the purpose of conducting discussions, in good faith, towards a compromised resolution of this case. Counsel must notify parties attending the settlement conference that electronic equipment (cell phones, pagers, laptops, etc.) is not permitted in the courthouse without the express permission of the Court. (See Order for further specifics) Additionally, The parties must: Submit a brief memorandum of five pages or less directly to the chambers of the undersigned (do not file in the clerk's office) by noon on Friday, October 5, 2012. Do not serve a copy of the letter on the opposing party unless you wish to disclose your settlement position. The memorandum can be faxed to (757) 222–7257. Identify the lawyers and party representatives who will attend the conference. (See Order for further specifics) Entered and filed 10/3/12. (Signed by Magistrate Judge Lawrence R. Leonard on 10/3/12). (ecav, ) (Entered: 10/03/2012) |
| 10/03/2012 | 582 | | Motion to appear Pro Hac Vice by David Leon Bilsker and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3231446. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 585 | | Response to 244 Order,,,,, 245 Order,,,,,,,,, *Joint Response to the Orders to Show Cause* filed by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Proposed Order Exhibit 1)(Noona, Stephen) (Entered: 10/03/2012) |

| | | | |
|---|---|---|---|
| 10/03/2012 | | | Reset Hearings: Final Pretrial Conference reset for 10/9/2012 at 02:30 PM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (ptom) (Entered: 10/03/2012) |
| 10/03/2012 | 590 | | Response to 136 MOTION to Seal *Portions of Reply Brief in Support of Motion to Compel and Exhibits AA and BB to the Declaration of Emily C. O'Brien in Support of the Reply Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit AA (Lesser Redacted), # 2 Exhibit BB (Lesser Redacted), # 3 Exhibit Reply Brief in Support of Motion to Compel (Lesser Redacted))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 591 | | Response to 181 MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions* MOTION to Seal *Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions Notice of Filing Response to Agreed Order to Maintain Portsions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit P to the Declaration of Jennifer Ghaussy in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Take 30(b)(1) Depositions (Lesser Redacted))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 594 | | Response to 206 MOTION to Seal *Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A (Lesser Redacted), # 2 Exhibit B (Lesser Redacted), # 3 Exhibit C (Lesser Redacted), # 4 Exhibit J (Lesser Redacted), # 5 Exhibit K (Lesser Redacted), # 6 Exhibit Brief in Support of Defendants' Motion to Compel (Lesser Redacted))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 600 | | Response to 214 MOTION to Seal *Motion To Seal Portions Of Defendants Brief In Opposition To Plaintiff's Motion For Discovery Sanctions And Various Exhibits To The Declaration Of Emily OBrien In Support Thereof Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit M to the Declaration of Emily O'Brien (Lesser Redacted), # 2 Exhibit N to the Declaration of Emily O'Brien (Lesser, # 3 Exhibit Brief in Opposition to Plaintiff's Motion for Sanctions (Lesser Redacted))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 602 | | Response to 226 MOTION to Seal *Portions of Google Inc.'s Reply Brief in Support of Google's Motion to Compel Plaintiff to Produce Documents Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit Reply Brief in Support of the Motion to Compel (Unredacted, Public |

| | | |
|---|---|---|
| | | Form))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 604 | Response to 234 MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration o Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment (Unredacted, Public Form))(Noona, Stephen) (Entered: 10/03/2012)* |
| 10/03/2012 | 606 | Response to 206 MOTION to Seal *Portions Of Google Inc.s Brief In Support Of Motion To Compel And Various Exhibits To The Declaration Of Jen Ghaussy in Support Thereof Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit H (Undreacted, Public Form), # 2 Exhibit I (Unredacted, Public Form), # 3 Exhibit L (Unredacted, Public Form), # 4 Exhibit M (Unredacted, Public Form), # 5 Exhibit N (Unredacted, Public Form), # 6 Exhibit P (Unredacted, Public Form), # 7 Exhibit Q (Unredacted, Public Form), # 8 Exhibit R (Unredacted, Public Form), # 9 Exhibit S (Undredacted, Public Form), # 10 Exhibit T (Unredacted, Public Form), # 11 Exhibit U (Unredacted, Public Form))(Noona, Stephen) (Entered: 10/03/2012) |
| 10/03/2012 | 607 | Response to 241 NOTICE,, 234 MOTION to Seal *Portions of the Memorandum in Support of Defendants' Motion for Summary Judgment; Exhibits 4−9, 21−22, and 25−31 to the Declaration of Howard Chen in Support of Defendants' Motion for Summary Judgment; and the Declaration o Notice of Filing Response to Agreed Order to Maintain Portions of Documents Under Seal filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 4 (Lesser Redacted), # 2 Exhibit 5 (Lesser Redacted), # 3 Exhibit 6 (Lesser Redacted), # 4 Exhibit 7 (Lesser Redacted), # 5 Exhibit 8 (Lesser Redacted), # 6 Exhibit 9 (to Remain Under Seal), # 7 Exhibit 21 (Lesser Redacted), # 8 Exhibit 22 (Lesser Redacted), # 9 Exhibit 26 (Lesser Redacted), # 10 Exhibit 27 (Lesser Redacted), # 11 Exhibit 28 (Lesser Redacted), # 12 Exhibit 29 (Lesser Redacted), # 13 Exhibit 30 (Lesser Redacted), # 14 Exhibit Memorandum in Support of Defendants' Motion for Summary Judgment (Lesser Redacted, # 15 Exhibit Declaration of Bartholomew Furrow (Less Redacted))(Noona, Stephen) (Entered: 10/03/2012)* |
| 10/03/2012 | 608 | Response to 115 MOTION to Seal *I/P Engine, Inc.'s Motion to Seal Exhibits 15, 16, 17, 18, and 21 of IP Engine's Memorandum in Support of Its Motion to Compel Defendant Google, Inc.'s Custodial Document Production,* 125 MOTION to Seal *Motion to Seal I/P Engine's Opposition to Google and IAC's Motion to Compel Plaintiff to Supplement its Infringement Contentions Along with Exhibits 11, 12, 14, 15, 18, 21, and 22 in Support* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit Exhibit 15 (Lesser Redacted), # 2 Exhibit Exhibit 16 (Lesser Redacted), # 3 Exhibit Exhibit 17 (Lesser Redacted), # 4 Exhibit Exhibit 18 (Unredacted, Public Form), # 5 |

| | | |
|---|---|---|
| | | Exhibit Exhibit 21 (Lesser Redacted), #_6 Exhibit ECF 125 (Lesser Redacted), #_7 Exhibit Exhibit 11 (Lesser Redacted), #_8 Exhibit Exhibit 12 (Lesser Redacted), #_9 Exhibit Exhibit 15 (Lesser Redacted), #_10 Exhibit Exhibit 22 (Lesser Redacted))(Schultz, Donald) (Entered: 10/03/2012) |
| 10/03/2012 | 609 | Reply to Motion re _357 MOTION in Limine *Plaintiff I/P Engines Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungars New Theory of Invalidity and Opinions Regarding Claim Construction* filed by I/P Engine, Inc.. (Attachments: #_1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 10/03/2012) |
| 10/03/2012 | 645 | Sealed Plaintiff I/P Engine, Inc.'s Reply in Further Support of Its Motion to Exclude Opinions and Testimony of Keith R. Ugone re _569 Reply to Motion re _340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone filed by I/P Engine, Inc. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 648 | Sealed Exhibit 1 re _569 Reply to Motion re _340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone filed by I/P Engine, Inc.. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 650 | Sealed Exhibit 2 re _569 Reply to Motion re _340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone filed by I/P Engine, Inc. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 652 | Sealed Exhibit 3 re _569 Reply to Motion re _340 MOTION to Exclude Opinions and Testimony of Keith R. Ugone filed by I/P Engine, Inc. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 653 | Cover Letter re _652 Sealed Document, _645 Sealed Document, _648 Sealed Document, _650 Sealed Document. (ecav, ) (Entered: 10/04/2012) |
| 10/03/2012 | 661 | Sealed Defendants' Reply Brief in Support to Exclude Testimony re _561 MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal 1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes. (ecav, ) (Entered: 10/05/2012) |
| 10/03/2012 | 662 | Sealed Exhibit 1 re _561 MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes. (ecav, ) (Entered: 10/05/2012) |

| | | | |
|---|---|---|---|
| 10/03/2012 | 663 | | Sealed Defendants' Reply Brief in Support re 561 MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes. (Attachments: # 1 Letter)(ecav, ) (Entered: 10/05/2012) |
| 10/04/2012 | 638 | | Motion to appear Pro Hac Vice by Sarah Agudo and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233036. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 639 | | Motion to appear Pro Hac Vice by Joshua Lee Sohn and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233047. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 640 | | Motion to appear Pro Hac Vice by Antonio Ricardo Sistos and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233056. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 641 | | Motion to appear Pro Hac Vice by Howard Yeh–hao Chen and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233062. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 642 | | Motion to appear Pro Hac Vice by Jennifer Jasmine Ghaussy and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233079. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 643 | | Motion to appear Pro Hac Vice by Margaret Pirnie Kammerud and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233082. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 644 | | Reply to Motion re 277 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/04/2012 | 646 | | NOTICE by I/P Engine, Inc. *of Motion to Seal Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Third Motion for Discovery Sanctions along* |

| | | |
|---|---|---|
| | | *with Exhibits 1 and 2* (Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/04/2012 | 647 | MOTION to Seal *Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Third Motion for Discovery Sanctions along with Exhibits 1 and 2* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/04/2012 | 649 | Memorandum in Support re 647 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Third Motion for Discovery Sanctions along with Exhibits 1 and 2* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/04/2012 | 651 | Reply to Motion re 282 MOTION for Sanctions *Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/04/2012 | 654 | Motion to appear Pro Hac Vice by Emily Christina O'Brien and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3233922. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 655 | REPLY to Response to Motion re 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 656 | Request for Hearing by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* (Noona, Stephen) (Entered: 10/04/2012) |
| 10/04/2012 | 657 | Opposition to 346 MOTION to Seal *Documents and Close the Courtroom During Presentation of Confidential Material at Trial* filed by Suffolk Technologies, LLC. (Attachments: # 1 Proposed Order)(Reilly, Craig) (Entered: 10/04/2012) |
| 10/04/2012 | 658 | Brief in Support to 657 Opposition filed by Suffolk Technologies, LLC. (Reilly, Craig) (Entered: 10/04/2012) |
| 10/04/2012 | 659 | NOTICE of Appearance by Craig Crandall Reilly on behalf of Suffolk Technologies, LLC (Reilly, Craig) (Entered: 10/04/2012) |
| 10/04/2012 | 660 | STIPULATION *and Proposed Order Withdrawing Certain Motions in Limine Pending Before the Court* by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Sherwood, Jeffrey) (Entered: 10/04/2012) |
| 10/05/2012 | | Notice of Correction re 660 Stipulation. Counsel filed a pleading titled, "Stipulation and Proposed Order Withdrawing Certain Motions in Limine Pending before the Court". Proposed Orders have to be sent to the Clerk's Office in paper and not filed electronically as a pleading. If counsel's intent is to withdraw the motions that are stated in Doc. 660, a Motion to Withdraw is all that is needed, linking same back to the pertinent motions and the Stipulation is not necessary. (ecav, ) (Entered: 10/05/2012) |

| 10/05/2012 | 664 | MOTION to Strike *Plaintiff's Deposition Designations* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/05/2012) |
|---|---|---|
| 10/05/2012 | 665 | Memorandum in Support re 664 MOTION to Strike *Plaintiff's Deposition Designations* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/05/2012) |
| 10/05/2012 | 666 | Declaration re 665 Memorandum in Support *of Emily O'Brien in Support of Defendants' Motion to Strike Plaintiff's Deposition Designations* by IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Noona, Stephen) (Entered: 10/05/2012) |
| 10/05/2012 | 667 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 664 MOTION to Strike *Plaintiff's Deposition Designations , Notice of Filing of Additional Exhibit to the Motion to Strike Plaintiff's Deposition Designations* (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/05/2012) |
| 10/05/2012 | 668 | MOTION to Expedite *and Memorandum in Support of Motion to Expedite Briefing on Defendants' Motion to Strike Plaintiff's Deposition Designations* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/05/2012) |
| 10/05/2012 | 669 | Sealed Plaintiff I/P Engine, Inc.'s Reply re 651 Reply to Motion re 282 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses filed by I/P Engine, Inc. (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | 670 | Sealed Plaintiff I/P Engine, Inc.'s Reply re 651 Reply to Motion re 282 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses filed by I/P Engine, Inc. (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | 671 | Sealed Exhibit 2 re 651 Reply to Motion re 282 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses filed by I/P Engine, Inc. (Attachments: # 1 Continuation of Sealed Exhibit 2, # 2 Continuation of Sealed Exhibit 2)(ecav, ) (Additional attachment(s) added on 10/5/2012: # 3 Letter) (ecav, ). (Entered: 10/05/2012) |
| 10/05/2012 | 672 | Motion to appear Pro Hac Vice by David Aaron Nelson and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3235417. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/05/2012) |
| 10/05/2012 | 673 | ORDER GRANTING 638 Motion for Sarah Agudo to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | 674 | ORDER GRANTING 639 Motion for Joshua Lee Sohn to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge |

| | | | |
|---|---|---|---|
| | | | Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>675</u> | | ORDER GRANTING <u>640</u> Motion for Antonio Ricardo Sistos to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>676</u> | | ORDER GRANTING <u>641</u> Motion for Howard Yeh–hao Chen to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>677</u> | | ORDER GRANTING <u>642</u> Motion for Jennifer Jasmine Ghaussy to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>678</u> | | ORDER GRANTING <u>643</u> Motion for Margaret Pirnie Kammerud to appear as Pro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>679</u> | | ORDER GRANTING <u>582</u> Motion for David Leon Bilsker to appear asPro hac vice for AOL Inc. Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | 680 | | ORDER granting <u>672</u> Motion for Pro hac vice appearance. Signed by District Judge Raymond A. Jackson on October 5, 2012. (Entered: 10/05/2012) |
| 10/05/2012 | 681 | | ORDER granting <u>654</u> Motion for Pro hac vice appearance. Signed by District Judge Raymond A. Jackson on October 5, 2012. (Entered: 10/05/2012) |
| 10/05/2012 | <u>682</u> | | ORDER on three (3) Motions in Limine filed by I/P Engine, Inc. ("Plaintiff") toexclude evidence from trial in the above–styled matter. Also before the Court are five (5) Motions in Limine to exclude evidence filed by Defendants AOL Inc., Google Inc., Target Corporation, IAC Search &Media, Inc. and Gannett Co., Inc. ("Defendants"). These matters have been fully briefed by the Parties. The Court finds that oral arguments of these motions will not aid its decisional process. Having reviewed the motions and related materials, the Courtfinds these matters ripe for judicial determination. For the reasons stated herein, and pursuant to the inherent authority to make evidentiary rulings prior to trial, see Luce v. United States, 469 U.S. 38,41 n.4 (1984), the Court resolves the Parties' Motions in Limine as outlined: DEFERRING ruling on <u>299</u> Motion in Limine; DENYING <u>301</u> Motion in Limine; DEFERRING ruling on <u>303</u> Motion in Limine; DEFERRING ruling on <u>305</u> Motion in Limine; DENYING <u>307</u> Motion in Limine; GRANTING AND DEFERRING (See Order for specifics as to each item) <u>314</u> Motion in Limine; DEFERRING ruling on <u>333</u> Motion in Limine; DENYING <u>335</u> Motion in Limine, as outlined in this Order. (See Order for all Specifics as to each Motion in Limine) Entered and filed 10/5/12. (Signed by District Judge Raymond A. Jackson on 10/5/12). (ecav, ) (Entered: 10/05/2012) |
| 10/05/2012 | <u>683</u> | | NOTICE by I/P Engine, Inc. *of Motion to Seal Exhibits 1 and 4 to its Opposition to Defendants Motion to Dismiss All Claims Against AOL, Inc., Gannett Co., Inc., IAC Search &Media, Inc., and Target Corporation* (Sherwood, Jeffrey) (Entered: 10/05/2012) |

