FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2013-1307, -1313

I/P ENGINE, INC.

v.

AOL INC.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  I/P Engine, Inc.

Party is (select one)  ☑ Appellant/Petitioner    ☐ Cross-Appellant
                       ☐ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No. U.S. District Court, Eastern Dist. VA, 11cv0512

Date of Judgment/Order April 3, 2013    Type of Case Patent Infringement

Relief sought on appeal  New trial on damages and vacatur of the order finding laches.

Relief awarded below (if damages, specify)
Order finding infringement and upholding validity with an award of $30 million in damages.

Briefly describe the judgment/order appealed from
Order denying the parties' motions for a new trial on damages. Order finding laches and limiting the damages period to the day the suit was filed, September 15, 2011.

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____
Defendants have filed a cross-appeal, No. 2013-1313.

_____

Brief statement of the issues to be raised on appeal _____
The District Court's finding that the damages award is not against the great weight of the evidence. The District Court's finding that the doctrine of laches applied limiting the damages period to the day the suit was filed.

_____

Have there been discussions with other parties relating to settlement of this case?

☑ Yes　☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　☑ Yes　☐ No

If they were mediated, by whom? _____
Magistrate Lawrence R. Leonard in the Eastern District of Virginia.

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?  ☑ Yes  ☐ No

If you answered no, explain why not _____

_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 18th day of April, 2013

by: CM/ECF
(manner of service)

Joseph R. Re                                         /s/ Joseph R. Re
Name of Counsel                                    Signature of Counsel

Law Firm  Knobbe, Martens, Olson & Bear, LLP

Address  2040 Main St., 14th Floor

City, State, ZIP  Irvine, CA  92614

Telephone Number  (949) 760-0404

FAX Number  (949) 760-9502

E-mail Address  joe.re@knobbe.com

## CERTIFICATE OF SERVICE

I certify that on April 18, 2013, this Docketing Statement was filed electronically using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants-Cross-Appellants, AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corporation, as follows:

Margaret P. Kammerud
David A. Perlson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
margaretkammerud@quinnemanuel.com
davidperlson@quinnemanuel.com

/s/ Joseph R. Re
Joseph R. Re