# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

I/P ENGINE, INC.,

                  Plaintiff-Cross Appellant,

         v.

AOL INC., GOOGLE INC., IAC SEARCH &
MEDIA, INC., GANNETT COMPANY, INC., AND
TARGET CORPORATION,

                Defendants-Appellants.

No. 2013-1307, -1313

## JOINT STATEMENT OF COMPLIANCE WITH
## FEDERAL CIRCUIT RULE 33(a)

Pursuant to Rule 33 of this Court's Rules of Practice, Plaintiff- Cross Appellant I/P Engine, Inc. and Defendants-Appellants AOL Inc., Google Inc., IAC Search & Media, Inc., Gannett Co., Inc., and Target Corporation  have discussed settlement of Appeal Nos. 2013-1307 and 2013-1313.  The parties have not reached an agreement regarding settlement of this appeal.  Based on their settlement discussions, the parties hereby file this Joint Statement of Compliance with Rule 33.

Respectfully submitted January 21, 2014.

DATED: January 21, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David A. Perlson*

   David A. Perlson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd floor
San Francisco, CA 94131
Telephone: (415) 875-6344
Facsimile: (415) 875-6700
davidperlson@quinnemanuel.com
*Attorney for Defendants-Appellants*

By: */s/ Joseph R. Re*
Joseph R. Re
joe.re@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
*Attorney for Plaintiff-Cross Appellant*

*Counsel for I/P Engine, Inc. consented to the use of his electronic signature herein.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2014, I caused the foregoing document, titled JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a) to be electronically filed with the Clerk of the Court of the United States Court of Appeals for the Federal Circuit using the CM/ECF system which will send notification of such filing to all registered users.

Dated:  January 16, 2014         __*/s/ David A. Perlson*_____

David A. Perlson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 (fax)
davidperlson@quinnemanuel.com