# 13-1307, -1313

# United States Court of Appeals
*for the*
# Federal Circuit

I/P ENGINE, INC.,
  *Plaintiff-Cross Appellant*,
  *vs.*

AOL INC., GOOGLE INC., IAC SEARCH & MEDIA, INC.,
GANNETT COMPANY, INC., and TARGET CORPORATION,,
  *Defendants-Appellants.*

*Appeals from the United States District Court for the Eastern District of Virginia in No. 11-cv-0512, Judge Raymond Alvin Jackson*

## MOTION OF *AMICUS CURIAE* BOSTON PATENT LAW ASSOCIATION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFF CROSS-APPELLANT I/P ENGINE, INC.

ERIK PAUL BELT, ESQ.
(CO-CHAIR, BPLA AMICUS COMMITTEE)
JENNIFER ITZKOFF, ESQ.
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
(617) 449-6500

*Attorneys for Amicus Curiae*
_____

October 22, 2014

## CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Appellate Procedure 26.1 and Federal Circuit Rule 47.4, counsel for *amicus curiae*, Boston Patent Law Association, certifies the following:

1. The full name of every party or amicus represented by me is: Boston Patent Law Association.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None.

3. All parent corporations and any publicly held companies that own 10 or more of the stock of the party or amicus curiae represented by me are: None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Erik Paul Belt, Esq.
   Jennifer Itzkoff, Esq.
   McCarter & English, LLP
   265 Franklin Street
   Boston, MA 02110
   (617) 449-6500

Dated: October 21, 2014

Erik Paul Belt

# MOTION OF *AMICUS CURIAE* BOSTON PATENT LAW ASSOCIATION FOR LEAVE TO FILE BRIEF OF IN SUPPORT OF PLAINTIFF-APPELLANT KEURIG, INCORPORATED

Pursuant to Federal Rule of Appellate Procedure 35, and Federal Circuit Rule 35(g), the Boston Patent Law Association ("BPLA"), as *amicus curiae* in support of Plaintiff Cross-Appellant I/P Engine, Inc.'s petition for rehearing *en banc*, respectfully moves for leave to file an *amicus* brief.  The BPLA's brief accompanies this motion.  Plaintiff Cross-Appellant I/P Engine, Inc. and Defendant-Appellant Google, Inc. have consented to the filing of this brief.[1]

The BPLA is a nonprofit association of intellectual property attorneys and professionals who serve a broad range of clients that rely on the patent system, such as inventors, corporations, investors, universities, and research hospitals. These clients operate in an equally broad range of industries, including life sciences, high-tech, and traditional manufacturing.  The BPLA provides educational programs and forums for the interchange of ideas and information concerning patent, trademark, and copyright laws.  The BPLA also seeks to promote and strengthen patent and other intellectual property rights because strong intellectual property rights play a significant role in fostering a prosperous, innovative, and thriving nation. The BPLA's interest in this matter arises from its

---

[1] Over the years, the BPLA has submitted numerous *amicus* briefs to this Court, the Supreme Court, and other appeals and district courts around the country. All of those briefs have been accepted by the courts and, in several instances, cited with approval.

concern that the panel majority in its *per curiam* decision disregarded the jury's findings of fact and substituted its own hindsight judgment in the determination of the patent's validity. The decision appears to make a *de novo* review of the jury's factual findings. Moreover, the concurring opinion seems to develop new grounds for invalidating the patent that were not previously argued or developed by the parties. The BPLA believes that this decision, if applied more broadly, will weaken patent rights, thereby discouraging innovation and hindering economic development.