| 10/05/2012 | 684 | MOTION to Seal *Exhibits 1 and 4 to its Opposition to Defendants Motion to Dismiss All Claims Against AOL, Inc., Gannett Co., Inc., IAC Search &Media, Inc., and Target Corporation* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/05/2012) |
|---|---|---|
| 10/05/2012 | 685 | Memorandum in Support re 684 MOTION to Seal *Exhibits 1 and 4 to its Opposition to Defendants Motion to Dismiss All Claims Against AOL, Inc., Gannett Co., Inc., IAC Search &Media, Inc., and Target Corporation* filed by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 10/05/2012) |
| 10/05/2012 | 686 | Opposition to 293 MOTION to Dismiss *all Claims Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Sherwood, Jeffrey) (Entered: 10/05/2012) |
| 10/08/2012 | 687 | MOTION to Seal *Portions of the Order on the Final Pretrial Conference* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/08/2012) |
| 10/08/2012 | 688 | Memorandum in Support re 687 MOTION to Seal *Portions of the Order on the Final Pretrial Conference* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/08/2012) |
| 10/08/2012 | 689 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 687 MOTION to Seal *Portions of the Order on the Final Pretrial Conference* (Noona, Stephen) (Entered: 10/08/2012) |
| 10/09/2012 | 690 | ORDER, AGREED, re. 202 Joint Motion to Dismiss with Prejudice of I/P Engine's Claims Relating to AOL's Advertising.com Sponsored Listings by AOL, I/P Engine, Inc. IT IS THEREFORE ORDERED that I/P Engine's claims for relief against AOL relating to AOL's Advertising.com Sponsored Listings are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses relating to the dismissed claims shall be borne by each party incurring the same. Entered and filed 10/9/12. (Signed by District Judge Raymond A. Jackson on 10/9/12). (ecav, ) (Entered: 10/09/2012) |
| 10/09/2012 | | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Leonard:Settlement Conference held on 10/9/2012. (cdod, ) (Entered: 10/09/2012) |
| 10/09/2012 | 691 | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Leonard:Motion Hearing held on 10/9/2012 re 282 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses filed by I/P Engine, Inc., 277 MOTION for Sanctions Plaintiff I/P Engine, Inc.'s Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses filed by I/P Engine, Inc.. Present were Jeffrey Sherwood, W. Ryan Snow, Frank Cimino, Jr. and Kenneth Brothers on behalf of the plaintiff and David Bilsker, David Perlson, Steve Noona and David Nelson on behalf of the defendants. Mr. Sherwood argues motion #277 and Mr. Bilsker responds. The Court makes rulings on the |

| | | |
|---|---|---|
| | | record. Mr. Cimino argues motion #282 and Mr. Perlson responds. The Court makes rulings on the record. The Court will enter an order in this matter. Parties adjourn to participate in a settlement conference with Judge Leonard in this case and a final pretrial conference later in the afternoon with Judge Jackson. Court adjourned. (Court Reporter Sharon Borden, OCR.)(cdod, ) (Entered: 10/09/2012) |
| 10/09/2012 | 692 | Proposed Voir Dire by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/09/2012) |
| 10/09/2012 | 693 | *Defendants'* Proposed Jury Instructions by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/09/2012) |
| 10/09/2012 | 694 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation *of Filing Defendants' Proposed Verdict Form* (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/09/2012) |
| 10/09/2012 | | Minute Entry for proceedings held before District Judge Raymond A. Jackson:Final Pretrial Conference held on 10/9/2012. Attorney's Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, Dawn Rudenko and Frank Cimino, Jr. appeared on behalf of the plaintiff. Attorney's David Nelson, David Pearlson, Emily O'Brien, Stephen Noona, David Bilsker, and Robert Wilson appeared on behalf of the defendant's. (ptom) (Entered: 10/09/2012) |
| 10/09/2012 | 695 | Proposed Jury Instructions by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 10/09/2012) |
| 10/09/2012 | 696 | Proposed Voir Dire by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 10/09/2012) |
| 10/09/2012 | 697 | ORDER GRANTING IN PART AND DENYING IN PART Plaintiff's 277 Second Motion for Discovery Sanctions Regarding Untimely Discovery Responses; AND DENYING its 282 Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses. Specifically, as to the Plaintiffs Second Motion, the Court ORDERS the Defendants to produce to the Plaintiff within two days of entry of this Order data that has not been produced as to Google, Inc.'s, revenues for its properties based in the United States and AUTHORIZES the Plaintiff to supplement the report of its damages expert, Dr. Stephen L. Becker, within two days thereafter. Furthermore, the Defendants may not cross−examine Dr. Becker on the omission in his initial report of Google, Inc.'s, revenues for its properties based in the United States. Although the Court DENIES the Plaintiff's Second Motion as to certain e−mails and information provided therein produced by the Defendants as Bates Nos. G−IPE−0888897,G−IPE−0888898−99, G−IPE−0888900, and G−IPE−888901−02, the Plaintiff is AUTHORIZED to supplement Dr. Becker's report to include these documents by Friday, October 12,2012. Finally, the Court DENIES the Plaintiffs Second Motion as to the Defendants' non−infringing alternatives contentions but AUTHORIZES the Plaintiff to supplement the report of its infringement expert, Dr. Ophir Frieder, to include these contentions by Friday, October 12, 2012. (See Order for All Specifics) Entered and filed 10/9/12. (Signed by Magistrate |

| | | | |
|---|---|---|---|
| | | | Judge Lawrence R. Leonard on 10/9/12). (ecav, ) (Entered: 10/09/2012) |
| 10/09/2012 | 698 | | ORDER DIRECTING the Clerk to assign any matters which arise in this case to an alternate United States Magistrate Judge due to the undersigned U.S. Magistrate Judge having conducted a settlement conference and discussions in this matter. Because of the nature of the settlement discussions the undersigned cannot preside over any contested issues in this case. Entered and filed 10/9/12. (Signed by Magistrate Judge Lawrence R. Leonard on 10/9/12). (ecav, ) (Entered: 10/10/2012) |
| 10/09/2012 | | | Case Reassigned to Magistrate Judge Tommy E. Miller. Magistrate Judge Lawrence R. Leonard no longer assigned to the case. (ecav, ) (Entered: 10/10/2012) |
| 10/09/2012 | | | Case Reassigned to Magistrate Judge Douglas E. Miller. Magistrate Judge Tommy E. Miller no longer assigned to the case. (ecav, ) (Entered: 10/10/2012) |
| 10/10/2012 | 699 | | NOTICE by I/P Engine, Inc. *of Filing of Plaintiff's Proposed Verdict Form* (Attachments: # 1 Exhibit 1)(Schultz, Donald) (Entered: 10/10/2012) |
| 10/10/2012 | 700 | | MOTION for Reconsideration re 697 Order on Motion for Sanctions,,,,,,,,,,,,, *denial of I/P Engines Third Motion for Discovery Sanctions* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/10/2012) |
| 10/10/2012 | 701 | | MOTION to Expedite *Briefing on Plaintiffs Motion for Review of Judge Leonards Ruling on I/P Engines Third Motion for Discovery Sanctions* by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 10/10/2012) |
| 10/11/2012 | | | Case Reassigned to Magistrate Judge Tommy E. Miller as directed. Magistrate Judge Douglas E. Miller no longer assigned to the case. (ecav, ) (Entered: 10/11/2012) |
| 10/11/2012 | 702 | | TRANSCRIPT of proceedings for dates of 10–09–2012, before Judge Lawrence R. Leonard, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 12/11/2012. Release of Transcript Restriction set for 1/9/2013.(borden, sharon) (Entered: 10/11/2012)** |
| 10/11/2012 | 703 | | REPLY to Response to Motion re 293 MOTION to Dismiss *all Claims Against AOL Inc., Gannett Co., Inc., IAC Search &Media, Inc. and Target Corporation* filed by AOL Inc., Gannett Company, Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/11/2012) |
| 10/12/2012 | | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. |

| | | |
|---|---|---|
| | | Miller. <u>425</u> MOTION to Seal its Opposition to Defendants Motion for Summary Judgment along with Exhibits 8, 11–19, 22–24, 27–32, 34–39, 45, 53–54, 56. (ecav, ) (Entered: 10/12/2012) |
| 10/12/2012 | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. <u>296</u> MOTION to Seal Portions of Defendants' Memorandum in Support of Motion in Limine No. 3 to Exclude Marketing and High–Level Non–Technical Matters Related to Historical Click–Through Rate, and Exhibits F, H, I and J to the Declaration of Joshua, <u>316</u> MOTION to Seal Portions of Memorandum in Support of Defendants' Motion to Exclude Testimony from Stephen L. Becker and Certain Materials Filed in Support Thereof, <u>331</u> MOTION to Seal the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Second Motion in Limine to Preclude Non–Comparable License Agreements along with Exhibits 1 and 2, <u>312</u> MOTION to Seal Exhibit 3 to the Memorandum in Support of Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence, <u>338</u> MOTION to Seal the Memorandum in Support of Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1 and 2 (ecav, ) (Entered: 10/12/2012) |
| 10/12/2012 | <u>704</u> | *Defendants' Proposed Pre–Trial Jury Instructions* Proposed Jury Instructions by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Noona, Stephen) (Entered: 10/12/2012) |
| 10/12/2012 | <u>705</u> | ORDER NUMBER 2 – PRE–TRIAL MOTIONS: Before the Court are remaining motions to exclude evidence and witnesses from trial in the above–styled matter filed by both Plaintiff and Defendants. These matters have been fully briefed by the Parties. The Court finds that oral arguments of these motions will not aid itsdecisional process. Having reviewed the motions and related materials, the Court finds these matters ripe for judicial determination. For the reasons stated herein, and pursuant to the inherent authority to make evidentiary rulings prior to trial, see Luce v. United States, 469 U.S. 38,41 n.4(1984), the Court resolves the Parties' motions as outlined: Plaintiffs First Motion in Limine as to Items 2 and 6 is DEFERRED. The Court's reasoning with respect to the Lycos agreements is equally applicable to the seven agreements Defendants wish to offer, which by their own admission are non–comparable, and are again solely offered for the purpose of showing a preference by Google for lump sum royalty payments. Non–comparable licenses cannot be used to determine either the form or amount of a reasonable royalty. Accordingly, for the reasons outlined above and under the Court's discretion under Fed. R. Evid. 403, Plaintiffs Second Motion in Limine to Preclude Non–Comparable License Agreements between Google and other third parties, as outlined in Plaintiffs memorandum in support of this motion, is GRANTED. Plaintiffs Second Motion in Limine to exclude the Google–Meyer Agreement is DENIED. Additionally, the Court's reasoning with respect to the Google–Meyer Agreement is equally applicable to the Google–Disney Agreement. As there is a dispute to whether the technology underlying the Google–Disney Agreements is comparable, the jury must resolve the dispute in the context of determining a reasonable royalty for damages. Consequently, Plaintiffs Second Motion in Limine to exclude the Google–Disney Agreement is DENIED. Court GRANTS Plaintiffs Motion Exclude Opinions and |

| | | | |
|---|---|---|---|
| | | | Testimony of Keith R. Ugone as to any testimony using a "yardstick" or "proxy" methodology or the use of the real estate valuations analogies in this context. Dr. Ugone is free to present expert opinion using established methods of calculating damages, including the hypothetical negotiation approach guided by the Georgia–Pacific Factors, which he purports to use. Having reviewed the motions and related pleadings, the Court finds that Dr. Ungars new theory of invalidity is not violative of Rule 26 procedures. Furthermore, the Court finds that Plaintiff has neither been surprised nor prejudiced by this new theory under Fourth Circuit precedent on this issue. See Southern States Rack &Fixture, Inc. v. Sherwm–Williams Co., 318 F.3d 592, 597 (4th Cir. 2003). Accordingly, Plaintiffs motion as to Dr. Ungars' new theory of invalidity is DENIED. At Final–Pre Trial Conference, Defendants essentially asked for reconsideration of the Court's previous denial of their Motion in Limine No. 2. Having again reviewed the relevant case law, the Court declines to reconsider its decision. I/P Engine, through its damages expert, is prepared to offer evidence at trial that "patented technology forms a substantial basis of the consumer demand of the accused products" through discovered documents showing increased revenue specifically attributed to patented technologies, presumably reflecting increased consumer demand. The sufficiency of this evidence in determining a reasonable royalty is a question for the jury. If questions arise as to whether Dr. Becker's trial testimony adequately supports application of the Entire Market Value Rule, they can be addressed through cross examination or through relevant trial motions. Accordingly, motion for reconsideration of the Court's previous denial of their Motion in Limine No. 2 is DENIED. Having reviewed the motion and related pleadings, the Court finds that objections to Dr. Becker's testimony are best resolved at trial during the course of examination as they generally go to the weight of the evidence and should be resolved by the jury. In summary: Defendants' Motion to Exclude the Testimony of Dr. Stephen L. Becker (ECF No. 319) is DENIED. DENYING 293 Motion to Dismiss; GRANTING 299 Motion in Limine; DENYING 319 Motion to Exclude; DENYING 327 Motion to Exclude; GRANTING IN PART AND DENYING IN PART 333 Motion in Limine; GRANTING IN PART AND DENYING IN PART 340 Motion to Exclude; GRANTING IN PART AND DENYING IN PART 357 Motion in Limine, as outlined in this Order. (See Order for entire Specifics) Entered and filed 10/12/12. (Signed by District Judge Raymond A. Jackson on 10/12/12). (ecav, ) (Entered: 10/12/2012) |
| 10/14/2012 | 706 | | MOTION to Seal *Portions Of Exhibit 1 To The OBrien Declaration In Support Of Defendants Motion For Sanctions And To Strike Portions Of Dr. Frieders Second Updated Expert Report* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 707 | | Memorandum in Support re 706 MOTION to Seal *Portions Of Exhibit 1 To The OBrien Declaration In Support Of Defendants Motion For Sanctions And To Strike Portions Of Dr. Frieders Second Updated Expert Report* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 708 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 706 MOTION to Seal *Portions Of* |

| | | | |
|---|---|---|---|
| | | | *Exhibit 1 To The OBrien Declaration In Support Of Defendants Motion For Sanctions And To Strike Portions Of Dr. Frieders Second Updated Expert Report* (Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 709 | | Emergency MOTION to Strike *and For Sanctions and To Strike Plaintiffs Supplemental Expert Report In Violation Of the Courts October 9 Order* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 710 | | Memorandum in Support re 709 Emergency MOTION to Strike *and For Sanctions and To Strike Plaintiffs Supplemental Expert Report In Violation Of the Courts October 9 Order* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 711 | | Declaration re 710 Memorandum in Support, *of Emily O'Brien in Support of Defendants Emergency Motion For Sanctions and To Strike Plaintiffs Supplemental Expert Report In Violation Of the Courts October 9 Order* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 712 | | Consent MOTION to Expedite *and Memorandum in Support of Consent Motion to Expedite Briefing on Defendants Emergency Motion For Sanctions And To Strike Plaintiffs Supplemental Expert Report In Violation Of The Courts October 9 Order* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/14/2012) |
| 10/14/2012 | 713 | | Reply to Motion re 701 MOTION to Expedite *Briefing on Plaintiffs Motion for Review of Judge Leonards Ruling on I/P Engines Third Motion for Discovery Sanctions* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/14/2012) |
| 10/15/2012 | | | Notice of Correction re 710 Memorandum in Support – The filing user has been notified to file a separate Certificate of Service. The certificate of service filed is not signed. (rsim, ) (Entered: 10/15/2012) |
| 10/15/2012 | | | Notice of Correction re 713 Reply to Motion – The filing user has been notified to file a separate Certificate of Service. The certificate of service filed is not signed. (rsim, ) (Entered: 10/15/2012) |
| 10/15/2012 | 714 | | CERTIFICATE of Service *(Amended)* re 710 Memorandum in Support, by Stephen Edward Noona on behalf of AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation (Noona, Stephen) (Entered: 10/15/2012) |
| 10/15/2012 | 715 | | CERTIFICATE of Service *(Amended)* re 713 Reply to Motion, by Stephen Edward Noona on behalf of AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation (Noona, Stephen) (Entered: 10/15/2012) |
| 10/15/2012 | 716 | | Opposition to 700 MOTION for Reconsideration re 697 Order on Motion for |