It is appropriate for the Court to consider the arguments of a party that "ha[s] specialized knowledge which may be beneficial to the [C]ourt in the resolution of this case." *Hage v. U.S.*, 35 Fed. Cl. 737, 742 (Fed. Cl. 1996) (permitting filing of *amicus curiae* brief). *See also Cyan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997) (it is appropriate for a court to consider an *amicus curiae* brief "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide"). The BPLA has specialized knowledge that will assist the Court in considering certain issues that the other parties may not fully explain. The attached *amicus* brief provides detailed information regarding how the panel's decision strays from observing the important role the jury plays during a trial to determine the credibility of the witnesses and the strength of the evidence, and the natural

ME1 19098009v.1

division created by our adversary system between the trial court and the courts of review. Given the importance that strong patents have in promoting innovation, investment in technology, and economic development, the brief also details how the panel's decision contributes to weakening and devaluing patents, which could in turn have broad sweeping negative effects on the U.S. economy. As such, the BPLA presents certain historical, legal, and policy arguments that the parties have not or may not otherwise present in full.

For the reasons set forth above, the BPLA respectfully requests that the Court grant leave to file the attached *amicus curiae* brief.

                                      Respectfully submitted,

                                      Erik Paul Belt, Esq.
                                      Jennifer Itzkoff, Esq.
                                      McCarter & English, LLP
                                      265 Franklin Street
                                      Boston, MA 02110
                                      (617) 449-6500

                                      *Counsel for Amicus Curiae, Boston Patent Law Association*

October 21, 2014

CERTIFICATE OF FILING AND SERVICE

I, Robyn Cocho, hereby certify pursuant to Fed. R. App. P. 25(d) that, on October 22, 2014 the foregoing Motion of Amicus Curiae Boston Patent Law Association for Leave to File Brief of in Support of Plaintiff-Cross-Appellant I/P Engine, Inc. was filed through the CM/ECF system and served electronically on the individual listed below:

Joseph R. Re, Esq.
Email: joe.re@knobbe.com
Stephen W. Larson, Esq.
Email: stephen.larson@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

David Boies, Attorney
Email: dboies@bsfllp.com
Boies, Schiller & Flexner, LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

Kenneth W. Brothers, Esq.
Email: brothersk@dicksteinshapiro.com
Frank C. Cimino, Jr., Esq.
Email: CiminoF@dicksteinshapiro.com
Jonathan L. Falkler, Esq.
Email: FalklerJ@dicksteinshapiro.com
Charles J. Monterio, Jr., Esq.
Email: MonterioC@dicksteinshapiro.com
Jeffrey K. Sherwood, Esq.
Email: sherwoodj@dicksteinshapiro.com

Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-4128

Michael J. Gottlieb, Assistant U.S. Attorney
Email: mgottlieb@bsfllp.com
David M. Underhill, Esq.
Email: munderhill@bsfllp.com
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
(202) 237-2727

Dawn L. Rudenko-Albert, Esq.
Email: AlbertD@dicksteinshapiro.com
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019
(212) 277-6715

Jaime D. Sneider, Esq.
Email: jsneider@bsfllp.com
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, NY 10022
(212) 909-7604

David A. Perlson, Attorney
Email: davidperlson@quinnemanuel.com
David L. Bilsker, Attorney
Email: davidbilsker@quinnemanuel.com
Margaret Pirnie Kammerud, Esq.
Email: margaretkammerud@quinnemanuel.com
Emily C. O'Brien, Attorney
Email: emilyobrien@quinnemanuel.com
Antonio R. Sistos, Esq., Attorney
Email: antoniosistos@quinnemanuel.com
Kevin A. Smith, Esq.
Email: kevinsmith@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6344

David A. Nelson, Esq.
Email: davenelson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street
Chicago, IL 60661
(312) 705-7400

Joshua L. Sohn, Attorney
Email: joshuasohn@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(415) 875-6700

Robert B. Wilson, Principal Litigation Counsel
Email: robertwilson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Adam Conrad, Esq.
Email: aconrad@kslaw.com
King & Spalding LLP
100 North Tryon Street
Charlotte, NC 28202
(704) 503-2569

Daryl Joseffer, Esq.
Email: djoseffer@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

Edward R. Reines, Esq.
Email: edward.reines@weil.com
Jill J. Schmidt, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Robert L. Burns, II, Attorney
Email: robert.burns@finnegan.com
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700


/s/ Robyn Cocho
Robyn Cocho