| | | |
|---|---|---|
| | | Sanctions,,,,,,,,,,,, *denial of I/P Engines Third Motion for Discovery Sanctions Defendants' Opposition to Plaintiff's Motion for Review of Judge Leonard's Ruling on Plaintiff I/P Engine, Inc.'s Third Motion for Discovery Sanctions Regarding Untimely Discovery Responses* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/15/2012) |
| 10/15/2012 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller. 453 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #5 along with Exhibits 1 and 2,* 436 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #1 along with Exhibits 5–6 and 11–12,* 465 MOTION to Seal *Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone,* 449 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #4 along with Exhibits 1 and 2,* 457 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion to Exclude the Testimony of Stephen L. Becker along with Exhibits 1–5, 7–8, and 10–11,* 462 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants Motion to Preclude Dr. Frieder from Testifying Regarding Untimely Opinions along with Exhibits 1–3 and 5,* 441 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #2 along with Exhibits 1 and 2,* 445 MOTION to Seal *Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #3 along with Exhibits 3–11* (rsim, ) (Entered: 10/15/2012) |
| 10/15/2012 | | MOTION REFERRED to Magistrate Judge Tommy E. Miller. 429 MOTION to Seal *(1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to* (rsim, ) (Entered: 10/15/2012) |
| 10/15/2012 | 717 | RESPONSE in Opposition re 709 Emergency MOTION to Strike *and For Sanctions and To Strike Plaintiffs Supplemental Expert Report In Violation Of the Courts October 9 Order* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 10/15/2012) |
| 10/15/2012 | 718 | Sealed Document: Exhibit to 711 Declaration, filed by by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation UNDER SEAL, pursuant to 706 Motion to Seal. (Attachments: # 1 Cover Letter)(mwin, ) (Entered: 10/15/2012) |
| 10/15/2012 | 719 | ORDER ON FINAL PRETRIAL CONFERENCE. Signed by District Judge Raymond A. Jackson on 10/15/12. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(arou) (Entered: 10/15/2012) |
| 10/16/2012 | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. 453 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to |

| | | |
|---|---|---|
| | | Defendants' Motion in Limine #5 along with Exhibits 1 and 2, 436 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #1 along with Exhibits 5–6 and 11–12, 465 MOTION to Seal Defendants' Memorandum in Support of Their Opposition to Plaintiff I/P Engine, Inc.'s Motion to Exclude Opinions and Testimony of Keith R. Ugone, 449 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #4 along with Exhibits 1 and 2, 457 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion to Exclude the Testimony of Stephen L. Becker along with Exhibits 1–5, 7–8, and 10–11, 429 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff I/P Engine's First Motion in Limine to Exclude Inadmissible Evidence; (2) Portions of Defendants' Opposition to Plaintiff I/P Engine's Second Motion in Limine to, 462 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants Motion to Preclude Dr. Frieder from Testifying Regarding Untimely Opinions along with Exhibits 1–3 and 5, 441 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #2 along with Exhibits 1 and 2, 445 MOTION to Seal Plaintiff I/P Engine, Inc.'s Opposition to Defendants' Motion in Limine #3 along with Exhibits 3–11. (ecav, ) (Entered: 10/16/2012) |
| 10/16/2012 | 720 | (DAY #1) Jury Trial Begun and Voir Dire held on 10/16/12 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, Dawn Rudenko, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Emily OBrien, Stephen Noona, David Bilsker, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Pretrial conference held in chambers. Petit jurors were sworn, examined on voir dire and from said panel came a jury of nine (9) who were duly sworn. Jurors not selected excused subject to call. Jurors instructed by Court and shown a video as to patent cases. Out of the presence of the jury, counsel argued objections to demonstrative exhibits – Court stated rulings on the record. Witnesses sequestered. Opening statements of counsel heard. Court adjourned until Wednesday, 10/17/12 at 10:00 a.m. Jury Trial continued to 10/17/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Main Document 720 replaced on 10/23/2012) (ptom, ). (Entered: 10/16/2012) |
| 10/17/2012 | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. 517 MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for |

| | | | |
|---|---|---|---|
| | | | Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions; MOTION to Seal (1) Portions of Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Discovery Sanctions; (2) Portions of Defendants' Memorandum in Opposition to Plaintiff's Third Motion for Discovery Sanctions;, 524 MOTION to Seal Portions of the Reply in Support of Defendants' Motion for Summary Judgment, and Exhibits 34 and 36 to the Declaration of Joshua L. Sohn in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judg, 514 MOTION to Seal Exhibits 1 and 2 to its Response to Defendants Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Materials at Trial, 508 MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 t MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12 to MOTION to Seal (1) Portions of Defendants' Opposition to Plaintiff's Daubert Motion, and Fourth Motion in Limine, to Exclude Lyle Ungar's New Theory of Invalidity and Opinions Regarding Claim Construction and (2) Exhibits 10 and 12. (ecav, ) (Entered: 10/17/2012) |
| 10/17/2012 | 721 | | Motion to appear Pro Hac Vice by Jennifer Lynn Polse and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422–3250881. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/17/2012) |
| 10/17/2012 | 722 | | JURY TRIAL (DAY #2) held on 10/17/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, Dawn Rudenko, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Emily OBrien, Stephen Noona, David Bilsker, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 10/16/12. Plaintiff presented evidence witnesses sworn and testified. Plaintiffs and Defendants Exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Video Deposition of Jonathan Alferness shown to the jury. Out of the presence of the jury, Court DENIED Plaintiffs #700 Motion for Reconsideration of 697 Order denying Motion for Sanctions; and DENIED Defendants #709 Motion to Strike and for Sanctions and to Strike Plaintiffs Supplemental Expert report in Violation of the Courts Oct. 9th Order, stating rulings on the record. Jurors excused and Court adjourned until Thursday, 10/18/12 at 10:00 a.m. Jury Trial continued to 10/18/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.).)(ptom) Modified on 10/18/2012 to add |

| | | |
|---|---|---|
| | | language(ptom). (Main Document 722 replaced on 10/18/2012) (ptom, ). (Main Document 722 replaced on 10/23/2012) (ptom, ). (Entered: 10/18/2012) |
| 10/18/2012 | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. 561 MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal 1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes MOTION to Seal (1) Portions of Defendants' Reply Brief in Support of Their Motion to Preclude Dr. Ophir Frieder from Testifying Regarding Untimely Opinions that were not Disclosed in his Original Expert Report and Opinions that he Now Concedes, 567 MOTION to Seal Plaintiff I/P Engine, Inc.'s Reply in Further Support of its Motion to Exclude Opinions and Testimony of Keith R. Ugone along with Exhibits 1−3 (ecav, ) (Entered: 10/18/2012) |
| 10/18/2012 | 723 | ORDER granting 721 Motion for Pro hac vice, Appointed Jennifer Lynn Polse for AOL Inc., for Gannett Company, Inc., for Google Inc., for IAC Search &Media, Inc., for Target Corporation. Signed by District Judge Raymond A. Jackson and filed on 10/18/12. (jcow, ) (Entered: 10/18/2012) |
| 10/18/2012 | 724 | Motion to appear Pro Hac Vice by David Andrew Perlson and Certification of Local Counsel Stephen E. Noona Filing fee $ 75, receipt number 0422−3252387. by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/18/2012) |
| 10/18/2012 | 725 | JURY TRIAL (DAY #3) held on 10/18/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Charles Monterio, and W. Ryan Snow appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Emily OBrien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 10/17/12. Out of the presence of the jury, pretrial conference held in chambers. Comments of Court and counsel re: sealing of courtroom for testimony on proprietary information. Public notice to be posted. Plaintiff continued presentation of evidence witnesses sworn and testified. Video deposition of Jon Diorio, Gary Holt and Bartholomew Furrow shown to the jury. Plaintiffs Exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Court adjourned until Friday, 10/19/12 at 10:00 a.m. Jury Trial continued to 10/19/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.).)(ptom) Modified on 10/19/2012 to add pretrial conference (ptom). (Main Document 725 replaced on 10/19/2012) (ptom, ). (Main Document 725 replaced on 10/23/2012) (ptom, ) (Entered: 10/18/2012) |

| 10/19/2012 | 726 | | JURY TRIAL (DAY #4) held on 10/19/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Stephen Noona, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 10/18/12. Court ORDERED courtroom sealed for proprietary testimony. Plaintiff continued presentation of evidence witness testified. Plaintiffs Sealed Exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Out of the presence of the jury, Court DENIES Defendants Motion to Strike. Jurors excused and Court adjourned until Monday, 10/22/12 at 10:00 a.m. Jury Trial continued to 10/22/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR.)(ptom) (Main Document 726 replaced on 10/23/2012) (ptom, ). (Entered: 10/19/2012) |
| 10/19/2012 | 727 | | TRANSCRIPT of proceedings for dates of 10–16–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/19/2012. Redacted Transcript Deadline set for 12/19/2012. Release of Transcript Restriction set for 1/17/2013.(borden, sharon) (Entered: 10/19/2012)** |
| 10/19/2012 | 728 | | TRANSCRIPT of proceedings for dates of 10–17–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/19/2012. Redacted Transcript Deadline set for 12/19/2012. Release of Transcript Restriction set for 1/17/2013.(borden, sharon) (Entered: 10/19/2012)** |
| 10/19/2012 | 729 | | TRANSCRIPT of proceedings for dates of 10–18–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made** |

| | | |
|---|---|---|
| | | remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/19/2012. Redacted Transcript Deadline set for 12/19/2012. Release of Transcript Restriction set for 1/17/2013.(borden, sharon) (Entered: 10/19/2012) |
| 10/22/2012 | 730 | TRANSCRIPT of Trial proceedings, Day 1, Afternoon session, for dates of 10/16/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/21/2012. Redacted Transcript Deadline set for 12/24/2012. Release of Transcript Restriction set for 1/22/2013.(stewart, jody) (Entered: 10/22/2012)** |
| 10/22/2012 | 731 | TRANSCRIPT of Trial proceedings, Day 2, Afternoon session, for dates of 10/17/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7074. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/21/2012. Redacted Transcript Deadline set for 12/24/2012. Release of Transcript Restriction set for 1/22/2013.(stewart, jody) (Entered: 10/22/2012)** |
| 10/22/2012 | 732 | TRANSCRIPT of Trial proceedings, Day 3, Afternoon session, for dates of 10/18/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/21/2012. Redacted Transcript Deadline set for 12/24/2012. Release of Transcript Restriction set for 1/22/2013.(stewart, jody) (Entered: 10/22/2012)** |

| | | |
|---|---|---|
| 10/22/2012 | <u>733</u> | JURY TRIAL (DAY #5) held on 10/22/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, W. Ryan Snow, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Emily OBrien, Stephen Noona, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Out of the presence of the jury, Pretrial conference held in chambers. Petit jurors (9) appeared pursuant to adjournment last Friday, 10/19/12. Plaintiff continued presentation of evidence witnesses sworn and testified. Plaintiffs Exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Jurors excused and Court adjourned until Tuesday, 10/23/12 at 9:30 a.m. Jury Trial continued to 10/23/2012 at 09:30 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Main Document 733 replaced on 10/23/2012) (ptom, ). (Entered: 10/22/2012) |
| 10/23/2012 | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. <u>687</u> MOTION to Seal Portions of the Order on the Final Pretrial Conference, <u>684</u> MOTION to Seal Exhibits 1 and 4 to its Opposition to Defendants Motion to Dismiss All Claims Against AOL, Inc., Gannett Co., Inc., IAC Search &Media, Inc., and Target Corporation. (ecav, ) (Entered: 10/23/2012) |
| 10/23/2012 | <u>734</u> | ORDER granting <u>724</u> Motion for David Andrew Perlson to appear Pro hac vice on behalf of AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. Entered and filed 10/23/12. (Signed by District Judge Raymond A. Jackson on 10/23/12). (ecav, ) (Entered: 10/23/2012) |
| 10/23/2012 | <u>735</u> | JURY TRIAL (DAY #6) held on 10/23/2012 before District Judge Raymond A. Jackson. Jury Trial set for 10/24/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, and W. Ryan Snow appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, Robert Wilson, Emily OBrien, David Bilsker, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Matter came on for trial by jury (Day #6). Out of the presence of the jury, Pretrial conference held in chambers. Petit jurors (9) appeared pursuant to adjournment last evening 10/22/12. Plaintiff continued presentation of evidence witnesses sworn and testified.Plaintiffs Exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Court STRIKES testimony of Dr. Becker, on cross−examination, about purchase/sell agreement of the Disney/Google Patent, based on improper cross−examination on issue. Court to close Courtroom tomorrow, 10/24/12, from 2:30pm − 3:15pm for proprietary testimony. Juror excused and Court adjourned until Wednesday, 10/24/12 at 10:00 a.m. Jury trial continued to 10/24/12 at 10:00am in Courtroom #4 before District Judge Raymond A. Jackson.[Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Main Document 735 replaced on 10/24/2012) (ptom). Modified on 10/24/2012 to add language (ptom). (Entered: 10/23/2012) |

| 10/23/2012 | 736 | | ORDER finding as moot 712 Motion to Expedite. Signed by District Judge Raymond A. Jackson on october 23, 2012. (Entered: 10/23/2012) |
|---|---|---|---|
| 10/23/2012 | 737 | | ORDER finding as moot 701 Motion to Expedite per ruling on October 16,2012. Signed by District Judge Raymond A. Jackson on October 23, 2012. (Entered: 10/23/2012) |
| 10/23/2012 | 738 | | ORDER denying 700 Motion for Reconsideration per ruling on October 16, 2012. Signed by District Judge Raymond A. Jackson on October 23, 2012. (Entered: 10/23/2012) |
| 10/23/2012 | 739 | | ORDER denying 709 Motion to Strike per ruling of October 17, 2012. Signed by District Judge Raymond A. Jackson on October 23, 2012. (Entered: 10/23/2012) |
| 10/24/2012 | 740 | | NOTICE by I/P Engine, Inc. *of Plaintiff's Proposed Curative Instructions* (Attachments: # 1 Exhibit 1)(Sherwood, Jeffrey) (Entered: 10/24/2012) |
| 10/24/2012 | 741 | | TRANSCRIPT of Trial proceedings, Afternoon session, for dates of 10/22/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/23/2012. Redacted Transcript Deadline set for 12/24/2012. Release of Transcript Restriction set for 1/22/2013.**(stewart, jody) (Entered: 10/24/2012) |
| 10/24/2012 | 742 | | TRANSCRIPT of Trial proceedings, Day 6, Afternoon session, for dates of 10/23/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/23/2012. Redacted Transcript Deadline set for 12/24/2012. Release of Transcript Restriction set for 1/22/2013.**(stewart, jody) (Entered: 10/24/2012) |
| 10/24/2012 | 743 | | JURY TRIAL (DAY #7) held on 10/24/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, Emily OBrien, Stephen Noona, David Bilsker, and Robert Wilson appeared on behalf of defendants AOL, Inc., Google Inc., |

| | | |
|---|---|---|
| | | IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Out of the presence of the jury, Defendants Motion to Strike Testimony of Dr. Becker – Argued – Court DENIES the Motion. Out of the presence of the jury, Defendant Motion to Strike Certain Testimony of Dr. Becker – Argued – Court to issue a curative jury instruction. Out of the presence of the jury, the Court heard objections to certain exhibits. Petit jurors (9) appeared pursuant to adjournment last evening 10/23/12. Plaintiff read interrogatory into the record. Plaintiff rested. Out of the presence of the jury, Defendants Motion for a Judgment as a Matter of Law – Argued – Court DENIED the motion. Defendants presented evidence – witnesses sworn and testified. Plaintiffs Exhibit introduced and admitted into evidence. Objections heard and rulings made on the record. Jurors excused and Court adjourned until Thursday, 10/25/12 at 10:00 a.m. Jury Trial continued to 10/25/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Main Document 743 replaced on 10/25/2012) (ptom, ). (Entered: 10/24/2012) |
| 10/25/2012 | 744 | TRANSCRIPT of Trial proceedings, Day 7, Afternoon session, for dates of 10/24/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/26/2012. Redacted Transcript Deadline set for 12/26/2012. Release of Transcript Restriction set for 1/23/2013.**(stewart, jody) (Main Document 744 replaced on 11/2/2012) (arou, ). (Entered: 10/25/2012) |
| 10/25/2012 | 745 | JURY TRIAL (DAY #8) held on 10/25/2012 before District Judge Raymond A. Jackson. Out of the presence of the jury, objections heard and rulings made on the record about certain exhibits and testimony. Petit jurors (9) appeared pursuant to adjournment last evening 10/24/12. Court ORDERED courtroom sealed for proprietary testimony. Defendants continued presentation of evidence. Defendants exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Jurors excused and Court adjourned until Friday, 10/26/12 at 10:00 a.m. Jury Trial continued to 10/26/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Main Document 745 replaced on 10/26/2012) (ptom, ). (Entered: 10/25/2012) |
| 10/26/2012 | 746 | TRANSCRIPT of Trial proceedings, Day 8, Afternoon session, for dates of 10/25/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made** |

| | | |
|---|---|---|
| | | **remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/26/2012. Redacted Transcript Deadline set for 12/26/2012. Release of Transcript Restriction set for 1/24/2013.(stewart, jody) (Entered: 10/26/2012)** |
| 10/26/2012 | 747 | JURY TRIAL (DAY #9)held on 10/26/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, W. Ryan Snow, Donald Schultz, and Frank Cimino, Jr. appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, David Bilsker, Emily OBrien, Robert Wilson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 10/25/12. Court ORDERED courtroom sealed for proprietary testimony. Defendants continued presentation of evidence–witness sworn and testified. Defendants and Plaintiff exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Out of the presence of the jury, objections heard and rulings made on the record about certain exhibits and testimony. Jurors excused and Court adjourned until Monday, 10/29/12 at 10:00 a.m. Jury Trial continued to 10/29/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Entered: 10/26/2012) |
| 10/30/2012 | 748 | MOTION to Exclude *And Preclude Plaintiff From Recalling Mr. Kosak As A Rebuttal Witness* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Civil Cover Sheet 1)(Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 749 | Brief in Support to 748 MOTION to Exclude *And Preclude Plaintiff From Recalling Mr. Kosak As A Rebuttal Witness* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 750 | NOTICE by I/P Engine, Inc. *of Plaintiff's Proffer Regarding Proposed Rebuttal Testimony of Donald Kosak* (Sherwood, Jeffrey) (Entered: 10/30/2012) |
| 10/30/2012 | 751 | MOTION for Judgment as a Matter of Law *of No Damages* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 752 | Memorandum in Support re 751 MOTION for Judgment as a Matter of Law *of No Damages* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 753 | MOTION for Judgment as a Matter of Law *of Non–Infringement* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target |

| | | |
|---|---|---|
| | | Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 754 | Memorandum in Support re 753 MOTION for Judgment as a Matter of Law *of Non−Infringement* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 755 | Declaration re 754 Memorandum in Support *of Howard Chen in Support of Defendants' Motion for Judgment as a Matter of Law on Non−Infringement* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | 756 | TRANSCRIPT of Trial proceedings, Day 9, afternoon session, for dates of 10/26/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757−222−7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(stewart, jody) (Entered: 10/30/2012)** |
| 10/30/2012 | 757 | TRANSCRIPT of proceedings for dates of 10−19−2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757−222−7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
| 10/30/2012 | 758 | TRANSCRIPT of proceedings for dates of 10−22−2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757−222−7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public** |

| | | | |
|---|---|---|---|
| | | | terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012) |
| 10/30/2012 | <u>759</u> | | TRANSCRIPT of proceedings for dates of 10–23–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at <u>www.vaed.uscourts.gov</u> Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
| 10/30/2012 | <u>760</u> | | TRANSCRIPT of proceedings for dates of 10–24–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at <u>www.vaed.uscourts.gov</u> Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
| 10/30/2012 | <u>761</u> | | TRANSCRIPT of proceedings for dates of 10–25–2012 (Morning Session Public Portion), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at <u>www.vaed.uscourts.gov</u> Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
| 10/30/2012 | <u>762</u> | | |

| | | |
|---|---|---|
| | | TRANSCRIPT of proceedings for dates of 10–26–2012 (Morning Session Public Portion), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
| 10/30/2012 | <u>763</u> | JURY TRIAL (DAY #10) held on 10/30/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Dawn Rudenko, and W. Ryan Snow, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, David Bilsker, Emily OBrien, Robert Wilson, Joshua Sohn, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last Friday 10/26/12. Defendants continued presentation of evidence – witness testified. Objections heard and rulings made on the record. Out of the presence of the jury, Court GRANTED Defendants #748 MOTION to Exclude And Preclude Plaintiff From Recalling Mr. Kosak As A Rebuttal Witness, stating ruling on the record. Defendants rest. Jurors excused until Wednesday, 10/31/12 at 10:00 a.m. Out of the presence of the jury, Plaintiffs Motions for a Judgment as a Matter of Law as to Validity, as to Damages, and as to Latches – Argued – Court takes matter under advisement. Out of the presence of the jury, Defendants Renewed their Motion for a Judgment as a Matter of Law.Court adjourned until Wednesday, 10/31/12 at 10:00 a.m. Jury Trial continued to 10/31/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. [Court Reporter Sharon Borden, OCR (a.m.) and Jody Stewart, OCR (p.m.)](ptom) (Entered: 10/30/2012) |
| 10/30/2012 | <u>764</u> | TRANSCRIPT of Trial proceedings, Day 10, Afternoon session, for dates of 10/30/2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(stewart, jody) (Entered: 10/30/2012)** |

| 10/30/2012 | <u>765</u> | | TRANSCRIPT of proceedings for dates of 10–30–2012 (Morning Session), before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/29/2012. Redacted Transcript Deadline set for 12/31/2012. Release of Transcript Restriction set for 1/28/2013.(borden, sharon) (Entered: 10/30/2012)** |
|---|---|---|---|
| 10/30/2012 | <u>766</u> | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation *of Filing of Defendants Proffer Of Evidence Related To Laches* (Attachments: #<u>1</u> Exhibit A, #<u>2</u> Exhibit B, #<u>3</u> Exhibit C)(Noona, Stephen) (Entered: 10/30/2012) |
| 10/30/2012 | <u>818</u> | | Deposition of Mark Blais. (Court Directed transcript to be made a permanent part of the record) (Attachments: #<u>1</u> Transcript – Part 1, #<u>2</u> Transcript – Part 2, #<u>3</u> Transcript – Part 3, #<u>4</u> Transcript – Word Index, #<u>5</u> Objections to Designations)(ptom) (Entered: 12/18/2012) |
| 10/31/2012 | <u>767</u> | | MOTION for Judgment as a Matter of Law *Defendants Motion For Judgment As A Matter Of Law Of Laches* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #<u>1</u> Exhibit 1)(Noona, Stephen) (Entered: 10/31/2012) |
| 10/31/2012 | <u>768</u> | | Memorandum in Support re <u>767</u> MOTION for Judgment as a Matter of Law *Defendants Motion For Judgment As A Matter Of Law Of Laches* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/31/2012) |
| 10/31/2012 | <u>769</u> | | *Opposition to Plaintiff's (Oral) Motion for Judgment as a Matter of Law on Anticipation and Obviousness* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 10/31/2012) |
| 10/31/2012 | | | MOTIONS REFERRED to Magistrate Judge: Magistrate Judge Tommy E. Miller. <u>706</u> MOTION to Seal Portions Of Exhibit 1 To The OBrien Declaration In Support Of Defendants Motion For Sanctions And To Strike Portions Of Dr. Frieders Second Updated Expert Report. (ecav, ) (Entered: 10/31/2012) |
| 10/31/2012 | <u>770</u> | | JURY TRIAL (DAY #11) held on 10/31/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., and Donald Schultz, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, David Bilsker, Robert Wilson, Joshua Sohn, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Out of the presence of the jury, Court GRANTS IN PARTS AND DENIES IN PART |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Plaintiffs JMOL as to Validity. Court GRANTS Defendants Renewed JMOL of Laches stating findings and rulings on the record. Petit jurors (9) appeared pursuant to adjournment last evening 10/30/12. Plaintiff presented rebuttal evidence – witness sworn and testified. Plaintiffs exhibits introduced and admitted into evidence. Objections heard and rulings made on the record. Jurors excused until Thursday, 11/1/12 at 10:30 a.m. Out of the presence of the jury, Defendants Motions for a Judgment as a Matter of Law as to Invalidity, as to Non–Infringement, and as to Damages – Argued – Court DENIES JMOLs as to Invalidity and Non–Infringement. Court adjourned until Thursday, 11/1/12 at 9:00 a.m. Jury Trial continued to 11/1/2012 at 10:30 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR.)(ptom, ) Modified on 11/1/2012 to correct last appearance or jurors(ptom). (Main Document 770 replaced on 11/1/2012) (ptom, ). (Entered: 10/31/2012) |
| 11/01/2012 | 771 |  | NOTICE by I/P Engine, Inc. *Proffer of Evidence Related to Laches* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 PX 176, # 10 PX 408, # 11 PX 409, # 12 PX 410, # 13 PX 411, # 14 PX 412, # 15 PX 413, # 16 PX 414, # 17 PX 415, # 18 PX 416, # 19 PX 417 I, # 20 PX 417 II, # 21 PX 418, # 22 PX 419 I, # 23 PX 419 II, # 24 PX 421, # 25 DX 21, # 26 DX28, # 27 DX 255)(Sherwood, Jeffrey) (Entered: 11/01/2012) |
| 11/01/2012 | 772 |  | Second MOTION for Judgment as a Matter of Law *of No Damages* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/01/2012) |
| 11/01/2012 | 773 |  | Memorandum in Support re 772 Second MOTION for Judgment as a Matter of Law *of No Damages* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/01/2012) |
| 11/01/2012 | 774 |  | TRANSCRIPT of proceedings for dates of 10–31–2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/3/2012. Redacted Transcript Deadline set for 1/2/2013. Release of Transcript Restriction set for 1/30/2013.(borden, sharon) (Main Document 774 replaced on 11/2/2012) (arou, ). (Entered: 11/01/2012)** |
| 11/01/2012 | 775 |  | MOTION for Judgment as a Matter of Law *of Invalidity* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/01/2012) |

| 11/01/2012 | 776 | | Memorandum in Support re 775 MOTION for Judgment as a Matter of Law *of Invalidity* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/01/2012) |
|---|---|---|---|
| 11/01/2012 | 780 | | JURY TRIAL (DAY #12) held on 11/1/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Dawn Rudenko, Charles Monterio, and Donald Schultz, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, David Bilsker, Robert Wilson, Joshua Sohn, Emily OBrien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Out of the presence of the jury, Court conducted a charge conference off the record. Objections heard on the record. Petit jurors (9) appeared pursuant to adjournment last evening 10/31/12. Out of the presence of the jury, Court finds the co–defendants will benefit from Courts previous ruling on Laches. Closing Arguments heard. Court ORDERED Jurors sequestered for lunch. Jury received Courts charge and instructions. Court excused jurors to begin their deliberations at 4:10pm. Jurors excused and Court adjourned until Friday, 11/2/12 at 9:30 a.m. Jury Trial continued to 11/2/2012 at 09:30 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR.)(ptom) (Entered: 11/01/2012) |
| 11/01/2012 | 782 | | JURY MEAL ORDER.. Signed by District Judge Raymond A. Jackson on 11/1/12. (ptom) (Entered: 11/02/2012) |
| 11/02/2012 | 781 | | TRANSCRIPT of proceedings for dates of 11–01–2012, before Judge Raymond A. Jackson, Court Reporter/Transcriber Sharon Borden, OCR, Telephone number 757–222–7072. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/3/2012. Redacted Transcript Deadline set for 1/2/2013. Release of Transcript Restriction set for 1/31/2013.(borden, sharon) (Main Document 781 replaced on 11/2/2012) (arou, ). (Entered: 11/02/2012)** |
| 11/02/2012 | 783 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation *of Lodging of Demonstratives* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Noona, Stephen) (Entered: 11/02/2012) |
| 11/02/2012 | 784 | | JURY TRIAL (DAY #13) held on 11/2/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Jeffrey Sherwood, Frank Cimino, Jr., Dawn Rudenko, Charles Monterio, and Donald Schultz, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. |

| | | |
|---|---|---|
| | | Attorneys David Nelson, David Perlson, David Bilsker, Robert Wilson, Joshua Sohn, Emily OBrien and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 11/1/12. Court excused jurors to continue their deliberations at 9:43am. Outside of the presence of the jury, Court and counsel discussed and answered questions of the jury. Court ORDERED Jurors sequestered for lunch. Jurors excused and Court adjourned to Monday November 5, 2012 at 10:00am. Jury Trial continued to 11/5/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR.)(ptom) (Entered: 11/02/2012) |
| 11/02/2012 | 785 | JURY MEAL ORDER. Signed by District Judge Raymond A. Jackson &filed on 11/2/12. (ptom) (Entered: 11/05/2012) |
| 11/05/2012 | 786 | JURY MEAL ORDER. Signed by District Judge Raymond A. Jackson on 11/5/12. (ptom) (Entered: 11/05/2012) |
| 11/05/2012 | 787 | JURY TRIAL (DAY #14) held on 11/5/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Frank Cimino, Jr. Charles Monterio, and W. Ryan Snow, appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last Friday 11/2/12. Court excused jurors to continue their deliberations at 9:58am. Outside of the presence of the jury, Court and counsel discussed and answered questions of the jury. Jurors excused and Court adjourned until Tuesday, 11/6/12 at 10:00 a.m. Jury Trial continued to 11/6/2012 at 10:00 AM in Norfolk Courtroom 4 before District Judge Raymond A. Jackson. (Court Reporter Sharon Borden, OCR.)(ptom) (Entered: 11/05/2012) |
| 11/06/2012 | 788 | JURY TRIAL (DAY #15) completed on 11/6/2012 before District Judge Raymond A. Jackson. Attorneys Kenneth Brothers, Frank Ciminio, Jr., W. Ryan Snow, Donald Schultz, and Charles Monterio appeared on behalf of the Plaintiff. Andrew Perlman, Corporate Representative present. Attorneys David Nelson, David Perlson, and Stephen Noona, appeared on behalf of defendants AOL, Inc., Google Inc., IAC Search &Media, Inc., Gannett Company, Inc., and Target Corporation. Petit jurors (9) appeared pursuant to adjournment last evening 11/5/12. Court excused jurors to continue their deliberations at 10:04am. Out of the presence of the jury, court and counsel answered questions of the jury. Court ordered jury sequestered for lunch. Jury later returned with a verdict which was read into the record. Jurors excused. Court directed counsel to file any motions in accordance with the Rules of Civil Procedure. Judgment will issue once the Court makes a ruling on obviousness. Court adjourned. (Attachments: # 1 Exhibit List, # 2 Witness List) (Court Reporter Sharon Borden, OCR.)(ptom) (Main Document 788 replaced on 11/7/2012) (ptom, ). Modified on 11/7/2012 to add language re: judgment(ptom, ). (Attachment 1 replaced on 12/12/2012) (ptom, ). (Entered: 11/06/2012) |
| 11/06/2012 | 789 | JURY VERDICT (Redacted). (ptom) (Entered: 11/07/2012) |
| 11/06/2012 | 790 | |

| | | Sealed Document (E–gov Jury Verdict). (ptom) Modified on 11/8/2012 (ptom). (Entered: 11/07/2012) |
|---|---|---|
| 11/07/2012 | 791 | NOTICE by I/P Engine, Inc. *of Calculation of Prejudgment Interest* (Attachments: # 1 Exhibit A)(Sherwood, Jeffrey) (Entered: 11/07/2012) |
| 11/09/2012 | 792 | MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 11/09/2012) |
| 11/09/2012 | 793 | Memorandum in Support re 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 11/09/2012) |
| 11/09/2012 | 794 | Declaration re 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT *of Stephen L. Becker, PHD.* by I/P Engine, Inc.. (Attachments: # 1 Exhibit A)(Sherwood, Jeffrey) (Entered: 11/09/2012) |
| 11/09/2012 | 795 | Declaration re 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT *of Dawn Rudenko, Esq.* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Sherwood, Jeffrey) (Entered: 11/09/2012) |
| 11/13/2012 | 796 | JURY MEAL ORDER. Signed by District Judge Raymond A. Jackson on 11/6/12 &filed on 11/7/12. (ptom) (Entered: 11/13/2012) |
| 11/19/2012 | 797 | Consent MOTION for Extension of Time to File Response/Reply as to 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT, 791 NOTICE *OF CALCULATION OF PREJUDGMENT INTEREST* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/19/2012) |
| 11/20/2012 | 798 | ORDER GRANTING 797 Consent Motion for Extension of Time to File Response/Reply as to 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT, 791 NOTICE OF CALCULATION Consent MOTION for Extension of Time to File Response/Reply as to 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT, 791 NOTICE OF CALCULATION. Defendants shall have through and including 11/29/2012 for Responses and Plaintiff shall have through and including |

| | | | |
|---|---|---|---|
| | | | 12/7/2012. (See Order for Specifics) Entered and filed 11/20/12. (Signed by District Judge Raymond A. Jackson on 11/20/12). (ecav, ) (Entered: 11/20/2012) |
| 11/20/2012 | 799 | | MEMORANDUM ORDER: Having considered the Jury's determinations, the Court finds that the Defendants have failed to prove, by clear and convincing evidence, that the '420 Patent or the '664 Patent are obvious. (See Order for Specifics) Entered and filed 11/20/12. (Signed by District Judge Raymond A. Jackson on 11/20/12). (ecav, ) (Entered: 11/21/2012) |
| 11/20/2012 | 800 | 141 | MEMORANDUM OPINION AND ORDER: As outlined in this Memorandum Opinion and Order, a presumption of laches arises in this case, which I/P Engine was unable to rebut. Therefore, I/P Engine is barred from recovering damages from any of the defendants for any infringement occurring before September 15,2011. (See Order for Specifics) Entered and filed 11/20/12. (Signed by District Judge Raymond A. Jackson on 11/20/12). (ecav, ) (Entered: 11/21/2012) |
| 11/20/2012 | 801 | | CLERK'S JUDGMENT: IT IS ORDERED AND ADJUDGED that plaintiff, I/P Engine, Inc., recover of defendant, Google, Inc., the sum of Fifteen Million Eight Hundred Thousand Dollars and 00/100 ($15,800,000.00). The Running Royalty Rate is 3.5%.IT IS FURTHER ORDERED AND ADJUDGED that plaintiff I/P Engine, Inc., recover of defendant AOL, Inc., the sum of Seven Million Nine Hundred Forty–Three ThousandDollars and 00/100 ($7,943,000.00).IT IS FURTHER ORDERED AND ADJUDGED that plaintiff I/P Engine, Inc., recover of defendant IAC Search Inc., the sum of Six Million Six Hundred Fifty Thousand Dollars and 00/100 $6,650,000.00).IT IS FURTHER ORDERED AND ADJUDGED that plaintiff I/P Engine, Inc. recover of defendant Gannett Co., Inc., the sum of Four Thousand Three Hundred Twenty–TwoDollars and 00/100 ($4,322.00).IT IS FURTHER ORDERED AND ADJUDGED that plaintiff I/P Engine, Inc., recover of defendant Target Corp., the sum of Ninety–Eight Thousand Eight Hundred Thirty–Three Dollars and 00/100 ($98,833.00) Form of judgment approved in accordance with Rule 58, FRCivP, July 20,2012. Entered and filed 11/20/12. (Signed by Patrice L. Thompson, Deputy Clerk, on 11/20/12). (ecav) (Entered: 11/21/2012) |
| 11/21/2012 | 802 | | MOTION to Seal *and Redact Portions of Trial Record* by Google Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 11/21/2012) |
| 11/21/2012 | 803 | | Memorandum in Support re 802 MOTION to Seal *and Redact Portions of Trial Record* filed by Google Inc.. (Noona, Stephen) (Entered: 11/21/2012) |
| 11/21/2012 | 804 | | NOTICE by Google Inc. re 802 MOTION to Seal *and Redact Portions of Trial Record and of Intent to Request Redaction* (Noona, Stephen) (Entered: 11/21/2012) |
| 11/29/2012 | 805 | | Opposition to 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT, 791 NOTICE *Defendants Opposition To Plaintiffs Motion For An Award Of Prejudgment Interest, Defendants Opposition To Plaintiffs Motion For An Award Of Prejudgment Interest, Post–Judgment Interest and Supplemental Damages* filed by AOL Inc., Gannett Company, |

| | | |
|---|---|---|
| | | Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 11/29/2012) |
| 11/29/2012 | 806 | Declaration re 805 Opposition,, *Declaration of Keith R. Ugone, PhD. in Support of Defendants' Opposition to Plaintiff's Motion for an Award pf Prejudgment Interest, Post–Judgment Interest and Supplemental Damages* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 11/29/2012) |
| 11/29/2012 | 807 | Declaration re 805 Opposition,, *Declaration of Sarah Agudo in Support of Defendants' Opposition to Plaintiff's Motion for an Award of Prejudgment Interest, Post–Judgment Interest, and Supplemental Damages* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Noona, Stephen) (Entered: 11/29/2012) |
| 12/03/2012 | 808 | MOTION to Stay *(Unopposed) and Memorandum in Support of Unopposed Motion to Stay Execution of Judgment Pending Disposition of a Motion* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/03/2012) |
| 12/03/2012 | 809 | BILL OF COSTS by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/03/2012) |
| 12/03/2012 | 810 | Declaration re 809 Bill of Costs *of Charles J. Monterio, Jr.* by I/P Engine, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sherwood, Jeffrey) (Entered: 12/03/2012) |
| 12/05/2012 | 811 | AGREED ORDER granting 808 Motion to Stay execution of judgmetn pending disposition of a motion – ORDERED that the Defendants' Motion To Stay Execution of Judgment Pending Disposition of a Motion is granted, and any proceedings to execute on or enforce the Final Judgment against Defendants shall be stayed pending resolution of any post–judgment motions timely filed in this case, and for 14 days thereafter. Signed by District Judge Raymond A. Jackson and filed on 12/5/12. (jcow, ) (Entered: 12/05/2012) |
| 12/05/2012 | 812 | Opposition to 802 MOTION to Seal *and Redact Portions of Trial Record* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/05/2012) |
| 12/07/2012 | 813 | REPLY to Response to Motion re 792 MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST–JUDGMENT INTEREST, AND SUPPLEMENTAL DAMAGES FOR DEFENDANTS POST–DISCOVERY/PRE–VERDICT INFRINGEMENT filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/07/2012) |
| 12/07/2012 | 814 | Declaration re 813 Reply to Response to Motion *of Stephen L. Becker, Ph.D. In Further Support Of Plaintiff I/P Engine, Inc.S Motion For An Award Of Prejudgment Interest, Post–Judgment Interest And Damages For Defendants Continuing Infringement* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Sherwood, Jeffrey) (Entered: 12/07/2012) |

| 12/13/2012 | 815 | | REPLY to Response to Motion re 802 MOTION to Seal *and Redact Portions of Trial Record* filed by Google Inc.. (Noona, Stephen) (Entered: 12/13/2012) |
|---|---|---|---|
| 12/13/2012 | 816 | | Request for Hearing by Google Inc. re 802 MOTION to Seal *and Redact Portions of Trial Record* (Noona, Stephen) (Entered: 12/13/2012) |
| 12/17/2012 | 817 | | MOTION for Extension of Time to File Response/Reply as to 809 Bill of Costs *(Unopposed) and Memorandum in Support of Unopposed Motion for Extension of Time to File a Response to Plaintiff's Bill of Costs* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/17/2012) |
| 12/18/2012 | 819 | | AGREED ORDER granting 817 Motion for Extension of Time to File Response; the Defendants shall have through and including January 11, 2013 in which to file their Response to Plaintiffs Bill of Costs. In addition, Plaintiff willhave through and including January 25, 2013, to file its reply in support of its Bill of Costs. Signed by District Judge Raymond A. Jackson on 12/17/12 and filed on 12/18/12. (jcow, ) (Entered: 12/18/2012) |
| 12/18/2012 | 820 | | MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 821 | | Memorandum in Support re 820 MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 822 | | MOTION for an Award of Post–Judgment Royalties by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 823 | | Memorandum in Support re 822 MOTION for an Award of Post–Judgment Royalties filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit A)(Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 824 | | Declaration re 823 Memorandum in Support *of Stephen L. Becker* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 825 | | MOTION for New Trial *on the Dollar Amount of Past Damages* by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 826 | | Memorandum in Support re 825 MOTION for New Trial *on the Dollar Amount of Past Damages* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 827 | | Declaration re 826 Memorandum in Support *of Jeffrey K. Sherwood* by I/P Engine, Inc.. (Attachments: # 1 Exhibit PDX442 and PDX443)(Sherwood, Jeffrey) (Entered: 12/18/2012) |

| 12/18/2012 | 828 | | MOTION to Seal *(1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Damages Or New Trial; And (3) Certain Exhibit To The Declaration Of Joshua L. Sohn In Support Of Defendants Renewed Motions For Judgment As A Matter Of Law On Damages, Invalidity And Non–Infringement Or New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/18/2012) |
|---|---|---|---|
| 12/18/2012 | 829 | | Memorandum in Support re 828 MOTION to Seal *(1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On MOTION to Seal (1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On MOTION to Seal (1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 12/18/2012)* |
| 12/18/2012 | 830 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 828 MOTION to Seal *(1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On MOTION to Seal (1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On MOTION to Seal (1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of DefendantsMemorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On (Noona, Stephen) (Entered: 12/18/2012)* |
| 12/18/2012 | 831 | | MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 832 | | Memorandum in Support re 831 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 12/18/2012) |

| 12/18/2012 | 833 | MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/18/2012) |
|---|---|---|
| 12/18/2012 | 834 | Memorandum in Support re 833 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 835 | MOTION for Judgment under Rule 52(B) and a New Trial under Rule 59 by I/P Engine, Inc.. (Attachments: # 1 Proposed Order)(Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 836 | Declaration re 821 Memorandum in Support, 832 Memorandum in Support, 834 Memorandum in Support, *Declaration Of Joshua L. Sohn In Support Of Defendants Renewed Motions For Judgment As A Matter Of Law On Damages, Invalidity, And Non−Infringement Or New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 837 | Memorandum in Support re 835 MOTION for Judgment under Rule 52(B) and a New Trial under Rule 59 filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 838 | Request for Hearing by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 833 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial,* 820 MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial,* 831 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non−Infringement Or New Trial* (Noona, Stephen) (Entered: 12/18/2012) |
| 12/18/2012 | 839 | Declaration re 837 Memorandum in Support, *of Dawn Rudenko* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 840 | Declaration re 837 Memorandum in Support, *of Jeffrey K. Sherwood* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 841 | Declaration re 837 Memorandum in Support, *of Kenneth Brothers* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/18/2012 | 842 | Declaration re 837 Memorandum in Support, *of W. Ryan Snow* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/18/2012) |
| 12/19/2012 | 843 | Sealed Document − Memorandum in support of defendants' renewed motion for judgment as a matter of law on non−infringement or new trial (832). (jcow, ) (Entered: 12/19/2012) |
| 12/19/2012 | 844 | Sealed Document − Memorandum in support of defendants' renewed motion for judgment as a matter of law on damages or new trial (834). (jcow, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/19/2012) |
| 12/19/2012 | 845 | | Sealed Document – Exhibit 1 to thet declaration in Joshua L. Sohn in support of defendants' renewed motions for judgment as a matter of law on damages, invalidity, and non–infringement or new trial (836). (jcow, ) (Entered: 12/19/2012) |
| 12/21/2012 | 846 | | Joint MOTION for Extension of Time to File Response/Reply as to 825 MOTION for New Trial *on the Dollar Amount of Past Damages*, 833 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial*, 822 MOTION for an Award of Post–Judgment Royalties, 835 MOTION for Judgment under Rule 52(B) and a New Trial under Rule 59, 820 MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial*, 831 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial* by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/21/2012) |
| 12/21/2012 | 847 | | MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/21/2012) |
| 12/21/2012 | 848 | | Memorandum in Support re 847 MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 12/21/2012) |
| 12/21/2012 | 849 | | Joint MOTION to Expedite *and Memorandum in Support of Joint Motion to Expedite Briefing On Defendants Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 12/21/2012) |
| 12/24/2012 | 850 | | ORDER granting 846 Motion for Extension of Time to File Response/Reply. Signed by District Judge Raymond A. Jackson on December 24, 2012. (Entered: 12/24/2012) |
| 12/24/2012 | 851 | | ORDER granting 849 Joint Motion to Expedite Briefing on Defendants' Motion to Postpone Briefing and Ruling on Plaintiff's Motion for Post–Judgment Royalties. Signed by District Judge Raymond A. Jackson on December 24, 2012. (Entered: 12/24/2012) |
| 12/31/2012 | 852 | | Opposition to 847 MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* filed by I/P |

| | | | |
|---|---|---|---|
| | | | Engine, Inc.. (Sherwood, Jeffrey) (Entered: 12/31/2012) |
| 01/03/2013 | 853 | | REPLY to Response to Motion re 847 MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* MOTION re 822 MOTION for an Award of Post–Judgment Royalties *Motion To Postpone Briefing And Ruling On Plaintiffs Motion For Post–Judgment Royalties* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/03/2013) |
| 01/11/2013 | 854 | | Opposition to 809 Bill of Costs filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/11/2013) |
| 01/11/2013 | 855 | | Declaration re 854 Opposition *(of Sarah Agudo) in Support of Defendants' Opposition to Plaintiff's Bill of Costs* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Noona, Stephen) (Entered: 01/11/2013) |
| 01/16/2013 | 856 | | MOTION to Compel *Deposition of Dr. Becker* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 01/16/2013) |
| 01/16/2013 | 857 | | Memorandum in Support re 856 MOTION to Compel *Deposition of Dr. Becker* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/16/2013) |
| 01/16/2013 | 858 | | Declaration re 857 Memorandum in Support *(of Stephen E. Noona) in Support of Defendants' Motion to Compel Deposition of Dr. Becker* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 01/16/2013) |
| 01/16/2013 | 859 | | MOTION to Expedite *and Memorandum in Support of Motion to Expedite Briefing on Motion to Compel Deposition of Dr. Becker* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 01/16/2013) |
| 01/23/2013 | 860 | | ORDER granting 847 Motion to postpone briefing and ruling; The parties' briefing on Plaintiffs Motion for Post–Judgment Royalties (ECF No. 822) and the Court's consideration of said motion shall be postponed until after the Court rules on the parties' post–trial motions currently pending before the Court under Federal Rules of Civil Procedure 50, 52, and 59. The Court will provide further guidance on the revised briefing schedule for Plaintiffs Motion for Post–Judgment Royalties as necessary after the Court completes its consideration of the other relevant post–trial motions. Signed by District Judge Raymond A. Jackson and filed on 1/23/13. (jcow, ) (Entered: 01/23/2013) |
| 01/25/2013 | 861 | | Reply to 809 Bill of Costs *I/P Engine, Inc.'s Reply In Support of Its Bill of Costs* filed by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 01/25/2013) |

| 01/25/2013 | 862 | Declaration re 861 Reply *Declaration of Charles J. Monterio, Jr. In Support of I/P Engine Inc.'s Reply In Support of Its Bill of Costs* by I/P Engine, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sherwood, Jeffrey) (Entered: 01/25/2013) |
|---|---|---|
| 01/25/2013 | 863 | Opposition to 835 MOTION for Judgment under Rule 52(B) and a New Trial under Rule 59 filed by IAC Search &Media, Inc., Target Corporation, AOL Inc., Gannett Company, Inc., Google Inc. . (Attachments: # 1 Exhibit 1)(Noona, Stephen) Modified on 1/25/2013 to add filers as stated in the document.(mwin, ) (Entered: 01/25/2013) |
| 01/25/2013 | 864 | Declaration re 863 Opposition *(of Jennifer Polse) in Support of Defendants' Opposition to Plaintiff's Motion for Judgment Under Rule 52(B) and a New Trial Under Rule 59 on Laches* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 865 | Declaration re 863 Opposition *(of Dave Nelson) in Support of Defendants' Opposition to Plaintiff's Motion for Judgment Under Rule 52(B) and a New Trial Under Rule 59 on Laches* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | | Notice of Correction re 863 Opposition: The clerk edited the entry to add all filers stated in the document. (mwin, ) (Entered: 01/25/2013) |
| 01/25/2013 | 866 | MOTION to Seal *Portions of Defendants' Memorandum in Opposition to Plaintiff's Rule 59 Motion for a New Trial on the Dollar Amount of Damages and Exhibit 2 to the Declaration of Margaret P. Kammerud Filed in Support Thereof* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 867 | Memorandum in Support re 866 MOTION to Seal *Portions of Defendants' Memorandum in Opposition to Plaintiff's Rule 59 Motion for a New Trial on the Dollar Amount of Damages and Exhibit 2 to the Declaration of Margaret P. Kammerud Filed in Support Thereof* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 868 | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 866 MOTION to Seal *Portions of Defendants' Memorandum in Opposition to Plaintiff's Rule 59 Motion for a New Trial on the Dollar Amount of Damages and Exhibit 2 to the Declaration of Margaret P. Kammerud Filed in Support Thereof* (Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 869 | Memorandum in Opposition re 825 MOTION for New Trial *on the Dollar Amount of Past Damages (Public Version)* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 870 | Declaration re 869 Memorandum in Opposition *(of Margaret P. Kammerud) in Opposition to Plaintiff's Rule 59 Motion for a New Trial on the Dollar* |

| | | |
|---|---|---|
| | | *Amount of Damages* by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2)(Noona, Stephen) (Entered: 01/25/2013) |
| 01/25/2013 | 871 | Opposition to _833_ MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial* filed by I/P Engine, Inc.. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5)(Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 872 | Opposition to _820_ MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 873 | MOTION to Seal *Plaintiff I/P Engine, Inc.s Opposition to Defendants Renewed Motion for Judgment as a Matter of Law on Non−Infringement or New Trial* by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 874 | Memorandum in Support re _873_ MOTION to Seal *Plaintiff I/P Engine, Inc.s Opposition to Defendants Renewed Motion for Judgment as a Matter of Law on Non−Infringement or New Trial* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 875 | NOTICE by I/P Engine, Inc. re _873_ MOTION to Seal *Plaintiff I/P Engine, Inc.s Opposition to Defendants Renewed Motion for Judgment as a Matter of Law on Non−Infringement or New Trial* (Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 876 | Opposition to _831_ MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non−Infringement Or New Trial* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 01/25/2013) |
| 01/25/2013 | 887 | AMENDED BILL OF COSTS by I/P Engine, Inc. submitted to court within Reply in Support of It's Bill of Costs on 1/25/13. (ptom) (Entered: 02/11/2013) |
| 01/28/2013 | | Notice of Correction re _871_ Opposition, this document contains excess pages. The filing user has been notified that a motion for leave of court is required to properly file this document. (jcow, ) (Entered: 01/28/2013) |
| 01/28/2013 | | Notice of Correction re _872_ Opposition, this document contains excess pages. The filing user has been notified that leave of court is required to properly file this document. (jcow, ) (Entered: 01/28/2013) |
| 01/28/2013 | | Notice of Correction re _876_ Opposition, this document contains excess pages. The filing user has been notified to file a motion for leave of court to properly file this document. (jcow, ) (Entered: 01/28/2013) |
| 01/28/2013 | 877 | SEALED Document: Defendants' Sealed version of Memorandum in Opposition to plaintiff's _825_ MOTION for New Trial *on the Dollar Amount of Past Damages*; filed under seal pursuant to _866_ motion to seal. (Attachments: #_1_ Letter)(mwin, ) (Entered: 01/28/2013) |
| 01/28/2013 | 878 | SEALED Document: Sealed Exhibit 2 to _870_ Declaration; filed under seal pursuant to _866_ motion to seal. (Attachments: #_1_ Letter)(mwin, ) (Entered: 01/28/2013) |

| 01/28/2013 | 879 | | MOTION for Leave to File Excess Pages *as to Docket Items 871, 872 and 876* by I/P Engine, Inc.. (Attachments: #_1 Proposed Order)(Snow, W. Ryan) (Entered: 01/28/2013) |
|---|---|---|---|
| 01/28/2013 | 880 | | Memorandum in Support re_879 MOTION for Leave to File Excess Pages *as to Docket Items 871, 872 and 876* filed by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 01/28/2013) |
| 01/29/2013 | 881 | | Sealed Document – Opposition Memorandum, re_831 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial*. (jcow, ) (Entered: 01/29/2013) |
| 01/29/2013 | 882 | | Withdrawal of Motion by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re_856 MOTION to Compel *Deposition of Dr. Becker (Without Prejudice)* (Noona, Stephen) (Entered: 01/29/2013) |
| 01/30/2013 | 883 | | AGREED ORDER granting_879 Motion for Leave to File Excess Pages; ORDERED that Docket Items 871, 872 and 876 may exceed the page limit specified inLocal Rule 7(F)(3) as filed in their current form on January 25, 2013. Signed by District Judge Raymond A. Jackson on 1/29/13 and filed on 1/30/13. (jcow, ) (Entered: 01/30/2013) |
| 01/31/2013 | 884 | 157 | ORDER denying_835 Plaintiff's Motion for Judgment under Rule 52(b) and a New Trial under Rule 59 on Laches. Signed by District Judge Raymond A. Jackson and filed on 1/31/13. (mwin, ) (Entered: 02/01/2013) |
| 02/04/2013 | | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller:_828 MOTION to Seal *(1) Portions Of Defendants Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law On Non–Infringement Or New Trial; (2) Portions Of Defendants' Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law*. (mwin, ) (Entered: 02/04/2013) |
| 02/04/2013 | | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller:_859 MOTION to Expedite *and Memorandum in Support of Motion to Expedite Briefing on Motion to Compel Deposition of Dr. Becker*. (mwin, ) (Entered: 02/04/2013) |
| 02/05/2013 | 885 | | ORDER finding as moot_859 Motion to Expedite. Signed by Magistrate Judge Tommy E. Miller on 2/5/2013. (Miller, Tommy) (Entered: 02/05/2013) |
| 02/07/2013 | 886 | | ORDER REGARDING OUTSTANDING MOTIONS TO SEAL CASE DOCUMENTS – WITHIN SEVEN (7) DAYS of the entry of this order, the Court ORDERS the parties to undertake an assessment of outstanding motions to seal case records and provide the namesand document numbers of motions to seal that are now moot, withdrawn, or that should otherwise be dismissed. The Court ORDERS the parties to submit a proposed order disposing of any outstanding motions to seal that are moot, withdrawn, or otherwise should be dismissed. It is FURTHER ORDERED that the parties affirmatively identify, by name and document number, which outstanding motions to seal should still be resolved by the Court. Signed by District Judge Raymond A. Jackson on 2/6/13 and filed on 2/7/13. (jcow, ) (Entered: 02/07/2013) |

| 02/12/2013 | 888 | | Joint MOTION for Extension of Time to File Response/Reply as to 886 Order,,, (*Joint Motion and Memorandum In Support Of Joint Motion For an Extension Of Time To Respond To The Courts Order on Outstanding Motions To Seal*) by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 02/12/2013) |
|---|---|---|---|
| 02/12/2013 | 889 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Suffolk Technologies, LLC, Target Corporation re 887 Bill of Costs *of Continued Opposition to Plaintifif's Amended Bill of Costs* (Noona, Stephen) (Entered: 02/12/2013) |
| 02/12/2013 | 890 | | NOTICE by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation re 889 NOTICE *of Corrected Continued Opposition to Plaintiff's Amended Bill of Costs* (Noona, Stephen) (Entered: 02/12/2013) |
| 02/12/2013 | 891 | | ORDER granting in part and denied in part 888 Motion for Extension of Time to File Response. Counsel shall file a response no later than February 19, 2013. Signed by District Judge Raymond A. Jackson on February 12, 2013. (Entered: 02/12/2013) |
| 02/15/2013 | 892 | | Reply to Motion re 820 MOTION for Judgment as a Matter of Law *Defendants Renewed Motion For Judgment As A Matter Of Law On Invalidity Or New Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 02/15/2013) |
| 02/15/2013 | 893 | | Reply to Motion re 831 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Non−Infringement Or New Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 02/15/2013) |
| 02/15/2013 | 894 | | REPLY to Response to Motion re 833 MOTION for Judgment as a Matter of Law *Renewed Motion For Judgment As A Matter Of Law On Damages Or A New Trial* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 02/15/2013) |
| 02/15/2013 | 895 | | Declaration re 894 Reply to Response to Motion, 893 Reply to Motion, 892 Reply to Motion, (*Declaration Of Howard Chen In Support Of Defendants Reply Briefs In Support Of Defendants Renewed Motions For Judgment As A Matter Of Law*) by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Noona, Stephen) (Entered: 02/15/2013) |
| 02/15/2013 | 896 | | RESPONSE in Support re 825 MOTION for New Trial *on the Dollar Amount of Past Damages* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 02/15/2013) |
| 02/15/2013 | 897 | | Declaration re 896 Response in Support of Motion *for a New Trial on the Dollar Amount of Past Damages* by I/P Engine, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sherwood, Jeffrey) (Entered: 02/15/2013) |

| | | | |
|---|---|---|---|
| 02/19/2013 | 898 | | Response to 886 Order,,, *(Parties' Joint Response to the Court's Order Regarding Outstanding Motions to Seal Case Documents)* filed by AOL Inc., Gannett Company, Inc., Google Inc., I/P Engine, Inc., IAC Search &Media, Inc., Target Corporation. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 02/19/2013) |
| 02/28/2013 | 899 | | NOTICE by I/P Engine, Inc. re 871 Opposition, *Notice of Supplemental Authority* (Attachments: # 1 Exhibit VirnetX Order)(Sherwood, Jeffrey) (Entered: 02/28/2013) |
| 02/28/2013 | | | Notice of Correction re 899 NOTICE (of Supplemental Authority): Leave of court is required for filing of supplemental authority, pursuant to Local Rule 7(F)(1). (mwin, ) (Entered: 02/28/2013) |
| 03/01/2013 | 900 | | MOTION for Leave to File *Notice of Supplemental Authority* by I/P Engine, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Snow, W. Ryan) (Entered: 03/01/2013) |
| 03/01/2013 | 901 | | Memorandum in Support re 900 MOTION for Leave to File *Notice of Supplemental Authority* filed by I/P Engine, Inc.. (Snow, W. Ryan) (Entered: 03/01/2013) |
| 03/11/2013 | 902 | | Opposition to 900 MOTION for Leave to File *Notice of Supplemental Authority* filed by AOL Inc., Gannett Company, Inc., Google Inc., IAC Search &Media, Inc., Target Corporation. (Noona, Stephen) (Entered: 03/11/2013) |
| 03/18/2013 | 903 | | RESPONSE in Support re 900 MOTION for Leave to File *Notice of Supplemental Authority* filed by I/P Engine, Inc.. (Sherwood, Jeffrey) (Entered: 03/18/2013) |
| 04/02/2013 | 904 | | ORDER granting 900 Motion for Leave to File Supplemental Authority. Signed by District Judge Raymond A. Jackson on April 1, 2013. (Entered: 04/02/2013) |
| 04/02/2013 | 905 | | ORDER denying Defendants' 820 Renewed Motion for Judgment as a Matter of Law on Invalidity. Signed by District Judge Raymond A. Jackson and filed on 4/2/13. (mwin, ) (Entered: 04/03/2013) |
| 04/02/2013 | 906 | | ORDER denying Defendants' 831 Renewed Motion for Judgment as a Matter of Law on Non–Infringement. Signed by District Judge Raymond A. Jackson and filed on 4/2/13. (mwin, ) (Entered: 04/03/2013) |
| 04/02/2013 | 907 | | ORDER denying Defendants' 833 Motion for Judgment as a Matter of Law on Damages or New Trial. Signed by District Judge Raymond A. Jackson and filed on 4/2/13. (mwin, ) (Entered: 04/03/2013) |
| 04/02/2013 | 908 | 158 | ORDER denying Plaintiff's 825 Motion for New Trial on the Dollar Amount of Past Damages. Signed by District Judge Raymond A. Jackson and filed on 4/2/13. (mwin, ) (Entered: 04/03/2013) |
| 04/03/2013 | 909 | | ORDER directing Defendants to respond to Plaintiff's Motion for Post–Judgment Royalties within 15 days of the entry of this Order; permitting Plaintiff to file a reply to Defendants' response within 7 days. Signed by District Judge Raymond A. Jackson and filed on 4/3/13. (mwin, ) (Entered: 04/03/2013) |

| 04/03/2013 | 910 | 138 | NOTICE OF APPEAL as to 800 Memorandum Opinion, 884 Order on Motion for Miscellaneous Relief, 908 Order on Motion for New Trial by I/P Engine, Inc.. Filing fee $ 455, receipt number 0422–3463041. (Sherwood, Jeffrey) (Entered: 04/03/2013) |
| 04/03/2013 | 911 | | ORDER REGARDING PARTIES' JOINT RESPONSE TO THE COURT'S ORDER REGARDING OUTSTANDING MOTIONS TO SEAL CASE DOCUMENTS deeming certain motions moot; granting certain motions; denying certain motions; granting certain motions as to the lesser redacted materials. (See order for specifics.) Signed by District Judge Raymond A. Jackson and filed on 4/3/13. (mwin, ) (Entered: 04/04/2013) |
| 04/04/2013 | 912 | 160 | Transmission of Notice of Appeal to US Federal Circuit re 910 Notice of Appeal. (Attachments: # 1 party and attorney list)(mwin, ) (Entered: 04/04/2013) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| I/P ENGINE, INC.,            ) | |
|            ) | |
|        Plaintiff,       ) | |
|        v.             ) | Civ. Action No. 2:11-cv-512 |
|            ) | |
| AOL, INC. et al.,        ) | |
|            ) | |
|        Defendants.     ) | |

## PLAINTIFF I/P ENGINE'S NOTICE OF APPEAL

Plaintiff I/P Engine, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the District Court in the above-captioned action on April 3, 2013, including the Order entered as Dkt. No. 908, and the Order entered January 31, 2013 as Dkt. No. 884, and from any and all other rulings, findings, orders, and/or conclusions decided adversely to I/P Engine, Inc. in whole or in part, including the Order entered November 20, 2012 as Dkt. No. 800.

Included is a payment of $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

Dated: April 3, 2013

By:   /s/ Jeffrey K. Sherwood

Donald C. Schultz (Virginia Bar No. 30531)
W. Ryan Snow (Virginia Bar No. 47423)
CRENSHAW, WARE & MARTIN PLC
150 West Main Street
Norfolk, VA 23510
Telephone:     (757) 623-3000
Facsimile:     (757) 623-5735

Jeffrey K. Sherwood (Virginia Bar No. 19222)
Frank C. Cimino, Jr.
Kenneth W. Brothers
Dawn Rudenko Albert
Charles J. Monterio, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone:     (202) 420-2200
Facsimile:     (202) 420-2201

Counsel for Plaintiff I/P Engine, Inc.

DSMDB-3144507v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2013, the foregoing **PLAINTIFF I/P ENGINE'S**

**NOTICE OF APPEAL**, was served via the Court's CM/ECF system on the following:


Stephen Edward Noona
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

David Bilsker
David Perlson
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
robert.burns@finnegan.com

Cortney S. Alexander
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 94111
cortney.alexander@finnegan.com

/s/ Jeffrey K. Sherwood

DSMDB-3144507v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

NOV 20 2012

CLERK, US DISTRICT COURT
NORFOLK, VA

I/P ENGINE, INC.,

        Plaintiff,

V.

                                        CIVIL ACTION NO. 2:11cv512

AOL INC., *et al.*,

        Defendants.

### *MEMORANDUM OPINION AND ORDER*

Before the Court is the issue of whether the equitable defense of laches should apply in this case. The Court initially styled its ruling from the bench as a response to a renewed motion for a Judgment as a Matter of Law on Laches from the Defendants. However, in reviewing the trial transcript, the Court notes that Defendants made no such Rule 50(a) motion regarding laches. The Plaintiff, however, did make a Rule 50(a) motion regarding laches and provided argument on the matter. Furthermore, Defendants responded to this motion and proffered additional evidence for the Court's consideration, which Plaintiff received and had an opportunity to respond to, but did not. Creating additional confusions is the fact that because laches is an equitable defense to be resolved as to both fact and law by the Court, a Rule 50(a) motion is inappropriate from either party. In the end, however, the Court will not place form over substance, particularly when all parties have been given a fair opportunity to litigate on the issue. Accordingly, the Court construes Plaintiff's Rule 50(a) Motion for Judgment as a Matter of Law on Laches as a Motion for Partial Findings pursuant to Rule 52(c). By making their inappropriate Rule 50(a) Motion, the Court determined that Plaintiff had placed into evidence all

relevant materials regarding laches, a determination that was only questioned by Plaintiff after the Court provided its initial ruling against them on laches from the bench on October 31, 2012. Even when given an opportunity to proffer additional evidence with the benefit of consideration of the Court's ruling on the matter, the Plaintiff put forward a proffer that contains information already in the record or that is irrelevant in light of relevant case law.

Therefore, having taking evidence on laches concurrently with the jury trial on infringement, invalidity, and damages and after thoroughly reviewing the evidence, arguments (including those made on summary judgment), and record in this case, as well as considering Rule 52's advisory committee's notes, which "authorizes the court to enter judgment at any time that it can appropriately make a dispositive finding of fact on the evidence," the Court found that this case was ripe for decision and ruled from the bench on the issue of laches. As the Court indicated when it ruled on laches, it reserved the right to further elaborate on its decision in a written opinion. For the reasons stated herein and on the record, the Court finds that the doctrine of laches should apply to all defendants in this case.

## I.  The Equitable Doctrine of Laches

The Patent Act does not provide a statute of limitations for infringement claims. However, it is well-established law that the equitable doctrine of laches may bar a patentee's recovery of pre-filing damages where (1) the patentee knew of his claim, but unreasonably delayed in filing suit and (2) that delay caused material prejudice to the alleged infringer. *See Hair v. United States*, 350 F.3d 1253, 1257 (Fed. Cir. 2003) ("Even without a specific statutory bar to call into play, courts will impose a parallel bar—under the rubric of laches—in cases in which the plaintiff has failed to act in a reasonably prudent manner to protect and enforce rights,

2

and when a perceived injustice to the defendant exists."). With respect to the first requirement – knowledge of infringement coupled with unreasonable delay in pursing claims against said infringement – The Federal Circuit has held that "[t]he length of time which may be deemed unreasonable has no fixed boundaries but rather depends on the circumstances." *A. C. Aukerman Co. v. R. L. Chaides Constr. Co.,* 960 F.2d 1020, 1032 (Fed. Cir. 1992). Furthermore, "[t]he period of delay is measured from the time the plaintiff knew or reasonably should have known of the defendant's alleged infringing activities to the date of suit. However, the period does not begin prior to issuance of the patent." *Id.* (citations omitted). Put another way, "[t]he period of delay begins at the time the patentee has actual or *constructive knowledge* of the defendant's potentially infringing activities." *Wanlass v. GE,* 148 F.3d 1334, 1337 (Fed. Cir. 1998) (emphasis added).

With respect to constructive knowledge, the Federal Circuit charges a patentee "with making the inquiry that a diligent and reasonably prudent patentee would make to determine whether another device infringes his patent." *Odetics, Inc. v. Storage Tech. Corp.*, 919 F. Supp. 911, 917 (E.D. Va. 1996) (citing *Jamesbury v. Litton Industrial Products*, Inc., 839 F.2d 1544, 1552 (Fed. Cir.), cert. denied, 488 U.S. 828 (1988)). Moreover, the Supreme Court holds that "the plaintiff is chargeable with such knowledge as he might have obtained upon inquiry, provided the facts already known by him were such as to put upon a man of ordinary intelligence the duty of inquiry." *Johnston v. Standard Mining Co.*, 148 U.S. 360, 370 (U.S. 1893). With respect to the question of when a patentee has a duty to make inquiries as to whether its patents are being infringed, the Court finds the standard laid out in *Odetics* to be persuasive and applicable in this case:

3

> If a patentee knows of the existence of a product or device that (i) embodies technology similar to that for which he holds a patent and (ii) uses that similar technology to accomplish a similar objective, he has a duty to examine the product or device more closely to ascertain whether it infringes his patent. If he shirks this duty, he does so on peril of triggering the laches period and perhaps ultimately losing his right to recover damages for the infringement.

*Odetics*, 919 F. Supp. at 918. The Federal Circuit has further elaborated on the circumstances that necessitate inquiry by a patentee as to whether infringement is occurring: "[t]hese circumstances include "pervasive, open, and notorious activities" that a reasonable patentee would suspect were infringing." *Wanlass*, 148 F.3d at 1338 (quoting *Hall v. Aqua Queen Mfg., Inc.*, 93 F.3d 1548, 1553 (Fed. Cir. 1996). As indicated by the Federal Circuit, "sales, marketing, publication, or public use of a product similar to or embodying technology similar to the patented invention, or published descriptions of the defendant's potentially infringing activities" certainly create a duty to investigate whether infringement of one's patents is occurring. *Id.* (internal citations omitted). Additionally, even if a patentee is not actually aware of these activities, "constructive knowledge of the infringement may be imputed to the patentee… if these activities are sufficiently prevalent in the inventor's field of endeavor." *Id. See also, Wollensak v. Reiher*, 115 U.S. 96, 99 (1885) ([T]he law imputes knowledge when opportunity and interest, combined with reasonable care, would necessarily impart it. Not to improve such opportunity, under the stimulus of self-interest, with reasonable diligence, constitutes laches which in equity disables the party who seeks to revive a right which he has allowed to lie unclaimed from enforcing it, to the detriment of those who have, in consequence, been led to act as though it were abandoned").

It is also widely accepted law that a presumption of laches arises if there is a delay of six years or more once a party has actual or constructive notice of possible infringement of their patents:

4

> The presumption of laches arising from a more than six-year delay in filing suit is consonant with the mainstream of the law. The length of the time period--six years--is reasonable compared to the presumptions respecting laches in other situations, which may be as short as one year. Also the presumption provides a yardstick for reaching comparable results in comparable circumstances rather than leaving the matter without any guidelines to a district court's exercise of discretion. In any event, this court adopted a laches presumption seven years ago in *Leinoff*, 726 F.2d at 741-42, 220 USPQ at 850, agreeing with our sister circuits that the presumption represents an equitable balancing of the interests of the parties.

*A. C. Aukerman Co.*, 960 F.2d at 1035 (internal citations omitted). If the presumption of laches applies, it applies to both required elements of the doctrine – (1) that the delay was unreasonable and; (2) that the defendant must be prejudiced by the delay. *Odetics*, at 919 F. Supp at 918. Once this presumption is met, the patentee bears the burden of rebutting both elements of laches (by a preponderance of the evidence) by showing that their delay was reasonable and/or by showing a lack of prejudice as a result of any unreasonable delay. *Id.* If the presumption does not apply, the defendant seeking protection behind the shield of laches must make a showing by the preponderance of the evidence that the delay was unreasonable and that prejudice occurred as a result.

On a variety of occasions, the Federal Circuit and other federal courts of appeals have defined the circumstances in which delay is reasonable. *See* 6 CHISUM ON PATENTS § 19.05[b][i]-[vii]. The Plaintiff has principally argued that their delay was either the result of strategic indecision at Lycos (the predecessor-in-interest of the patents-in-suit) or that Lycos was unable to pursue litigation against the Defendants due to on-going lawsuits and negotiations involving *related* patents to those in suit. As a result, the Court focuses on relevant case law concerning the excuses for which evidence was admitted into the record: strategic indecision and ongoing lawsuits. With respect to reasonable delay due to other lawsuits, the *Odetics* Court summarizes

5

the general boundaries of the "ongoing litigation" excuse:

> Thus, an ongoing litigation involving the patent at issue can excuse a delay in filing an infringement action against a putative infringer. In such cases, however, the patentee must give notice to the accused infringer, warning him that he might be subject to suit in the future, after resolution of the other litigation. Indeed, some form of notice to a putative infringer -- some signal that the patentee considers his rights to be infringed and intends to respond to the infringement -- is typically, though not invariably, required in connection with excusing a delay in initiating an infringement suit. For example, a patentee who gives notice of infringement to a suspected infringer may then delay suit until the extent of the infringement makes litigation financially feasible. A patentee may also excusably delay the onset of infringement litigation to negotiate with the accused infringer. Notice to an alleged infringer is the key to a finding of excusable delay, for notice allows the accused infringer to take steps to protect himself from liability -- to change his product or his activities, for instance, or to institute a declaratory judgment suit himself against the patentee.

*Odetics, Inc.*, 919 F. Supp. at 918-919 (internal citations omitted). The Court found no support in the case law for an excuse concerning "strategic indecision."

If a delay is considered unreasonable, a showing by the party with the burden must be made as to the existence of material prejudice. *A. C. Aukerman Co.*, 960 F.2d at 1033 ("Material prejudice to adverse parties resulting from the plaintiff's delay is essential to the laches defense"). Evidentiary prejudice occurs when a defendant is unable "to present a full and fair defense on the merits due to the loss of records, the death of a witness, or the unreliability of memories of long past events, thereby undermining the court's ability to judge the facts." *Id.* (internal citations omitted). Economic prejudice arises "where a defendant and possibly others will suffer the loss of monetary investments or incur damages which likely would have been prevented by earlier suit." *Id.* The Federal Court, however, has been clear that "[s]uch damages or monetary losses are not merely those attributable to a finding of liability for infringement." *Id* (internal citation omitted). Instead, "[t]he courts must look for a change in the economic position

6

of the alleged infringer during the period of delay." *Id.*

The authority to impose laches lies within the sound discretion of the district court. *See Gasser Chair Co., Inc. v. Infanti Chair Mfg. Corp.*, 60 F.3d 770, 773 (Fed. Cir. 1995) ("Even if the elements of laches are established, however, a court need not bar a plaintiff's suit. The application of the laches defense is discretionary, and as an equitable matter, the district court is to look to all the facts and circumstances of the case and weigh the equities of the parties."). Finally, it is settled law in the United States "that in determining the length of delay, a transferee of the patent must accept the consequences of the dilatory conduct of immediate and remote transferors." 6 CHISUM ON PATENTS §19.05[2][a][ii]; *accord Eastman Kodak Co. v. Goodyear Tire & Rubber Co.*, 114 F.3d 1547, 1559 (Fed. Cir. 1997), *rev'd on other grounds*, *Cybor Corp. v. Fas Techs.*, 138 F.3d 1448, 1455 (Fed. Cir. 1998).

Based on forgoing principles of law, the court turns to its findings of fact and conclusions of law regarding laches in this case.

## II.     Findings of Fact and Conclusions of Law

Looking to the totality of evidence presented, the Court finds it appropriate to limit I/P Engine's damages based upon the principle of laches. Specifically, the Court finds that a presumption of laches is applicable in this case as Plaintiff waited in excess of six years to file its lawsuit against Defendants after having constructive knowledge of Defendants' infringement activities. In light of the presumption of laches, the burden shifts to Plaintiff to show that its delay was reasonable and/or that no evidentiary or economic prejudice resulted from said delay. The Court finds the Plaintiff fails on both counts. As such, the presumption of laches does not fall. Finally, the weight of the equities in this case supports application of the equitable doctrine

7

of laches. Accordingly, Plaintiff's pre-filing damages are barred.

**A. Presumption of Laches Applies**

Defendants have claimed throughout the trial and through presentation of evidence that a presumption of laches applies because Plaintiff's waited more than six years to file suit. The record establishes, and the Court finds, that Lycos (and thus I/P Engine) had constructive notice that the Google Adwords system potentially infringed its patents as of July 2005 and failed to undertake any reasonable investigation to further determine if infringement was occurring.

The source of Plaintiff's constructive knowledge of Google's infringement rests on disclosures made by Google itself. On July 18, 2005, Google published a post on its "Google Inside AdWords" Blog, its official blog with respect to the AdWords system. This post was entered into the record as PX-176 (the "AdWords Post"). In a series of questions, the AdWords Post described a set of changes to the AdWords system. Of particular relevance to the question of laches are Google's statements concerning how ads are ranked and the introduction of Quality Score:

> Question no. 1: Are you changing how you rank ads?
> Though you'll see new keyword states in your account, we want to assure you that the 'auction' will remain the same. We'll continue to rank your ads based on your maximum CPC and the Quality Score.
>
> Question no. 2: What is the Quality Score?
> The Quality Score is simply a new name for the predicated CTR, which is determined based on the CTR of your keyword, the relevance of your ad text, the historical keyword performance, and other relevancy facts.

(PX-176). In I/P Engine's complaint, filed September 15, 2011, the company's core allegations are as follows:

> 37. The accused systems in this litigation use the Lang/Kosak Relevance Filtering Technology by filtering and presenting search and search advertising results based

8

on a combination of (i) an item's content relevance to a search query; and (ii) click-through-rates from prior users relative to that item.

[...]

43. For example, Google adopted the Lang/Kosak Relevance Filtering Technology with its use of "Quality Score." Google's search advertising systems filter advertisements by using "Quality Score" which is a combination of an advertisement's content relevance to a search query (e.g., the relevance of the keyword and the matched advertisement to the search query), and click-through-rates from prior users relative to that advertisement (e.g., the historical click-through rate of the keyword and matched advertisement).

(Complaint ¶ 37, 42). The language included in the AdWords Post quoted above is significantly similar to the language utilized by the Plaintiff in its complaint.

The Defendants argue that this similarity shows that as early as July 18, 2005, sufficient information had been made public by Google regarding the infringing technologies to put Lycos on notice that it should at the very least investigate for possible infringement or bring suit against Google because the same information eventually put I/P Engine on notice for their suit. I/P Engine refutes this point on two grounds. First, Plaintiff argues that the blog post was not a technically accurate description of the AdWords system by pointing to testimony by Jonathan Alferness, a Google employee. Second, Plaintiff argues that no one at Lycos was even aware of the AdWords Post and thus this is why they took no action to investigate. Both of these reasons lack merit. With respect to the first, the Federal Circuit does not require that perfect or exacting information being made public of a possibly infringing technology to place a patentee on notice. The *Wanlass* Court held that "sales, marketing, publication, or public use of a product similar to or embodying technology similar to the patented invention, or published descriptions of the defendant's potentially infringing activities, give rise to a duty to investigate whether there is infringement." *Wanlass*, 148 F.3d at 1338 (quoting *Hall v. Aqua Queen Mfg., Inc.*, 93 F.3d

9

1548, 1553 (Fed. Cir. 1996). Given that Google described what Quality Score is in their AdWords Post and given that Quality Score is at the heart of the Plaintiff's claims against Defendants (as indicated by the substantial similarity of description of Quality Score in the complaint), the Court finds any argument that somehow Google's description of Quality Score as being too inaccurate to provide notice to Lycos in 2005 to be totally disingenuous and is rejected.[1] Even if the AdWords is technically inaccurate, it still serves as the kind of marketing document the Wanlass Court cited as putting a patentee on notice of possible infringement.

As to Plaintiff's second argument, that no one at Lycos was aware of the AdWords Post and that even if Lycos had been aware of the AdWords Post, it would not have engaged in an investigation, it also lacks merit and is contrary to established law. As the *Wanlass* Court also made clear, even if a patentee is not actually aware of activities that should put them on notice of infringement, like the AdWords Post, "constructive knowledge of the infringement may be imputed to the patentee... if these activities are sufficiently prevalent in the inventor's field of endeavor." Furthermore, questions of constructive knowledge are not answered through a subjective lens but rather from the perspective of a "man of ordinary intelligence." *Johnston v. Standard Mining Co.*, 148 U.S. 360, 370 (U.S. 1893). The fact that Lycos in 2005 had no actual knowledge of the AdWords Post is meaningless if it had constructive knowledge, which the Court finds that it did. Google's publication of information concerning new advances in their search and ad serving technologies is the kind of "prevalent" activity in the field of the Lang and Kosak's inventions that Lycos should have been aware of in determining whether to enforce their patents. As the record indicates, the inventors of the asserted patents did little to investigation

---

[1] There is also evidence on the record indicating that I/P Engine itself sought to use the Google AdWords Post to support its infringement claims at trial.

10

potential infringement despite being on notice and having the opportunity to do so.  For example, when asked at trial, a co-inventor of the asserted patents, Dr. Kosak, when asked "[a]nd have you ever done anything personally while you were at Lycos to determine whether anyone was using the patents in this case," he responded "I did not." Trial Tr. at 353.  Furthermore, Mr. Blais in a declaration submitted along with Plaintiff's Laches Proffer indicated that Lycos did not undertake any steps to investigate whether Google was infringing its patents.  Plaintiff's Laches Proffer, Blais Dec. at ¶ 3).

Taken together, the Court concludes that I/P Engine (and Lycos as the predecessor-in-interest of the patents-in-suit) had constructive notice of possible infringement on the date Google published the AdWords Post on July 18, 2005.  The Google AdWords Post contained information that serves as the heart of I/P Engine's claims against Google.  If the information contained in the AdWords Post was sufficient to place I/P Engine on notice of infringement by Defendants in 2011, it was sufficient to place Lycos on notice in 2005.   The record indicates that I/P Engine filed its lawsuit in the Eastern District of Virginia on September 15, 2011.  Between July 18, 2005 and September 15, 2011, six years, one month, and 28 days passed.  In short, more than six years passed before infringement claims were brought against Defendant.  As a result, the presumption of laches applies in this case.

### B. Plaintiff Fails to Rebut Presumption of Laches

Because a presumption of laches arises in this case, the burden in on plaintiff to "introduce evidence sufficient to support a finding of nonexistence of the presumed facts." *Wanlass v. Fedders Corp.*, 145 F.3d 1462, 1464 (Fed. Cir. 1998) (en banc) (citing *A.C. Aukerman Co. v.* 960 F.2d at 1037).  Specifically, the plaintiff must provide sufficient evidence

11

to show that either their delay in filing their suit was reasonable and/or that no economic or evidentiary prejudice occurred. In this case, I/P Engine has failed on both counts.[2]

First, I/P Engine has failed to make its required showing that its delay was reasonable. I/P Engine essentially makes two arguments on this point. One, I/P Engine argues that strategic indecision at Lycos after a series of corporation ownership transfers made it impossible for the company to consider what to do with its patents. As the Court notes, Plaintiff has not provided a single case citation to support strategic indecision as a justification for sleeping on its rights to challenge infringement of its patents, nor has the Court discovered such a justification in the case law.[3] As such, strategic indecision provides no reasonable excuse to delay in bring their suit.

Second, I/P Engine argues ongoing litigation with respect to *related* patents to those in suit in this case provides a reasonable excuse for not filing suit sooner. Again, the Plaintiff has failed to provide any support in the case law that litigation concerning *related* patents is a reasonable excuse for dilatory conduct. Furthermore, a court in this jurisdiction has rejected the argument that patents other than those at suit can justify a delay in bringing litigation because to do so "would eviscerate the protection of laches." *Humanscale Corp. v. CompX Intern. Inc.*, No. 09-86, 2010 WL 3222411, *10 -11 (E.D.Va., 2010). However, assuming *arguendo*, that other litigation concerning related patents can serve as reasonable justification for delay in bringing suit, I /P Engine has still failed to provide any evidence to show that it gave notice of any kind to Defendants that it intended to bring suit for infringement at the resolution of its ongoing

---

[2] Plaintiff argues that the Court failed to give it sufficient opportunity to rebut the presumption of laches. This argument is without merit. The Plaintiff was aware before trial that the Defendants claimed a presumption of laches in this case. Plaintiff provided evidence on this issue before asking the Court to rule on laches. It is unclear why Plaintiff would seek resolution of the laches issue if it had not put into evidence all of its arguments on laches.

[3] Even if strategic indecision were an excuse, the Court notes that the record indicates that corporate ownership changes occurred prior to the delay period. Common sense dictates that when those transfers occurred, the purchasers involved engaged in said transactions with a purpose in mind for Lycos.

USCA4 152

litigation.  As a result, Plaintiff has provided no evidence sufficient to justify the unreasonable delay.

Plaintiff must rebut the presumption of, in this case, evidentiary prejudice.[4]  I/P Engine asserts that no evidentiary prejudice occurred as a result of the six year delay in bringing the case because the meaningful events in this case happened long before the start of the period of delay and that it is unlikely Mr. Lang, Mr. Kosak, or Mr. Blais (as Lycos's Rule 30(b)(6) representative) would have remembered any additional information if they had been questioned in 2005.  I/P, however, has failed to provide any evidence (expert or otherwise) to support its contention that the memories of Mr. Lang, Mr. Kosak, or Lycos (institutionally) would be unimproved by being questioned earlier in relation to this suit.  Defendants, on the other hand, have provided a number of examples in its Laches Proffer of what the Court finds to be critical questions regarding Defendants' defenses and damages that went unanswered by Lang Kosak, or Lycos at their depositions.  *See* Defendants' Laches Proffer, Ex. A (Lang Dep.); Defendants' Laches Proffer, Ex. B (Kosak Dep.); Defendants' Laches Proffer Ex. C (Blais Dep.).  Furthermore, had the suit been brought sooner, it quite probable that Lycos would have been able to produce an institutional representative with better knowledge of the period of time at issue in this case.  As a result, Plaintiff has provided no evidence sufficient to rebut the presumption of laches.

### C. Equities Favor Application of Laches

As indicated above, the authority to impose laches lies within the sound discretion of the district court.  Courts considering the question of laches are required to weight the totality of the

---

[4]Economic prejudice has not been at issue in this case.

circumstance to determine whether laches should apply, even when the basic requirements are met. In this case, for all the reasons indicated above, the Court believes the equities favor application of the equitable doctrine of laches. Furthermore, there is also evidence on the record indicating that Lycos was a client of Google as early as 2003 and used the infringing technology during the course of their business relationship.[5] While it is true that Google considered its technology a trade secret and did not disclose its technical details, the Court finds its confounding that Lycos, while in possession of the Lang/Kosak patents, was never curious as to how Google AdWords worked and whether its patents were being infringed. Although the fog of litigation makes it highly unlikely that we will ever fully understand the motivations of the parties prior to the filing of this lawsuit, common sense dictates that Lycos didn't bring suit in 2005 because it did not believe its patents were being infringed and that the only thing that changed was that the patents-in-suit were purchased by I/P Engine, a non-practicing entity, for the sole purpose of bringing this litigation. Although Congress is best left to consider the merits of non-practicing patent entities in our patent system, the dilatory nature of this suit is precisely why the doctrine of laches has been applied to patent law. As a result, the weight of the equities in this case warrants the application of the doctrine of laches.

### D. Laches Applies to Non-Google Defendants

Finally, at trial, Plaintiff raised the question of whether the non-Google Defendants should be protected by the doctrine of laches or whether it should apply only to Google, since the Federal Circuit cites laches as a personal defense. *See Israel Bio-Engineering Project v. Amgen Inc.*, 401 F.3d 1299, 1306 (Fed. Cir. 2005). However, as indicated by the record, Google's

---

[5] *See, e.g.* Trial Tr. at 352 (Q. Now, we talked a lot about Lycos and your work there. You're aware that Lycos was a AdSense customer? A. Yes. Q. And you understand that's one of the accused products in

14

business relationship agreements with their co-defendants include an indemnification clause against suits for patent infringement. *See e.g.* Plaintiff's Trial Exhibit 242 ¶25.1 ("Google will defend...indemnify and hold harmless IAC...from and against any action...arising from a claim that...[t]he Services or any Google Brand Feature infringes any patent, copyright, trade secret or trade mark of such third party..."). In *Odetics, Inc. v. Storage Tech. Corp.*, Plaintiff similarly argued that the personal nature of the laches defense prevented the doctrine's application to customer co-defendants. *Odetics*, 919 F. Supp. at 925. In that case, the court determined that:

> This argument ignores the indemnity arrangements Storagetek has with its customers, and the importance of this fact to the equitable purposes of laches. If the benefit of laches is not extended to Storagetek's customers, Odetics would be able to recover indirectly from Storagetek for infringement for which it is barred by laches from recovering from Storagetek directly. More specifically, if the customer defendants cannot rely on laches, Odetics can recover infringement damages from them that they in turn can recover from Storagetek on the basis of the indemnity arrangements. This inequitable result effectively circumvents the laches ruling and thus defeats the doctrine's equitable purposes. If Odetics' delay warrants barring recovery from Storagetek, then because of the indemnity arrangements, Odetics should be barred from recovering the same damages from Storagetek's customers. Accordingly, the customer defendants are entitled to benefit from Storagetek's laches defense, and Odetics may recover no damages for the use of allegedly infringing ATLs the customer defendants purchased from Storagetek prior to the institution of this suit on June 29, 1995. Case law supports this result. *See, e.g., Van Alen v. Aluminum Co. of America*, 43 F. Supp. 833, 838 (S.D.N.Y. 1942) ("As far as [the infringer's customer] is concerned, since it is but a customer of defendant, it is covered by the protection which laches affords the latter."); *Boyle Leather Goods Co. v. Feldman*, 30 F. Supp. 914, 915 (S.D.N.Y. 1940) ("An unreasonable delay [exists] which sustains the defense of laches raised by both defendants, for Feldman's co-defendant is but a customer of his.").

*Id.*, 925-26. (alteration in original). This Court finds the indemnification concerns articulated in *Odetics* to be persuasive and applicable in this case. As a result, all customer co-defendants in this case deserve the benefit of the doctrine of laches.

---

this case? A. I believe so, yes.)                    15

## III.  Conclusion

In sum, a presumption of laches arises in this case, which I/P Engine was unable to rebut. Therefore, I/P Engine is barred from recovering damages from any of the defendants for any infringement occurring before September 15, 2011.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
November 20 , 2012

Raymond A. Jackson
**United States District Judge**

16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

```
                              ┌─────────────────────────┐
                              │        FILED            │
                              │                         │
                              │      JAN 3 1 2013        │
                              │                         │
                              │  CLERK, US DISTRICT COURT│
                              │      NORFOLK, VA         │
                              └─────────────────────────┘
```

I/P ENGINE, INC.,

**Plaintiff,**

V.                                    **CIVIL ACTION NO. 2:11cv512**

AOL INC., *et al.*,

**Defendants.**

### *ORDER*

Before the Court is Plaintiff's Motion for Judgment under Rule 52(b) and a New Trial under Rule 59 on Laches (ECF No. 835). Rule 52(b) dictates that "[o]n a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings--or make additional findings--and may amend the judgment accordingly. The motion may accompany a motion for a new trial under Rule 59." As courts have noted, "[a]mong the purposes of such a motion is to correct manifest errors of law or fact." *Morrow Corp. v. Harleysville Mut. Ins. Co.*, 110 F. Supp. 2d 441, 445 (E.D. Va. 2000). Furthermore, "[t]he purpose of Rule 52(b) is to allow a court to correct manifest errors of law or fact, or in limited circumstances, to present newly discovered evidence, but not to relitigate old issues, to advance new theories, or to secure a rehearing on the merits." *U.S. v. Mathis*, No. 6:06-815, 2008 WL 906554, *1 (D.S.C., 2008). Having reviewed the briefing by the parties, the Court finds no manifest errors of law or fact to correct which would change its finding on laches. As a result, Plaintiff's Motion for Judgment under Rule 52(b) and a New Trial under Rule 59 on Laches (ECF No. 835) is **DENIED**. The Clerk is **DIRECTED** to send a copy of this Order to counsel and parties of record.

IT IS SO ORDERED.

Norfolk, Virginia
January *31*, 2013

Raymond A. Jackson
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

FILED

APR − 2 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

**I/P ENGINE, INC.,**

       **Plaintiff,**

**V.**                                **CIVIL ACTION NO. 2:11cv512**

**AOL INC., *et al*.,**

       **Defendants.**

### *ORDER*

Before the Court is Plaintiff's Motion for a New Trial on the Dollar Amount of Past

Damage (ECF No. 825), pursuant to Rule 59(a) of the Federal Rules of Civil Procedure. Rule

59(a) instructs that "[t]he court may, on motion, grant a new trial on all or some of the issues--

and to any party... after a jury trial, for any reason for which a new trial has heretofore been

granted in an action at law in federal court[.]" As a general matter, disturbing a jury's verdict by

ordering a new trial under Rule 59(a) is an extreme remedy only warranted in a narrow set of

circumstances:

> On such a motion it is the duty of the judge to set aside the verdict and grant a
> new trial, if he is of the opinion that [1] the verdict is against the clear weight of
> the evidence, or [2] is based upon evidence which is false, or [3] will result in a
> miscarriage of justice, even though there may be substantial evidence which
> would prevent the direction of a verdict.

*Atlas Food Sys. & Servs. v. Crane Nat'l Vendors*, 99 F.3d 587, 594 (4th Cir. 1996). Further,

"[o]n a Rule 59 motion, courts may make credibility judgments in determining the clear weight

of the evidence." *Attard Indus. v. United States Fire Ins. Co.*, 2010 U.S. Dist. LEXIS 119119

(E.D. Va. Nov. 9, 2010) (citation omitted). Finally, "the court will search the record for

evidence that could reasonably lead the jury to reach its verdict, drawing all reasonable

inferences in favor of the verdict winner." 12 MOORE'S FEDERAL PRACTICE - Civil § 59.13 (3d ed. 1997).

Having reviewed the parties' memoranda, the Court finds that the verdict is not against the clear weight of the evidence, nor was the verdict of the jury based on evidence that is false, or will a miscarriage of justice result. Accordingly, Plaintiff's Motion for a New Trial on the Dollar Amount of Past Damages (ECF No. 825) is **DENIED**. The Clerk is **DIRECTED** to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
April 2 , 2013

Raymond A. Jackson
United States District Judge

2

Form 7

FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

    ☑ United States District Court for the <u>Eastern District of Virginia, Norfolk Division</u>

    ☐ United States Court of International Trade

    ☐ United States Court of Federal Claims

    ☐ United States Court of Appeals for Veterans Claims

Type of case: <u>Patent infringement</u>

<u>I/P Engine, Inc.</u> v. <u>AOL Inc., et al</u>

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. <u>2:11cv512-RAJ-TEM</u>    Date of Judgment or Order <u>11/20/12,1/31/13,4/2/13</u>

Cross or related appeal? _____    Date of Notice of Appeal  <u>4/3/13</u>

Appellant is: ☑ Plaintiff  ☐Defendant  ☐Other (explain)_____

FEES:  Court of Appeals docket fee paid?    ☑Yes    ☐No

       U.S. Appeal?    ☑Yes    ☐No

       In forma pauperis?    ☐Yes    ☑No

Is this matter under seal?    ☐Yes    ☑No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

See attachment.

_____    _____

COURT REPORTER: (Name and telephone): <u>Sharon Borden 757-222-7072; Jody Stewart 757-222-7071</u>

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439
